**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :      **Criminal No. 05-337 (PLF)** |
| v. | : |
| | : |
| WESAM AL DELAEMA, | :      **Motions Hearing: 10/20/08** |
| also known as | : |
| WESAM KHALAF CHAYED DELAEME, | : |
| | : |
| Defendant. | : |

## ORDER

The Court has reviewed the defendant's Motion to Suppress all evidence derived from wiretaps by Dutch authorities on his cellular phone in the Netherlands from September 10, 2004, until May 2, 2005, and has likewise reviewed the government's Opposition thereto and the defendant's Reply.

The Court hereby concludes, as a matter of law, that: (1) Title III of the Omnibus Crime Control and Safe Streets Act of 1968, 18 U.S.C. §§ 2510-2520 ("Title III") does not apply to the Dutch wiretap evidence; (2) the Fourth Amendment – and therefore the "joint venture" doctrine – does not apply to foreign searches of the defendant, who is a nonresident alien; (3) the court lacks the supervisory power to exclude the evidence here based on a "shocks the conscience" test; and (4) the defendant has not alleged facts that would "shock the conscience."

Accordingly, the defendant's motion is hereby **DENIED.**

 

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

_____
     Date

cc:     All counsel of record