**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 05-337 (PLF)** |
| **v.** | : | |
| | : | |
| **WESAM AL DELAEMA,** | : | **Motions Hearing: 10/20/08** |
| **also known as** | : | |
| **WESAM KHALAF CHAYED DELAEME,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

The Court has reviewed the government's Motion *In Limine* seeking a ruling limiting the scope of questioning on the "joint venture" issue at the upcoming evidentiary hearing on the defendant's Motion to Suppress, scheduled to begin on October 20, 2008.

The Court hereby **ORDERS** that the scope of examination of witnesses at the aforementioned hearing concerning the "joint venture" issue will be limited to questions relevant to whether: (1) the United States actively participated in the interviews of the defendant by Dutch law enforcement; (2) Dutch law enforcement were acting as mere agents of the United States in interviewing the defendant; and/or (3) the cooperation between the United States and Dutch in this investigation was designed to evade the constitutional requirements applicable to American investigators.

So **ORDERED.**

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

_____
    Date

cc:    All counsel of record