**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Criminal No. 05-337 (PLF)** |
| **WESAM AL DELAEMA,** | : | |
| **also known as** | : | |
| **WESAM KHALAF CHAYED DELAEME,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S NOTICE OF FILING OF SUPPLEMENT TO ITS**
**MOTION AND MEMORANDUM OF LAW IN SUPPORT OF**
**REQUEST FOR PROTECTIVE ORDER**
**PURSUANT TO CIPA SECTION 4 AND FED. R. CRIM. P. 16(d)(1)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice that, pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III, it has filed, through the Court Security Officer or his designee, for the Court's *ex parte*, *in camera,* review, its Supplement to its Motion and Memorandum of Law for a Protective Order Pursuant to CIPA Section 4 and Rule 16(d)(1) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEFFREY TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610

By:      /s/
GREGG A. MAISEL
Assistant United States Attorney
D.C. Bar No. 447902
National Security Section
555 Fourth Street NW, Room 11-453
Washington, DC 20530
(202) 514-7746
Gregg.Maisel@usdoj.gov

RACHEL CARLSON LIEBER
Assistant United States Attorney
D.C. Bar No. 456491
National Security Section
555 Fourth Street NW, Room 11-909
Washington, DC 20530
(202) 353-8055
Rachel.Lieber@usdoj.gov

DAVID I. MILLER
Trial Attorney
N.Y. Bar No. 2959369
Counterterrorism Section
U.S. Department of Justice
10th & Constitution Avenue, N.W.
Washington, D.C. 20530
(202) 353-2440
David.Miller@usdoj.gov

Dated: October 8, 2008

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of October, 2008, a copy of the foregoing

Government's Notice of Filing of Supplement to its Motion and Memorandum of Law in Support

of Request for Protective Order Pursuant to CIPA Section 4 and Fed. R. Crim. P. 16(d)(1) was

filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing

system to all parties indicated on the electronic filing receipt.  Parties may access this filing

through the Court's system.

                                                       _____/s/_____

GREGG A. MAISEL
Assistant United States Attorney
D.C. Bar No. 447902
National Security Section
555 Fourth Street NW, Room 11-453
Washington, DC 20530
(202) 514-7746
Gregg.Maisel@usdoj.gov