IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| -v- | : Criminal No. 05-337 (PLF) |
| WESAM AL DELAEMA, also known as WESAM KHALAF CHAYED DELAEMA | : |

Government's *Ex Parte, In Camera,* Under Seal
Supplement to Motion and Memorandum of Law for a Protective Order
Pursuant to CIPA § 4 and Fed. R. Crim. P. 16(d)(1)