# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

     :

       v.      :

     :      **Criminal No. 05-337 (PLF)**

WESAM AL DELAEMA,      :

also known as      :

WESAM KHALAF CHAYED DELAEME,      :     **FILED**

     :

       **Defendant.**      :      OCT 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## GOVERNMENT'S NOTICE OF PRETRIAL CONFERENCE
## PURSUANT TO SECTION 2 OF THE
## CLASSIFIED INFORMATION PROCEDURES ACT

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, hereby provides notice of an *ex parte* pretrial conference pursuant to the

government's request and Section 2 of the Classified Information Procedures Act ("CIPA"), 18

U.S.C. App. III, to consider matters relating to classified information that may arise in connection

with this prosecution. The United States requested and the Court conducted this *ex parte*

conference on October 14, 2008.

               Respectfully submitted,

               JEFFREY TAYLOR
               UNITED STATES ATTORNEY
               D.C. Bar No. 498610

By:     /s/
               GREGG A. MAISEL
               Assistant United States Attorney
               D.C. Bar No. 447902
               National Security Section
               555 Fourth Street NW, Room 11-453
               Washington, DC 20530
               (202) 514-7746
               Gregg.Maisel@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on this 15th day of October, 2008, a copy of the foregoing

Government's Notice of Pretrial Conference Pursuant to Section 2 of the Classified Information

Procedures Act was filed electronically. Notice of this filing will be sent by operation of the

Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties

may access this filing through the Court's system.

/s/ _____

GREGG A. MAISEL
Assistant United States Attorney
D.C. Bar No. 447902
National Security Section
555 Fourth Street NW, Room 11-453
Washington, DC 20530
(202) 514-7746
Gregg.Maisel@usdoj.gov
