**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : |
| | : **Criminal No. 05-337 (PLF)** |
| **WESAM AL DELAEMA,** | : |
| **also known as** | : |
| **WESAM KHALAF CHAYED DELAEME,** | : |
| | : |
| **Defendant.** | : |

**SUPPLEMENTAL PROTECTIVE ORDER (UNCLASSIFIED)**

This matter is before the Court on the Government's *Ex Parte*, *In Camera*, Under Seal Supplement to its *Ex Parte*, *In Camera*, Under Seal Motion for a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure ("Government's CIPA § 4 Motion"). By its Supplement to the Government's CIPA § 4 Motion, the government requested that the Court: (1) conduct an *ex parte*, *in camera* review of the government's submission; (2) authorize the government to withhold specified classified information from production; and (3) order that the entire text of the government's motion and all accompanying exhibits shall not be disclosed to the defense and shall be Sealed and preserved in the records of the Court to be made available for all future review of these proceedings.

The Court has carefully reviewed the Government's CIPA § 4 Motion, the government's Supplement to that Motion, the Government's Motion *In Limine* for Rulings Prior to Motions Hearings, filed October 6, 2008, and all the annexed exhibits thereto. Having carefully considered the government's submissions and arguments, the Court **GRANTS** the Government's supplemental motion as indicated in its classified order on this matter.

The Court finds that the Government's Supplement to its CIPA § 4 Motion was properly filed *ex parte*, *in camera*, for this Court's review.  The Court has conducted an *ex parte*, *in camera*, review of the government's classified supplemental motion and memorandum of law, and attached exhibits.

Accordingly, **IT IS ORDERED** that the government is authorized to withhold from production to the defense the classified information in the manner outlined in this Court's classified order on this matter.

**IT IS FURTHER ORDERED** that the government's supplemental motion, memorandum of law, and the accompanying exhibits shall not be disclosed to the defense, and shall be Sealed and maintained in a facility appropriate for the storage of such classified information by the Court Security Officer as the designee of the Clerk of Court, in accordance with established security procedures, for any future review, until further order of this Court.

**IT IS SO ORDERED**, this 16th day of October, 2008.

/s/_____
PAUL L. FRIEDMAN
United States District Judge