

**U.S. Department of Justice**

*Criminal Division*

MEW:SCR:PJR:JHF:JMB:jmb
182-21962

Washington, D.C. 20530

August 10, 2005

VIA FACSIMILE AND AIRMAIL

Mr. Paul Spaan
Chief
Office of International Judicial Assistance
Ministerie van Justitie
Schedeldoekshaven 100
2511 EX 's-Gravenhage
The Netherlands

Dear Mr. Spaan:

     Re:  Request to the Netherlands for Assistance in the
          Investigation and Prosecution of Wesam AL DELAEMA

     Attached is a request for assistance, pursuant to the Treaty between the United States of America and the Kingdom of the Netherlands on Mutual Assistance in Criminal Matters (entered into force September 15, 1983).  A Dutch translation will be provided upon request.

     If you have any questions concerning this matter, please contact me at (202) 514-0951, or Jonathan Breyan, the paralegal assigned, at (202) 514-6188.  Thank you for your assistance in this matter.

               Sincerely,

               Mary Ellen Warlow
               Director
               Office of International Affairs
               Criminal Division

               By: *Judith Friedman*

               Judith H. Friedman
               Senior Trial Attorney

Chron
ile
Attorney



**U.S. Department of Justice**

*Criminal Division*

*MEW:SCR:PJR:JHF:jmb*
182-21962

Washington, D.C. 20530

Date:  *August 10, 2005*

TO:       The Competent Authority of the Netherlands

SUBJECT:  Request for Assistance in the Investigation and
          Prosecution of Wesam Al Delaema

The Competent Authority of the United States requests the
assistance of the appropriate authorities in the Netherlands
pursuant to the Treaty on Mutual Legal Assistance.  The United
States Department of Justice, Counterterrorism Section, and the
United States Attorney for the District of Columbia are
investigating Wesam Al Delaema, also known as Wesam Khalaf Chayed
Delaeme (hereinafter "Delaema"),and others for conspiring to
murder United States citizens in Fallujah, Iraq, and elsewhere.
Dutch law enforcement authorities have conducted an investigation
into these persons' criminal activities.  The prosecutors need
all evidence and reports of investigation in the possession of
the Dutch law enforcement authorities and prosecution agencies in
order to identify co-conspirators of Delaema and to further the
United States criminal investigation.  In addition, Dutch
authorities recently arrested eight Iraqi nationals in connection
with their investigation of Delaema.  Several of these persons,
including Kahten Al Naeme, Housam Al Bayati, and Abdel Kathem

Kasem Khenyab, are believed to be in the Netherlands.  Delaema's wife, Zina Jabbar Bedeni Hassan, is also believed to be in the Netherlands.  The prosecutors also seek to interview these persons, and others, as witnesses, since they may have knowledge of the criminal activities of Delaema and his cohorts.

**Because of the sensitive nature of this case and the information contained herein, please keep confidential this request for assistance, its contents, and the fact that this request has been made and do not disclose it publicly.**  Further, please advise all those who must be made aware of this request for assistance for the purpose of its execution that the contents and the subject matter are to be kept confidential and should not be shared with any other persons.  Finally, the United States requests and is appreciative of the most expeditious response to this request.

THE FACTS

In October 2003, and possibly at other times, Delaema and others traveled from the Netherlands to Iraq in order to conduct and record violent operations against United States citizens and interests.  Delaema appears to have made video and audio recordings that capture his and his co-conspirators' operational activity as well as their statements, in which they express their specific interest in killing United States nationals.  These video and audio recordings recovered by Dutch law enforcement

2

portray Delaema and others engaged in what appear to be the planning and execution of violent attacks against United States personnel and property.  At least some of the activity portrayed appears to have occurred in Iraq.  The recordings also depict what appear to be scenes of destruction following attacks on a train and attacks on vehicles.

On July 27, 2005, the United States charged Delaema with violations of United States law, based, among other things, on the above-described evidence.

## THE OFFENSES

**18 U.S.C. § 2332.  Conspiracy to murder a United States national outside the United States**

> (b) Whoever outside the United States attempts to kill, or engages in a conspiracy to kill, a national of the United States shall –

> (1) in the case of an attempt to commit a killing that is a murder . . . be fined . . . or imprisoned not more than 20 years, or both; and

> (2) in the case of a conspiracy by two or more persons to commit a killing that is a murder . . ., if one or more of such persons do any overt act to effect the object of the conspiracy, be fined . . . or imprisoned for any term of years or for life, or both. . . .

**18 U.S.C. § 2332a.  Use of weapons of mass destruction**

> (a) Offense against a national of the United States or within the United States -- A person who, without lawful authority, uses, threatens, or attempts or conspires to use, a weapon of mass destruction –

> (1) against a national of the United States while such national is outside the United States;

\* \* \*

3

(3) against any property that is owned, leased or used by the United States or by any department or agency of the United States, whether the property is within or outside the United States . . .

shall be imprisoned for any term of years or life. . . .

Under Section 2332a(c)(2), a "weapon of mass destruction" is defined to include any "destructive device," as defined in 18 U.S.C. § 921.

In turn, Section 921(a)(4) defines "destructive device" to include "any explosive, incendiary, or poison gas (i) bomb, (ii) grenade, (iii) rocket having a propellant charge of more than four ounces, (iv) missile having an explosive or incendiary charge of more than one-quarter ounce, (v) mine, or (vi) device similar to any of the devices described in the proceeding clauses."

In addition, a "destructive device" includes "any combination of parts either designed or intended for use in converting any device into a destructive device . . . and from which a destructive device may be readily assembled."

**18 U.S.C. § 924. Penalties**

* * *

(c)(1)(A). . . .[A]ny person who, during and in relation to any crime of violence . . . for which the person may be prosecuted in a court of the United States, uses or carries a firearm, or who, in furtherance of any such crime, possesses a firearm, shall, in addition to the punishment provided for such crime of violence . . .

(B)[i]f the firearm possessed by a person . . . is a . . . destructive device . . ., the person shall be sentenced to a term of imprisonment of not less than 30 years.

* * *

(o) A person who conspires to commit an offense under subsection (c) . . . shall be imprisoned for not more than 20 years . . .; and if the firearm is a . . . destructive device, . . . shall be imprisoned for any term of years or life.

4

## 18 U.S.C. § 2.  Principals

(a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures  its commission, is punishable as a principal.

(b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.

SUBJECT OF THE INVESTIGATION

WESAM AL DELAEMA

| | |
|---|---|
| Alias: | WESAM KHALAF CHAYED DELAEME |
| Date of Birth: | February 15, 1973 |
| Place of Birth: | Fallujah, Iraq |
| Citizenship: | Naturalized Dutch Citizen, 2001 |

NEED FOR ASSISTANCE

The prosecutors need any and all evidence in the possession of Dutch authorities in order to prove the charges against Delaema.  The prosecutors must also be able to establish how this evidence was gathered, who handled or analyzed it, and be able to introduce originals of documentary and other evidence in order for it to be considered by a United States court.  The witnesses are expected to provide new evidence and corroborate other evidence already obtained in the course of the investigation.

ASSISTANCE NEEDED

Please provide any and all evidence in the possession of law enforcement authorities in the Netherlands in the KAPPER case, RN 04/45 and RN 04/47, including, but not limited to:

5

1.   all video tapes, DVDs, CD-Roms, photographs and other media recovered during any and all searches associated with the investigation and all transcripts or summaries of any such video tapes, DVDs and CD-Roms;

2.   all documents, reports and affidavits supporting any and all searches conducted in the case;

3.   all photographs, diagrams and reports documenting, describing or listing the seizure of evidence in the case and the "chain-of-custody" of all evidence, including, but not limited to clothing, "pocket litter" and other documentary or physical evidence seized in the case;

4.   all forensic reports documenting the testing of any evidence seized in the case;

5.   all evidence gathered via electronic surveillance of any kind which is associated with the case or with related cases, including any transcripts or summaries of such evidence;

6.   property ownership, rental, utility or other records showing the relationship between any premises or property searched and any subject of the investigation;

7.   automobile registration, license or other records showing the relationship between any subject of the investigation and any automobile used by the subject;

8.   passport and any other travel records for any subject of the investigation;

9.   health club records for any subject of the investigation;

10.  credit card records for any subject of the investigation;

11.  bank or other financial records for any subject of the investigation;

12.  medical records for any subject of the investigation, including but not limited to any medical records related to the injury of Delaema's hand;

13.  police or other reports related to the injury of Delaema's hand;

14.  all records of any statements made by any subject of the investigation or witness in the investigation to Dutch law enforcement authorities, including any video tape, audio tape, transcript and/or summary of such statements;

15.  all court records associated with the case, including all records of any statements made by any subject of

6

the investigation or witness in the investigation to a magistrate or other judicial official;

16. any time line prepared by Dutch law enforcement authorities;

17. any other documents or reports in the possession of Dutch law enforcement authorities concerning this investigation; and

18. originals of any of the above described evidence.

Additionally, please permit Special Agents from the Federal Bureau of Investigation and United States prosecutors to travel to the Netherlands to interview Delaema, as well as Kahten Al Naeme, Housam Al Bayati, Abdel Kathem Kasem Khenyab, Zina Jabbar Bedeni Hassan, and any other witnesses identified in the Dutch investigation of Delaema.

<u>PROCEDURES TO BE FOLLOWED</u>

Please ask the appropriate authorities to do the following:

1. provide all requested evidence and assistance as quickly as possible. If necessary, at a later date, certification of evidence will be requested.

2. permit Special Agents from the Federal Bureau of Investigation and United States prosecutors to travel to the Netherlands to review and obtain the evidence and interview the witnesses.

3. invite those providing the evidence and testimony to travel to the United States to testify before the grand jury and/or at trial. If any witness chooses not to travel, a formal

7

deposition for his/her testimony may be requested at a later date.

August 10, 2005
DATE

Stewart C. Robinson
Deputy Director
Office of International Affairs
Criminal Division