**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff;** | ) | |
| | ) | |
| v. | ) | **Cr. No. 05-337 (PLF)** |
| | ) | |
| **WESAM AL DELAEMA,** | ) | |
| also known as | ) | |
| **WESAM KHALAF CHAYED** | ) | |
| **DELAEME** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

The Court has previously entered an Order sealing Governments Exhibits 29-DV, 30-DV, 31-DV and 33, which represent audio and video recordings of Mr. Delaema's interrogations by Dutch police officials.  Mr. Delaema has filed an unopposed motion asking the Court to seal both the Dutch and English transcripts of his interrogations by the Dutch police on May 11, 2008, May 31, 2008, and June 28, 2008 (Government Exhibits 29, 30 and 31) and a detailed memorandum of his interrogation on May 2, 2008 (Government Exhibit 28).  Mr. Delaema seeks this relief to protect his right to a fair trial, which he asserts would be compromised by public dissemination of these documents prior to selection of a jury.  The government does not oppose Mr. Delaema's request.

Because of the detailed verbatim rendition of these interrogations, which include the police pointedly challenging assertions of Mr. Delaema, as well as references therein to matters that may not be admissible in the trial of this case, the Court finds that public dissemination of

these exhibits at this time would create a substantial probability that Mr. Delaema's right to a fair

trial would be prejudiced.  The Court also finds that the nature of the allegations in this case have

required that a large pool of potential jurors be summoned to appear to ensure selection of a fair

jury and that public dissemination of these transcripts would likely make that task even more

difficult.  The Court also notes that the four day suppression hearing was open to and presumably

attended by members of the press and that neither party has moved to seal transcripts of those

hearings.

It is therefore ORDERED that Mr. Delaema's Motion to Seal Government Exhibits 28,

28-T, 29-DT, 29-ET, 30-DT, 30-ET, 31-DT and 31-ET is granted and that those exhibits shall be

sealed pending further order of the Court.

Paul L. Friedman
United Court District Judge