**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff;** ) | |
| ) | |
| **v.** ) | **Cr. No. 05-337 (PLF)** |
| ) | |
| **WESAM AL DELAEMA,** ) | |
| **also known as** ) | |
| **WESAM KHALAF CHAYED** ) | |
| **DELAEME** ) | |
| ) | |
| **Defendant.** ) | |

**REQUEST BY THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA FOR
INTERNATIONAL JUDICIAL ASSISTANCE FROM THE
KINGDOM OF THE NETHERLANDS**

TO THE APPROPRIATE AUTHORITIES OF THE KINGDOM OF THE

NETHERLANDS (hereinafter "The Netherlands"):

The United States District Court for the District of Colombia presents its compliments to

the judicial authorities in the Netherlands and has the honor to request the assistance of the

appropriate authorities in the Netherlands in connection with the prosecution of Wesam Al

Delaema, also known as Wesam Khalaf Chayed Delaeme, who is charged in the District Court of

the District of Colombia with a series of offenses committed in connection with his alleged

involvement in attacks against United States nationals in Iraq.

1

## I.   Background

A grand jury sitting in the District of Colombia returned an indictment on September 9, 2005, charging Mr. Delaema with six offenses committed in connection with attacks against United States nationals in Iraq.   Specifically, Mr. Delaema is charged with the following offenses against the United States.

Conspiracy to kill United States Nationals in violation of Title 18, United States Code, Section 2332(b)

Conspiracy to Use a Weapon of Mass Destruction in violation of Title 18, United States Code, Section 2332(a)

Conspiracy to Maliciously Damage or Destroy U.S. Government Property by Means of an Explosive in violation of Title 18, United States Code, Section 844(f)

Possession of a Destructive Device During a Crime of Violence in violation of Title 18, United States Code, Section 924(c)

Conspiracy to Possess a Destructive Device During a Crime of Violence in violation of Title 18, United States Code, Section 924(o)

Teaching or Demonstrating the Making or Use of an Explosive with Intent to Further a Crime of Violence in violation of Title 18, Section 842(p)

Each of these are serious offenses under United States law and several of the offenses charged in the Indictment are punishable by potential sentence of life imprisonment.

The indictment alleges that Mr. Delaema traveled from the Netherlands to Iraq in October 2003, and that while in Iraq he conspired to murder American and Coalition troops by participating in the planting of improvised explosive devices.  The trial of this case is scheduled to commence on April 13, 2009, in the United States District Court for the District of Columbia. Because this Court does not have subpoena power to require Dutch residents to appear for the trial, the Court requests that the government of the Netherlands assist the Court in taking the

depositions of potential witnesses who reside in the Netherlands.   In connection with this request, the Court requests that the depositions of the following individuals be taken before April 13, 2008:

    a.  Vincent Schrivner: d/o/b: 1-15-1977;  p/o/b: Arnhem, Netherlands

    b.  Sinan al-Delaemi: d/o/b: 1-7-1975;  p/o/b: Fallujah, Iraq

    c.  Albertus Browner: d/o/b and p/ob to be provided the appropriate Dutch authorities by defense counsel

    d.  Housam al-Bayati: d/o/b: 10-6-1984;  p/o/b: Baghdad, Iraq

    e.  Zina Jabbar Bedewi: d/o/b: 27-1-1981;  p/ob: Fallujah, Iraq

    f.  Abdelkathem Kasem Khanyab: d/o/b: 1-1-1971;  p/o/b: Baghdad, Iraq

    g.  Kahten Al Naeme: d/o/b: 1-2-1970;  p/o/b: Kirkuk, Iraq

    h.  Deborah Schotts: d/ob:  6-11-1980;  p/o/b: Meppel, Netherlands

The Court also requests that the appropriate officials of the government of the Netherlands notify counsel for the United States and counsel for Mr. Delaema of the time and place that such depositions will take place in the Netherlands and of the procedures that will be followed in taking the depositions.  Such notifications should be given to Assistant United States Attorney, Gregg Maisel, who can be contacted by telephone in the United States at (202) 514-7746 or by e-mail at gregg.maisel@usdoj.gov and to Robert L. Tucker, counsel for Mr. Delaema, who can be contacted by telephone in the United States at (202) 208-7500 or by e-mail at robert_tucker@fd.org.   The Court also requests that, consistent with the law of the Netherlands, the appropriate authorities in the Netherlands issue such process as necessary to notify the witnesses of the time and place of the deposition and to require their attendance at the deposition.

The United States District Court for the District of Columbia assures the judicial authorities of the Netherlands that the courts of the United States are authorized by statute, 18 U.S.C. § 1781, <u>et</u>. <u>seq</u>, to assist foreign tribunals in the execution of similar requests.

### III.  Time Constraints

The Court further advises the authorities in judicial authorities in The Netherlands  that this request for international judicial assistance should be considered time sensitive and requests the appropriate authorities to promptly consider it.

_____

L. Paul Friedman
United States District Court Judge