IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff; | ) | |
| | ) | |
| v. | ) | Cr. No. 05-337 (PLF) |
| | ) | |
| WESAM AL DELAEMA, | ) | |
| also known as | ) | |
| WESAM KHALAF CHAYED | ) | |
| DELAEME | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The defendant's motion requesting that the Court issue the attached letter rogatory to the Kingdom of the Netherlands is granted. The Clerk shall promptly deliver the signed and properly certified and authenticated letter rogatory to counsel for the defendant, who will be responsible for transmitting it to the Department of State for prompt transmittal to the appropriate authorities in the Netherlands.

Paul L. Friedman
United States District Judge