UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | |
| WESAM AL-DELAEMA | ) | NO. 05-CR-337 (PLF) |

## **MOTION FOR TRAVEL AUTHORIZATION**

NOW COMES undersigned counsel Gregory S. Smith, previously appointed by this Court as co-counsel for Defendant WESAM AL-DELAEMA pursuant to the Criminal Justice Act, and hereby moves this Court to sign a Travel Authorization, attached hereto, to authorize him to utilize the CJA-approved travel agency for his international travel (which is designed to conduct interviews and perform defense-related investigation in the Netherlands), and to specifically allow reservations to be made for these services at government travel rates.

This 6th day of February, 2009.

Respectfully submitted,

_____/s/_____
Gregory S. Smith
D.C. Bar No. 472802
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381

1