<u>TRAVEL AUTHORIZATION</u>

| | |
|---|---|
| <u>Authorized Traveler</u>: | Gregory Stuart Smith |
| <u>Case Name & Number</u>: | *United States v. Wesam al Delaema*, Criminal No. 05-337 (PLF) |
| <u>Authorized Travel Dates</u>: | February 10-13, 2009 |
| <u>Purpose of Travel</u>: | Witness Interviews and Investigation |
| <u>Itinerary</u>: | The Netherlands (Amsterdam, possibly other towns) |

Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are hereby authorized to obtain government travel rates for the above-described trip in connection with your providing representation under the Criminal Justice Act.

You are authorized to contact Omega World Travel at 1-866-450-0401 to request reservations for airline tickets, train tickets, hotel accommodations, and car rentals. You must provide Omega World Travel with your case name and number and must identify yourself as a CJA Panel member of Washington, D.C. and advise Omega World Travel that your tickets are to be charged to that Court's account. You may instruct Omega World Travel where to deliver the tickets.

A copy of this travel authorization as well as a copy of the airline tickets, or other applicable receipts must be attached to your voucher for audit purposes. Our internal accounting control number for this trip(s) is D.C. CJA FPD.

Sincerely yours,

United States District Judge