# David W. Glazier

Loyola Law School Los Angeles
919 Albany Street
Los Angeles, CA 90015-1211
(213) 736-2242
*david.glazier@lls.edu*

## EXPERIENCE:

**Loyola Law School Los Angeles**, *Associate Professor of Law*, 2006 –
- Faculty Advisor, Loyola of Los Angeles International & Comparative Law Review
- Member, Curriculum Committee, Dean's Advisory Committee, Entry Level Hiring Committee, International Programs Committee, Registrar's Committee
- Course taught: Foreign Relations Law, International Law, Law of War, Property

**University of Virginia School of Law**, *Lecturer*, 2005 – 2006
- Developed and taught courses on the Law of War (Fall 2005) and the Evolution of American Military Justice (Spring 2006)

**Center for National Security Law**, *Research Fellow*, 2004 – 2006
- Conducted legal research on issues relating to national security, military justice, and the law of war in a rapidly evolving world
- Pro bono service as a consultant on military commissions to Human Rights First and several military commission defense attorneys

**United States Navy**, *Surface Warfare Officer*, 1980 – 2001
- Commanded USS George Philip (FFG 12), deployed to Central America/Caribbean; seized over 7,000 pounds of cocaine and interdicted 223 illegal migrants at sea
- Staffed naval aspects of Sino-U.S. relationship, participating in negotiations on maritime safety and U.S. Navy post-reversion port visits to Hong Kong. Arranged and participated in bilateral working group discussions on maritime law and safety.
- Coordinated first Chinese warship visits to Hawaii and California, resolving numerous issues of U.S. and international law with various U.S. government agencies.
- Served as the SEVENTH Fleet staff officer responsible for U.S. Navy-Japan relationship; co-chaired and developed bilateral war games exploring roles Japanese maritime forces could play in a regional conflict under international law and Japan's constitution.
- Participated in United Nations sanctions enforcement against Yugoslavia and Haiti
- Taught and developed curriculum at the Navy's highest-level tactical school
- As a JCS intern, prepared policy analyses and recommendations on U.S. military relations with India, Pakistan, and Indian Ocean islands during Soviet Afghan conflict

## EDUCATION:

**University of Virginia School of Law**, Charlottesville, VA; J.D. 2004
- Virginia Law Review, Editorial Board 2002-2004
- Virginia Journal of International Law, Acting Submissions Review Editor 2002
- Law School Alumni Association Best Note Award for 2003-2004
- Order of the Coif
- 2003 Raven Society Scholarship (based on scholarship/leadership/community service)
- Founded Virginia Law Families and Virginia Law Veterans

**Georgetown University**, Washington, D.C.; M.A., Government, 1987
- Certificate in National Security Studies

**Naval War College**, Washington D.C. seminar program; Diploma with distinction, 1987
- Awarded the President's Prize for the most outstanding essay on Maritime Strategy

**Amherst College**, Amherst, MA; B.A., *cum laude*, History, 1980
- Senior honors thesis on the War Powers Act

## LEGAL SCHOLARSHIP:

**If I Could Turn Back Time: Re-lawyering the "War on Terror"**
Completed draft to be submitted for publication in February 2009

**A Self-Inflicted Wound: A Half-Dozen Years of Turmoil Over the Guantánamo Military Commissions**
12 Lewis & Clark Law Review 131 (2008)

**Full and Fair by What Measure?: International Law Applicable to the Military Commission Process**
24 Boston University International Law Journal 55 (2006)

**Precedents Lost: The Neglected History of the Military Commission**
46 Virginia Journal of International Law 5 (2005)

**Ignorance is Not Bliss: The Law of Belligerent Occupation and the U.S. Invasion of Iraq**
58 Rutgers Law Review 121 (2005)

**Kangaroo Court or Competent Tribunal?  Judging the 21st Century Military Commission**
89 Virginia Law Review 2005 (2003)

## SHORTER WORKS

**"Closing Time"**
*Los Angeles Daily Journal,* January 14, 2009

**"Wars of National Liberation"**
Solicited contribution Max Planck Encyclopedia of Public International Law, 2008

**"Martial Law"**
Solicited contribution Gale Encyclopedia of the Supreme Court, 2008

**"Military Commission Act Puts U.S. Troops at Risk of Prosecution"**
*Los Angeles Daily Journal,* October 21, 2006

**"More on Hamdan"**
*SCOTUSBLOG,* June 30, 2006 (solicited commentary on Supreme Court decision)

**Legal Affairs Debate Club: "What Good is Posse Comitatus"**
October 15 - 19, 2005, http://www.legalaffairs.org/webexclusive/debateclub_posse1005.msp

**"Military Injustice: Strike Two for the Guantanamo Trials"**
*Slate,* September 21, 2005

**Brief of Amici Curiae Military Law Practitioners and Academicians**, Hamdan v. Rumsfeld, D.C. Cir (No. 04-5393) 2004 WL 3080436 (co-author with Phillip Carter)

**"Breaching the Great Wall"**
*U.S. Naval Institute Proceedings,* March 2000 (Essay on Chinese naval developments)

**"Warfighting . . . and More"**
*U.S. Naval Institute Proceedings ,* May 1999 (Essay on U.S. Navy peacetime missions)
Silver medal winner in the U.S. Naval Institute's annual essay contest

**BAR ADMISSION:**    Virginia (2004) (inactive)

2