**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : **Criminal No. 05-337 (PLF)** |
| | : |
| **WESAM AL-DELAEMA,** | : |
| | : |
| **Defendant.** | : |

**O R D E R**

Upon consideration of the defendant's Motion to Reconsider Denial of Motion to

Dismiss, it is this ____ day of February, 2009.;

ORDERED that the defendant's motion is GRANTED.

_____
PAUL L FRIEDMAN
UNITED STATES DISTRICT JUDGE