**FILED**

FEB 2 5 2009

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA    :

                                    :

v.                            :     **Criminal No. 05-337 (PLF)**

                                      :

**WESAM al DELAEMA,**        :
**a.k.a. Wesam Khalaf Chayed Delaeme,**  :
    **Defendant.**                   :

## RULE 11 STATEMENT OF OFFENSE

The United States of America and defendant Wesam al Delaema, also known as Wesam Khalaf Chayed Delaeme, agree that the following facts are true and accurate and that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

<u>Conspiracy to Murder United States Nationals Outside the United States</u>

From in or about October 2003 through on or about May 2, 2005, within the Republic of Iraq, the Republic of the Netherlands, and elsewhere, defendant Wesam al Delaema knowingly and intentionally participated in a conspiracy, that is, entered into an unlawful agreement, with a number of individuals ("conspirators" or "co-conspirators") to murder nationals of the United States in Iraq. In order to effectuate this conspiracy, among other things, defendant al Delaema traveled to an area in or around Fallujah, Iraq, in October 2003. Defendant al Delaema and his co-conspirators – calling themselves "the Mujahideen from Fallujah" – declared their intentions to kill Americans in Iraq using improvised explosive devices (IEDs). In furtherance of this conspiracy, defendant al Delaema and his co-conspirators filmed their declarations of their intent to kill Americans in Iraq. For example, on or about October 30, 2003, defendant al Delaema and a co-conspirator stated as follows (in Arabic):

al Delaema:     We, the Mujahideen of Fallujah, have a plan, God willing, for today. With God's help, and if the Americans enter, we will hit them with timed mine, by way of remote [overlay].

Conspirator:     On the Fallujah Way.

al Delaema:     Controlled by remote from afar. God willing, if the hit is successful, we will hunt them.

In addition, on or about October 30, 2003, defendant al Delaema and his co-conspirators discussed and demonstrated, on video, the way in which the IEDs that they had buried in a road in or around Fallujah, Iraq, would be detonated and would destroy the American vehicles driving on the road and kill the American occupants of those vehicles. For example, defendant al

Delaema made the following statement on video:

al Delaema:     We will show you, in a short while, the site where we hide the mines and how the operation is conducted. The operation will be carried out, if Allah wills, today, and if they come. This is not the first operation we carry out. We have executed several operations and most of them were successful. The American Army wouldn't admit to casualties. Their casualties have gone beyond your imagination. In Fallujah alone, they lost hundreds. Thanks be to Allah, all this happened with His help and blessing. We will continue this struggle and keep our promise, God willing, until the liberation of Iraq is achieved.

Later in that same video, defendant al Delaema and one of his co-conspirators had the following conversation, as they demonstrated the components of an IED buried in the road:

al Delaema:     We are now digging in the sand for mines.

Conspirator:    This is the IED.

al Delaema:     This is the IED?

Conspirator:    Yes, this is it. We filled it with TNT. Now, when the American vehicles approach, this is the signal. When the first Jeep arrives here, we, with the instrument from 500 meters away, will press a button on the device, which is connected with an electric wire, and it will detonate the mine.

al Delaema:     Yes.

Conspirator:    We'll have the remote in our hands. We're making these devices with our own hands. We'll detonate the mine from about 500 meters and, God willing, we'll not sustain any casualties.

al Delaema:     God willing.

Conspirator:    Anyone who gets in here will never come out safe. . . .

al Delaema:     Muhammad, film it. . . . So this is the IED.

Conspirator:    Yes, this is it.

al Delaema:     God willing, they'll pass by here today. . . .

2

Conspirator: When they come this way tonight, God willing, nobody will come out safe. Of course, this is not the first operation we carry out. We have had many successful ones. Most of the IEDs that we use, we bury them in the ground. We can even stuff them inside animals.

al Delaema: This should be a successful operation.

Conspirator: God willing, this operation will be 100 percent successful.

al Delaema: God willing.

Conspirator: We didn't have an operation that wasn't successful.

al Delaema: This is another IED. Film the ground.

Conspirator: Now, we have the wire extended here. The distance between them should be about 10 meters.

al Delaema: OK.

Conspirator: So that the explosion is powerful and 100% accurate. Our job is neat and professional. We can even stuff animals with explosives. Let me show you the second one. . . . This is the second IED. We make them in our town with our hands, using TNT dough and electric capsule. These materials are never in short supply, because warehouses are full of them.

al Delaema: This is capable of destroying [overlay].

Conspirator: It can destroy even an armored vehicle.

al Delaema: With the help of Allah.

Conspirator: A very powerful IED. You don't know how much the Americans wanted to know its secrets. They used their instruments that they say are so advanced that they can detect things under the ground. Yet they couldn't detect our devices at all. . . .

al Delaema: God willing, and with God's help, we'll wait for them here, off the speedway. If they come we have a device that allows us to hit them, while they are unable to strike back.

3

| | |
|---|---|
| Conspirator: | We'll suffer no casualties whatsoever. The instrument that we use can be operated 500 meters away. |
| al Delaema: | Long range, long range! |
| Conspirator: | Yes, long range, very long. So far, we in the resistence didn't suffer any losses in the struggle against American forces since they entered Iraq. No casualties among Mujahideen at all. |
| al Delaema: | And their deaths are in the hundreds! . . . |
| Conspirator: | . . . Americans are the devils. We challenge them to pass by this place! We challenge them everywhere, on all outside roads. . . . So see, with resolve from Allah and the prophet Mohammad and from all of the martyrs, we're going to avenge all our martyrs. We'll take a hundred from America for every one that we lose. |
| al Delaema: | God willing. |
| Conspirator: | . . . Killing one American soldier is worth the whole world to us. God willing, we'll be victorious, and we'll rid Iraq of every American. |

In addition to creating this "how-to" and recruitment video, defendant al Delaema also filmed the effects of roadside attacks. For example, in a video dated October 31, 2003, defendant al Delaema filmed a burnt jeep, and interviewed an unknown Iraqi male regarding what had happened:

| | |
|---|---|
| al Delaema: | This is a burnt American vehicle. It was set on fire by the Mujahideen of Fallujah. |
| Witness: | This happened four or five days before Ramadan. |
| al Delaema: | Yes, the operation that was carried out on Main Street, and resulted in destroying a crane and another car. |
| Witness: | They were getting gas. They hit it right at the pump and set it on fire. |

In addition, while back in the Netherlands, defendant al Delaema continued to attempt to obtain propaganda videos for those seeking to kill Americans in Iraq, frequently attempting to obtain raw footage of attacks on Americans in Iraq. He also stated that he intended to purchase equipment for others to use in taking photographs and video footage of attacks on American citizens in Iraq. For example, in a conversation held on September 12, 2004, with a man named Fares, who was living in Iraq, defendant al Delaema discussed recent attacks on American

troops, and the photos Fares was taking of the attacks. They then had the following exchange:

al Delaema: If I get you a video camera, could you film for me?

Fares: A camera would be very useful. Especially the 1,500 one. I'd be able to get everything.

al Delaema: 1,500?

Fares: To get one with a good strong zoom, unlike the old one that I have.

al Delaema: I'm going to purchase one and send it to you.

Fares: God is generous.

Later that same morning, defendant al Delaema and Fares had another conversation regarding filming attacks against Americans:

Fares: They just shot down an airplane.

al Delaema: Really? Swear!

Fares: I swear. They're parading a piece of it on a car in Fallujah.

al Delaema: Praise the Lord. Thank God.

Fares: These helicopters are the ones that have been fucking us. They've been flying all day long over our heads.

al Delaema: I tell you, no one was able to shoot down one of them before, this is the first time. I see now that it's happening more often.

Fares: Yes, as if they're falling into traps.

al Delaema: A miracle by God.

Fares: This one came down and they are going around town with it on a car.

al Delaema: Good. Take the camera.

Fares: Yes buddy, I am going to take some pictures.

| al Delaema: | Take a video of it; take the camera from [unintelligible], she may benefit from it. |
| --- | --- |
| Fares: | I don't have a video camera. |
| al Delaema: | Take the camera and take some photos of yourself with her camera. |
| Fares: | OK, is it alterable?  May I alter it? |
| al Delaema: | Yes, alter it and do live broadcasting for them. |

Finally, on or about May 2, 2005, defendant al Delaema possessed video images of himself and his co-conspirators, documenting their intentions to kill Americans in Iraq and their acts in furtherance of their conspiracy to kill Americans in Iraq, including hiding IEDs in a road in or around Fallujah, Iraq.  Defendant al Delaema also possessed that day additional edited videos depicting attacks on Americans in Iraq, among other places.

## DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed this Rule 11 Statement of Offense fully with my attorney.  I agree and acknowledge by my signature that this Statement of Offense is true and accurate.  The information set forth in this Statement of Offense is not intended to be exhaustive, or to include all relevant information known to me or to the government.  Instead, this Statement of Offense contains those facts that were deemed by the government to be relevant to my plea of guilty to Count One of the Indictment in this matter.

Date: _____

Wesam al Delaema
Defendant

Date: _____

A.J. Kramer, Esquire
Attorney for the Defendant