

Case 1:05-cr-00337-PLF    Document 99-1    Filed 04/03/09    Page 1 of 9











Case 1:05-cr-00337-PLF   Document 99-1   Filed 04/03/09   Page 6 of 9


Case 1:05-cr-00337-PLF   Document 99-1   Filed 04/03/09   Page 7 of 9



