**Incident:**

**Registration:**

Title:              Set himself on fire 2003075584-1
Force member:       ███████ (usr13803)
Incident:           Arson
Time of reporting:  3/22//2003 at 8:01 pm
Act committed on:   3/22/2003 between 2:30 and 3:00 pm
Location:           Museumplein
                    Amsterdam
                    Amsterdam

**Explanation:**

During the demonstration against the war in Iraq we, the reporting officers, were put under Delta 50. We were walking at the rear of the march. When we arrived at Museumplein, a group of Arabic people was walking in front of us. This group was yelling things like: "Death to America," Bush terrorist." At a certain moment I, reporting officer ███████ saw that something in front of me was put on fire. I moved immediately to the source of the fire. I saw that a young man was on fire. Subsequently, I noticed that the boy lay down on the ground. Immediately after this I saw a group of people kicking this guy. At first I was under the impression that these people were beating him up. Then, suddenly I heard in the Arabic language that this boy had set himself on fire.
All the Delta 50 units were in the immediate vicinity. Then we all helped the boy to get back on his feet and took him away from the crowd. The ambulance was called immediately from the location. While waiting for the ambulance we cooled down the boy with water. We kept the press at a distance. Several Moroccan boys helped us with it. The guys went to fetch water everywhere and they did everything the police asked for to help them out.
Wissam[sic] stated that he, with the aid of gasoline, had set himself on fire to show Bush what he was doing to the world.
At the ambulance I heard Wisam's[sic] family reacting angrily at him, why he had done this, it showed that that they knew nothing. Wizsam[sic] was taken to the VU [Free University Hospital]. He had third degree burns on his hands and second and third degree burns on his face. He will be in the hospital for at least four weeks. He will soon be moved to a burn center. The reporting officer will again contact the family next week.

**Reporting Officer(s):**

███████ (usrt13803 pl.13gk)
███ (usrt16914 pl13dl)

**Individuals involved:**

| | |
|---|---|
| Victim: | <u>W. Aldeleami (Male)</u> |
| D.O.B. | ████ in Iraq |
| Address: | ████████ |
| | |
| Telephone No.: | 064 1507604 |