| Nova Broadcast: August 4, 2005:  Wesam Al D. is Speaking Out | | |
|---|---|---|
| 04:38 | CANADIAN JOURNALIST | [Canadian journalist pointing at a restaurant]<br>[speaking in English]<br>So ah, this is where I interviewed Wesam Al D. It was one week after the demonstration in Amsterdam where he poured fuel on his body, so it was, uh, I guess, 6 days after, so he still had burns, and we talked about that. And it was in that room with relatives of him, and some friends. |
| 05:02 | | [Arabic music playing; a shot of the upstairs apartment] |
| 05:05 | CANADIAN JOURNALIST | [speaking in English]<br>What happened to your face and, uh, your fingers? |
| 05:10 | WESAM | [speaking in English]<br>I burned myself, uh, and ah, how you, how you call it? In an, in a "demonstratie" [demonstration], in a demonstration, in Amsterdam, with uh, with uh, with uh, benzene [gasoline] you know, with fire. |
| 05:30 | CANADIAN JOURNALIST | [speaking in English]<br>Why? |
| 05:32 | WESAM | [speaking in English]<br>Because I am mad with what happen now in my country. Because of America and Britain kill our people and destroy our country. |
| 05:45 | CANADIAN JOURNALIST | [speaking in English]<br>With this guy, I think the emotions play a really big part, and he just go, uh, I guess, sort of lifted with the demonstration, eh? |
| 05:54 | | [Shot of Dam Square in Amsterdam, filled with demonstrators; Arabic music in background] |
| 06:00 | CANADIAN JOURNALIST | [speaking in English]<br>At that time he seemed like an Iraqi – well, he's not a refugee because he has a Dutch nationality – but he seemed like an Iraqi guy, very emotional about the war going on in his country. |
| 06:13 | WESAM | [speaking in English]<br>I'm a proud that I did this, you know, and I, I, I, to do something, to show the people that we have a problem in our, and uh, ple-, and to please all the world to help us from all American attack and British. |
| 06:29 | MALE VOICEOVER | A week later the Canadian journalist again talks extensively with Wesam. |
| 06:35 | WESAM | [speaking in English]<br>The American and British come to our country, don't want to that we be free just want to stole the oil, and everybody know that, you know? And uh, so Americans also now kill our people with the bombing. The most important thing for America now to win the war but don't think about innocent people and children and womens. |
| 07:02 | MALE VOICEOVER | We are showing the 2003 interview to Wesam's family and friends. |
| 07:08 | CANADIAN JOURNALIST | [speaking in English]<br>You wanted to, eh, kill yourself, or? |

| 07:10 | WESAM | [speaking in English]<br>Ah, yah, kill myself, I don't care if I kill myself or not, I, I want to be sacrificed for my country, for my people, because uh, I don't, I'm no different like the people you of what see on "televisie" [television]: the children, the, the womens, the old people to die because the war of America. |
| --- | --- | --- |