






CARDELS 800-783-0399
E-4
GOVERNMENT
EXHIBIT



Case 1:05-cr-00337-PLF   Document 99-5   Filed 04/03/09   Page 5 of 38

This resistance that is being waged now in the city of Fallujah, we are all Mujahideen in it.

30 10 2003
23:08:14

GOVERNMENT EXHIBIT E-5

CARDELS 800-783-0399



GOVERNMENT EXHIBIT E-6





GOVERNMENT
EXHIBIT
E-8






Our resistance has been going on in Fallujah
and about 30 U.S. soldiers have died and no TV station reported it.

30 10 2003
23:09:39

GOVERNMENT
EXHIBIT
E-10

CARDELS 800-783-0399

We have destroyed about 10 US Army
vehicles on the Mahmudiya - Baghdad road.

30 10 2003
23:09:42



GOVERNMENT
EXHIBIT
E-11
CARDELS 800-783-0399





On behalf of all the people of Fallujah and on my own behalf, we declare Jihad against the Americans because the Americans are enemies of Allah and his prophet.

30 10 2003
23:10:15



GOVERNMENT
EXHIBIT
CANCELS 800-783-0399
E-14

Case 1:05-cr-00337-PLF    Document 99-5    Filed 04/03/09    Page 15 of 38

Wesam: [inaudible: probably explaining how to film to a person by the name Muhammad] Can you film?

30 10 2003
23:11:27



GOVERNMENT
EXHIBIT
E-15







CARDELS 800-783-0399
E-17
GOVERNMENT EXHIBIT



GOVERNMENT
EXHIBIT
E-19
CARDELS 800-763-0399



CARDELS 800-783-0399
GOVERNMENT EXHIBIT
E-20

Case 1:05-cr-00337-PLF   Document 99-5   Filed 04/03/09   Page 21 of 38

Wesam: Controlled by remote from afar. God willing.
If the hit is successful, we will hunt them.

30 10 2003
23:12:14

GOVERNMENT
EXHIBIT
E-21
CARDELS 800-783-0399



Wesam: We will show you, in a short while, the site where we hide the mines and how the operation is conducted.

30 10 2003
23:12:23

GOVERNMENT
EXHIBIT
E-22
CARDELS 800-783-0399



This is not the first operation we carry out.

30 10 2003
23:12:34



GOVERNMENT
EXHIBIT

CARDELS 800-783-0399

E-24





The American Army wouldn't admit to casualties.

30 10 2003
23:12:47

CARDELS 800-783-0399

GOVERNMENT
EXHIBIT
E-26





GOVERNMENT EXHIBIT
E-29
CARDELS 800-783-0399



CARDELS 800-783-0399
GOVERNMENT EXHIBIT
E-30

Allah said, [reciting verses from the Qur'an] "Against them make ready your strength to the utmost of your power, including steeds of war, to strike terror into the enemies of Allah and your enemies."

30 10 2003
23:25:29



GOVERNMENT
EXHIBIT
E-31
CARDELS 800-783-0399

Wesam: Muhammad, film it. Let the [inaudible].

30 10 2003
23:30:54



GOVERNMENT
EXHIBIT

CARDELS 800-783-0399

E-32



30 10 2003
23:37:09

Wesam: Cover your face, cover it.

CARDELS 800-783-0399
GOVERNMENT EXHIBIT
E-34



30 10 2003
23:35:49

Wesam: God willing, and with God's help,
we'll wait for them here, off the speedway.

CARDELS 800-783-0399
GOVERNMENT EXHIBIT
E-35



CARDELS 800-783-0399
E-36
GOVERNMENT EXHIBIT



Unknown Male: We'll suffer no casualties whatsoever. The instrument that we use can be operated 500 meters away.

30 10 2003
23:35:57

GOVERNMENT EXHIBIT
E-37
BARDELS 800-733-0399



CARDELS 800-783-0399

GOVERNMENT EXHIBIT

E-38