| KA 2.3.17, Disc no. 2 | | |
|---|---|---|
| **Oct. 19, 2003** | | |
| 7:10:43 | WESAM | See how the dogs are blocking the road. |
| 7:14:01 | WESAM | This is all American supplies going to the US Army. And this is the American fuel in front of us. |
| 7:14:12 | WESAM | Fuel for the Americans. |
| 7:14:17 | WESAM | This road is congested by the Americans. |
| 9:26:48 | WESAM | Pigs. Americans, the dogs. |
| 9:30:54 | WESAM | Look, this cemetery, although Christian, it was hit, here in the back, by the Americans. |
| 9:31:09 | WESAM | Look at these buildings – all devastated. |
| 9:31:14 | WESAM | May Allah take revenge on you. |
| 9:31:25 | WESAM | They will never escape from Allah. |
| 9:31:31 | WESAM | Look at that; they've dismantled Iraq. |
| 9:31:48 | WESAM | They spared nothing in it. |
| 9:32:26 | WESAM | See how Iraq has been destroyed. |
| **Oct. 28, 2003** | | |
| 8:25:49 | WESAM | [inaudible] filming here. Be careful. |
| 8:25:51 | WESAM | No, there's no problem. |
| 8:26:15 | WESAM | Everything was hit. |
| 8:28:33 | UNKNOWN MALE | [inaudible] good doors, pipes. They would be cheaper. [inaudible] |
| 8:34:23 | WESAM | This is Al Rashid Army camp, right? |
| 8:34:25 | WESAM | Yes. |
| 8:34:28 | UNKNOWN MALE | It's all dirt now. Aircraft bombed it day and night. |
| 9:12:06 | UNKNOWN MALE | [inaudible] Yes. 01692. |
| 9:59:19 | WESAM | [inaudible] |
| **Oct. 30, 2003** | | |
| 23:07:50 | WESAM | There is no god but Allah. |
| 23:07:51 | WESAM | Mujahideen, can we start? Are you ready to start? |
| 23:07:54 | UNKNOWN MALE | Should we start? |
| 23:07:55 | WESAM | Start. |

| 23:07:56 | UNKNOWN MALE | In the name of Allah, Most Gracious, Most Merciful. [reciting verses from the Qur'an] "Think not of those who are slain in Allah's way as dead. Nay, they live, finding their sustenance from their Lord." Allah the Almighty speaketh the truth. We, the Mujahideen of the city of Fallujah, mother city of mosques, are waging Jihad in defense of our faith, our property, our honor and the honor of all Muslims. This resistance that is being waged now in the city of Fallujah, we are all Mujahideen in it. We do it for the sake of Allah and not for politics, power, or anything else. We wage the Jihad and sacrifice ourselves and our families for the sake of Allah, and in defense of our religion, our land and our honor. Allah said, "If you help [the cause of] Allah, I will come to your aid." Presently, we are fighting this Jihad against the Americans, who devastated us and our families, raiding our houses and families. We are doing it in defense of our families and honor and of the homes of any Muslim. In their speeches, they say, "We came to assist the Iraqis, to help the Iraqis." But what they did was they humiliated us, disrespected us. They've been killing us, our children and our families. I personally lost four children. Innocent children, what wrong did they do? And when we complain to the Americans they say, "Do whatever you want." Our resistance, therefore, is to let the whole world know about this. It's not politics, and we are not Saddam's supporters. We are the Mujahideen of Allah. We pledge to continue the fight "till the Day of Resurrection." God willing [overlay]. |
|---|---|---|
| 23:09:24 | WESAM | God willing! |
| 23:09:25 | UNKNOWN MALE | With the help from Allah, we will drive the American forces out for the Iraqi people. Let all the States come and see. All the events and operations are not being reported correctly. Our resistance has been going on in Fallujah and about 30 U.S. soldiers have died and no TV station reported it. We have destroyed about 10 US Army vehicles on the Mahmudiya – Baghdad road. If each of these vehicles was carrying at least five soldiers, you do the math. They are not reporting the events accurately. We call upon all Arab countries not to send even a single soldier to Iraq. If they do, their soldiers will die as infidels, as Jews. |

| 23:10:05 | WESAM | Thank you. May Allah bless you. |
|---|---|---|
| 23:10:08 | WESAM | Mujahid, [speaking to a different person] do you have something to say? |
| 23:10:11 | UNKNOWN MALE | In the Name of Allah the merciful, the compassionate. On behalf of all the people of Fallujah and on my own behalf, we declare Jihad against the Americans because the Americans are enemies of Allah and his prophet. We declare our Jihad in the name of Allah and not in the name of Saddam Hussein. We are not followers of Saddam Hussein. Having said that, we declare to all Arab and European states and whoever collaborates with them that we will remain the steadfast Mujahideen confronting infidelity and injustice. We do not need [overlay: an unknown male interjects with greetings]. We do not need any foreign participation from anyone, be it European or Arab. We Iraqis are up to the task and we resolve to fulfill this promise. Allah is great, Allah is great, Allah is great. Death and shame to the Americans. Long live the Iraqi nation. Long live the banner of "Allah is great." And the outcasts will be driven away! |
| 23:11:23 | WESAM | [inaudible: probably explaining how to film to a person by the name Muhammad] Can you film? |
| 23:11:24 | UNKNOWN MALE | Should I press a button? |
| 23:11:33 | WESAM | No, just leave it this way. |
| 23:11:54 | WESAM | We, the Mujahideen of Fallujah, have a plan, God willing, for today. With God's help, and if the Americans enter, we will hit them with timed mine, by way of remote [overlay]. |
| 23:12:10 | UNKNOWN MALE | On the Fallujah Way. |
| 23:12:12 | WESAM | Controlled by remote from afar. God willing, if the hit is successful, we will hunt them. |
| 23:12:20 | UNKNOWN MALE | We will conclude the speech there. |

| 23:12:22 | WESAM | We will show you, in a short while, the site where we hide the mines and how the operation is conducted. The operation will be carried out, if Allah wills, today, and if they [the Americans] come. This is not the first operation we carry out. We have executed several operations and most of them were successful. The American Army wouldn't admit to casualties. Their casualties have gone beyond your imagination. In Fallujah alone, they lost hundreds. Thanks be to Allah, all this happened with His help and blessing. We will continue this struggle and keep our promise, God willing, until the liberation of Iraq is achieved. |
|---|---|---|

| 23:20:23 | UNKNOWN MALE | In the name of Allah, most Gracious, most merciful: [reciting verses from the Qur'an] "Against them make ready your strength to the utmost of your power, including steeds of war, to strike terror into the enemies of Allah and your enemies." Allah the Almighty speaketh the truth. |
|---|---|---|
| | | These Mujahideen from the mother city of mosques, the city of resistance and confrontation against the Americans, the traitors and agents. These exemplary Mujahideen have carried out over 50 operations that have resulted in hundreds of American casualties. The American press, and those who follow it, do not give any coverage to such operations. Now this small group of brave Mujahideen has destroyed more than 150 military vehicles, including tanks, armored vehicles and personnel carriers. However, the Americans always under report their human casualties and other losses, admitting to only one or two soldiers being killed or wounded. Concerning the equipment, they admit only to one destroyed, while every operation by these brave men defending their nation, their religion and their honor, and upholding and protecting the banner of "There is no God but Allah, and Muhammad is the prophet of Allah", has resulted in the destruction of more than 150 enemy vehicles. And the Americans report that only one has been destroyed, or that one has malfunctioned. Let the Americans, and the traitors and lackeys who follow them, from abroad or from inside, that the spring of Muslim youth will never dry out, that when the blood of one of these young Mujahideen is shed, the price will be the blood of a hundred enemy combatants; because Allah is with the Muslim, and the Muslim is defending the religion of Allah and the faith of the prophet of Allah, may peace be upon him. Let the Governing Council and its infidel allies know that, in accordance with Islamic teachings and jurisprudence, anyone who sides with the infidel is himself an infidel, and killing him is sanctioned by Sharia [Islamic law]. Let the Governing Council and their cronies know that these young heroes will look for them and hunt them down one by one. No traitor or agent shall escape the punishment by these brave Mujahideen who are out to defend the sacrosanctity of Islam, the monotheism, the honor of the family and the nation, the property of the Muslims. The infidels and the traitors brought this so-called freedom under which Muslims are intended to be mere instruments in the hands of the infidels. Islam teaches that "there is no God but Allah" is supreme, while they want Muslims to embrace secularism and not to believe in religion, in Islam or in the Messenger of Allah. Allah decreed that Jihad is the duty of every Muslim, and said in his holy book [the Qur'an]: "Initiate Jihad with your possessions and with your persons." These young people initiated Jihad with whatever possessions and strength they have. Allah said, [reciting verses from the Qur'an] "Against them make ready your strength to the utmost of your power, including steeds of war, to strike terror into the enemies of Allah and your enemies." These young fighters made themselves ready to confront the infidels and their followers, and the Governing Council, who, one by one, will meet their fate. No one will be left in this beloved country except the honorable Muslims. Allah is great. Allah is the source of success. Allah is great. Glory to Islam and Muslims. |

| 23:29:52 | WESAM | We are now digging in the sand for mines. |
|---|---|---|
| 23:29:57 | UNKNOWN MALE | This is the IED [improvised explosive device]. |
| 23:29:58 | WESAM | This is the IED? |
| 23:30:01 | UNKNOWN MALE | Yes, this is it. We filled it with TNT. Now, when the American vehicles approach, this is the signal. When the first Jeep arrives here, we, with the instrument from 500 meters away, will press [a button] on the device, which is connected with an electric wire, and it will detonate the mine. |
| 23:30:21 | WESAM | Yes. |
| 23:30:23 | UNKNOWN MALE | We'll have the remote in our hands. We're making these devices with our own hands. We'll detonate the mine from about 500 meters and, God willing, we'll not sustain any casualties. |
| 23:30:33 | WESAM | God willing. |
| 23:30:36 | UNKNOWN MALE | Anyone who gets in here will never come out safe. This IED [overlay]. |
| 23:30:48 | WESAM | Muhammad, film it. Let the [inaudible]. |
| 23:31:12 | WESAM | So this is the IED. |
| 23:31:16 | UNKNOWN MALE | Yes, this is it. |
| 23:31:17 | WESAM | God willing, they'll pass by here today. |
| 23:31:19 | UNKNOWN MALE | What? |
| 23:31:21 | WESAM | God willing, they'll pass by here today. |
| 23:31:22 | UNKNOWN MALE | When they come this way tonight, God willing, nobody will come out safe. Of course, this is not the first operation we carry out. We have had many successful ones. Most of the IEDs that we use, we bury them in the ground. We can even stuff them inside animals. |
| 23:31:37 | WESAM | This should be a successful operation. |
| 23:31:39 | UNKNOWN MALE | God willing, this operation will be 100 percent successful. |
| 23:31:40 | WESAM | God willing. |
| 23:31:41 | UNKNOWN MALE | We didn't have an operation that wasn't successful. |
| 23:31:48 | WESAM | This is an[other] IED. Film the ground. |
| 23:32:04 | UNKNOWN MALE | Now, we have the wire extended here. The distance between them should be about 10 meters. |
| 23:32:07 | WESAM | OK. |

| 23:32:08 | UNKNOWN MALE | So that the explosion is powerful and 100% accurate. Our job is neat and professional. We can even stuff animals [with explosives]. Let me show you the second one. |
|---|---|---|
| 23:33:14 | UNKNOWN MALE | [inaudible] |
| 23:33:35 | UNKNOWN MALE | [inaudible] |
| 23:34:53 | UNKNOWN MALE | This is the [second] IED. We make them in our town with our hands, using TNT dough and electric capsule. These materials are never in short supply, because warehouses are full of them. |
| 23:35:11 | WESAM | This is capable of destroying [overlay]. |
| 23:35:13 | UNKNOWN MALE | It can destroy even an armored vehicle. |
| 23:35:14 | WESAM | With the help of Allah. |
| 23:35:17 | UNKNOWN MALE | A very powerful IED. You don't know how much the Americans wanted to know its secrets. They used their instruments that they say are so advanced that they can detect things under the ground. Yet they couldn't detect our devices at all. Thus, we [overlay]. |
| 23:35:45 | WESAM | God willing, and with God's help, we'll wait for them here, off the speedway. If they come, we have a device that allows us to hit them, while they're unable to strike back. |
| 23:35:57 | UNKNOWN MALE | We'll suffer no casualties whatsoever. The instrument that we use can be operated 500 meters away. |
| 23:36:02 | WESAM | Long range, long range! |
| 23:36:03 | UNKNOWN MALE | Yes, long range, very long. So far, we in the resistance didn't suffer any loses in the struggle against American forces since they entered Iraq. No casualties among Mujahideen at all. |
| 23:36:15 | WESAM | And their deaths are in the hundreds! |
| 23:37:17 | UNKNOWN MALE | Yes, in the hundreds. How many of their convoys have been attacked! I wish it has been reported correctly. If it was reported by the Al-Jazeera and Al-Arabiya TV stations – but the American forces wouldn't allow them to film. Had they been able to correctly report, they would have reported tens of American casualties daily. |
| 23:36:58 | | [inaudible] |
| 23:37:08 | WESAM | Cover your face; cover it. |

| 23:37:11 | UNKNOWN MALE | This is the device that we use, and this is the frequency. |
|---|---|---|
| 23:37:13 | WESAM | Yes. |
| 23:37:15 | UNKNOWN MALE | It gives the frequency to us; with an electrical connection from the remote control device to the planted mines. |
| 23:37:22 | UNKNOWN MALE | This is the device that [overlay]. |
| 23:37:23 | UNKNOWN MALE | The device that's wreaking havoc among them. |
| 23:37:25 | UNKNOWN MALE | The device that we use with the explosive materials. It has a wire sticking out, as you can see, from here. |
| 23:37:40 | UNKNOWN MALE | Be careful not to cut or damage it. |
| 23:38:21 | | [inaudible] |
| 23:38:23 | UNKNOWN MALE | This is the place of explosion instrument. |
| 23:38:24 | WESAM | Yes. |
| 23:38:27 | UNKNOWN MALE | This is the wire of the frequency of the instrument that is connected to the IED. |
| 23:38:28 | WESAM | Yes, to the IED. |
| 23:38:33 | UNKNOWN MALE | [inaudible] |
| 23:38:48 | UNKNOWN MALE | This is the wire, the electric wire, which we've buried. |
| 23:38:52 | WESAM | Yes. |
| 23:38:53 | UNKNOWN MALE | The instrument is there, in that place. The bombs are placed between the instrument and about [overlay]. |
| 23:38:53 | UNKNOWN MALE | 30 meters. |
| 23:38:53 | UNKNOWN MALE | No more than 30 or 40 meters. We control it remotely. |
| 23:39:08 | UNKNOWN MALE | This is the wire. |
| 23:39:09 | WESAM | Yes. |
| 23:39:10 | UNKNOWN MALE | The main wire that connects the instrument to the IEDs. With God's help, we've come here today, not only today, but, God willing, we'll come here, will do this day after day, because of the shame the Americans brought [overlay]. |

| 23:39:25 | UNKNOWN MALE | Holy month of Ramadan is upon us. Allah, glory to his name, said that during the month of Ramadan devils sleep and only angles reveal themselves. Americans are the devils. We challenge them to pass by this place! We challenge them everywhere, on all outside roads. We won't hit inside the cities. The civilians and families will get hurt. They already suffered. They [the Americans] struck schools. They hit children. They're the ones who threw grenades into the residential areas to have the people fight  and blame the Mujahideen. With God's help, they will fail. We, the Mujahideen, will fight on the outside roads. As for the operations that are carried out inside cities, it's the Americans who are carrying them out. So see, with resolve from Allah and the prophet Mohammad and from all of the martyrs, we're going to avenge all our martyrs. We'll take a hundred from America for every one that we lose. |
|---|---|---|
| 23:40:19 | WESAM | God willing. |
| 23:40:20 | UNKNOWN MALE | Now, during Ramadan, our meals before and after fasting are outdoors. We're doing this not for politics or material gain. We are willing to sacrifice our lives for the sake of Allah. This is where the instrument and the IED are placed. Because we can't afford the price of such devices, we have developed, thanks to God, a method to keep the instrument far away from the explosives, and reuse it four or five times. Killing one American soldier is worth the whole world to us. God willing, we'll be victorious, and we'll rid Iraq of every American. We challenge the U.S. or any other State. It didn't enter Iraq with the goal of … |
| **Oct. 31, 2003** | | |
| 10:33:36 | WESAM | This is a burnt American vehicle. It was set on fire by the Mujahideen of Fallujah. |
| 10:33:48 | UNKNOWN MALE | This happened four or five days before Ramadan. |
| 10:33:51 | UNKNOWN MALE | Yes, the operation that was carried out on Main Street, and resulted in destroying a crane [tow truck] and another car. |
| 10:34:00 | UNKNOWN MALE | They were getting gas. They [the Mujahideen] hit it right at the pump and set it on fire. |
| 10:34:06 | UNKNOWN MALE | This is the cab [of the vehicle] and that's the engine. |

| | | |
|---|---|---|
| 10:34:12 | UNKNOWN YOUNG MALE | Greetings. |
| 10:34:13 | UNKNOWN MALE | Hello. Stay away. |
| 10:34:17 | UNKNOWN MALE | When it was hit by a rocket, the kids that used to sell gasoline on the street poured gasoline on it and set it on fire. |
| 10:34:25 | UNKNOWN MALE | The cab [of the vehicle] was dismantled. |
| 10:34:27 | UNKNOWN MALE | This was done with a mine. |
| 10:34:28 | WESAM | Land mine was thrown on it? |
| 10:34:30 | UNKNOWN MALE | Yes. Land mine. After that they [the Americans] hit it with a missile and destroyed it completely [so that no one would make use of it]. |
| 10:34:38 | WESAM | Completely destroyed. |
| 10:34:40 | UNKNOWN MALE | Yes. |
| 12:09:50 | WESAM | Greetings! |
| 12:09:51 | UNKNOWN MALE | Greetings to you. |
| 12:09:52 | UNKNOWN MALE | Is the manager here? |
| 12:09:54 | UNKNOWN MALE | Yes. There he is. Abu Sara! |
| 12:09:55 | WESAM | No. There's no need. This is where the train was hit? |
| 12:09:58 | UNKNOWN MALE | Yes. Here's where it was hit. |
| 12:10:01 | | [overlay] |
| 12:10:03 | THE MANAGER | Where are you from? |
| 12:10:07 | WESAM | From Fallujah. |
| 12:10:08 | THE MANAGER | Where? |
| 12:10:09 | WESAM | From Fallujah, brother. |
| 12:10:10 | THE MANAGER | Where? |
| 12:10:11 | WESAM | From Fallujah. |
| 12:10:12 | THE MANAGER | Which part? |
| 12:10:57 | WESAM | Is that another one that was hit? |

| 12:10:59 | UNKNOWN MALE | Yes, after [overlay]. |
|---|---|---|
| 12:11:01 | UNKNOWN MALE | Oh, no, it wasn't hit; it was turned upside down five or six months ago. |
| 12:16:51 | WESAM | Here in Fallujah, at the entrance of the city, the resistance blew up a train that was carrying American equipment. |
| 12:17:03 | UNKNOWN MALE | A train. |
| 12:17:04 | WESAM | A train? |
| 12:17:05 | UNKNOWN MALE | Yes. |
| 12:17:07 | UNKNOWN MALE | A train carrying American equipment. |
| 12:17:11 | UNKNOWN MALE | What about this, Wesam? |
| 12:17:12 | WESAM | I don't know. |
| 12:17:15 | UNKNOWN MALE | This is part of the train and these are its "legs" [wheels]. |
| 12:17:19 | WESAM | This is all clothing and food supplies for the American soldiers. Are these parts of the wheels of the train? |
| 12:17:29 | UNKNOWN MALE | No, these belong to a tank, the tracks [chains] of a tank. |
| 12:17:34 | WESAM | These are the tracks of a tank. The fire is new and still simmering. Was it hit and set on fire now? |
| 12:17:39 | UNKNOWN MALE | Yesterday. |
| 12:17:40 | WESAM | What time yesterday? |
| 12:17:42 | UNKNOWN MALE | About 11. |
| 12:17:49 | WESAM | This is their food? |
| 12:17:51 | UNKNOWN MALE | This is their food and their drinks. |
| 12:17:57 | WESAM | They blew it here with a land mine, right? |
| 12:18:02 | UNKNOWN MALE | Not here; the land mine was over there, where you already filmed it. |
| 12:18:05 | WESAM | So what is this car here? |
| 12:18:07 | UNKNOWN MALE | This is old, Wesam, old. |
| 12:18:11 | WESAM | When was it hit? |
| 12:18:11 | UNKNOWN MALE | No, this was turned upside down during the "looting" days [immediately after the fall of Baghdad]. |

| 12:18:16 | UNKNOWN MALE | This was hit too. |
|---|---|---|
| 12:18:17 | WESAM | Our people hit it, right? Yeah. |
| 12:18:20 | WESAM | This is the third train that was hit, right? |
| 12:18:23 | UNKNOWN MALE | No. The third one was hit a little bit far from here. |
| 12:18:26 | UNKNOWN MALE | Film here. Clothes, bags of clothes. |
| 12:18:30 | WESAM | Do these bags of clothes belong to them? What about this water? This is Arab water bottled in Saudi Arabia. They're supporting the Americans. God bless! [sarcastically] |
| 12:18:50 | | [overlay; inaudible] |
| 12:18:52 | WESAM | What time did the explosion happen? |
| 12:18:54 | UNKNOWN MALE | 11:45. |
| 12:18:56 | WESAM | 11:45 at night? |
| 12:18:57 | UNKNOWN MALE | In the morning. |
| 12:18:58 | WESAM | In the morning. Were there any Americans in it? |
| 12:19:00 | UNKNOWN MALE | No, just Iraqis. But the load was American. |
| 12:19:01 | WESAM | Iraqis only! Did the conductor die? |
| 12:19:03 | UNKNOWN MALE | No. |
| 12:19:04 | WESAM | The conductor didn't die?! |
| 12:19:06 | UNKNOWN MALE | No; the train moved later. Only the gas tank split open. |
| 12:19:13 | WESAM | They [Iraqis] took [looted] all the stuff, right? [laughing] |
| 12:19:14 | UNKNOWN MALE | The American [stuff]? |
| 12:19:15 | WESAM | Yes. |
| 12:19:15 | UNKNOWN MALE | All gone. |
| 12:19:16 | WESAM | Good. |
| 12:19:17 | UNKNOWN MALE | The load was for the Americans? |
| 12:19:19 | WESAM | What was it carrying? |
| 12:19:20 | UNKNOWN MALE | It had food supplies, spare parts for their cars. |
| 12:19:25 | WESAM | Yesterday, when it was hit, were there any planes? |

| 12:19:27 | UNKNOWN MALE | No. No planes. |
|---|---|---|
| 12:19:29 | WESAM | No planes? |
| 12:19:30 | UNKNOWN MALE | They came later. They bombed the bridge where those cars are parked over there. |
| 12:19:33 | WESAM | What did they hit it with? |
| 12:19:34 | UNKNOWN MALE | TNT. |
| 12:19:35 | WESAM | TNT? This other train that was hit – what was in it? |
| 12:19:40 | UNKNOWN MALE | This one? That was an accident. Two trains collided at the beginning of the collapse [of the government]. |
| 12:19:46 | WESAM | That's where they hit, right? |
| 12:19:47 | UNKNOWN MALE | This is a catalogue of equipment. |
| 12:19:51 | WESAM | That's their money [financial statements].  Did you know that? |
| 12:19:53 | UNKNOWN MALE | No. |
| 12:19:54 | WESAM | What's the percentage [of the commission] for delivery? Let us see where they got it from. |
| 12:20:05 | WESAM | I see this is Saudi water. |
| 12:20:06 | UNKNOWN MALE | Saudi. And this from Qatar. |
| 12:20:10 | WESAM | I see the fire still burning. |
| 12:20:17 | WESAM | Of course people from the area took the stuff. |
| 12:20:21 | UNKNOWN MALE | Yes, local people. |
| 12:20:22 | UNKNOWN MALE | All the food stuff was taken. Everything. |
| 12:20:23 | WESAM | They took everything? |
| 12:20:24 | UNKNOWN MALE | Some are strewn over there, on the road. |
| 12:20:26 | WESAM | What? Where? |
| 12:20:28 | UNKNOWN MALE | Things of the Americans, there. |
| 12:20:30 | UNKNOWN MALE | [overlay; inaudible] |
| 12:21:03 | WESAM | This was also hit by Mujahideen? |
| 12:21:04 | UNKNOWN MALE | Yes, it was hit by Mujahideen. [inaudible] |
| 12:22:22 | WESAM | Killed two? |
| 12:22:23 | UNKNOWN MALE | Yes. Killed two. |

| 12:22:24 | WESAM | Why did they kill them? |
|---|---|---|
| 12:22:25 | UNKNOWN MALE | A guy had a load of drinking water. They chased him. He hopped into his car and drove away. They started shooting indiscriminately. A Kia [a Korean made taxi] was moving on the road, with passengers. They killed the driver and the passenger behind the driver. The passenger behind that passenger was wounded. |
| 12:22:36 | WESAM | Those planes belong to them? |
| 12:22:37 | UNKNOWN MALE | Yes. Their planes. |
| 12:22:41 | WESAM | Their planes are hovering now over the incident area. |
| 12:22:50 | UNKNOWN MALE | Apache helicopters. Here's Arab water. |
| 12:22:51 | WESAM | Saudi water, God bless [Saudis]! [sarcastically]. |
| 12:22:54 | UNKNOWN MALE | That's their food. |
| 12:23:01 | UNKNOWN MALE | A man came with his car, carrying food stuff. He left the car and ran away. They confiscated it. All the merchandise was thrown away. |
| 12:23:11 | WESAM | The Americans did that? |
| 12:23:12 | UNKNOWN MALE | Yes, the Americans. In the morning he came back with an interpreter. The interpreter spoke with them and they released the car. |
| 12:23:24 | WESAM | The two that were killed, were they from this area? |
| 12:23:26 | UNKNOWN MALE | No. Passengers [in a taxi]. |
| 12:23:29 | WESAM | Just vengeance! |
| 12:23:32 | UNKNOWN MALE | OK. Let us go. |
| 12:23:33 | WESAM | OK. Thank you. |
| 12:26:12 | WESAM | What are these? |
| 12:26:13 | UNKNOWN MALE | Rafts, for bridges [pontoon]. They tie one to the other and make a bridge to cross. |
| 12:26:20 | WESAM | A vessel to cross the river. |
| 12:26:33 | WESAM | American vessels; transportation for the Americans. |
| 12:26:43 | UNKNOWN MALE | Look, Wesam, the writing here. |
| 12:27:40 | WESAM | This is military equipment that was being transported for the Americans. |
| 12:27:45 | WESAM | And what is this? |
| 12:27:48 | UNKNOWN MALE | It's a computer. |

| 12:27:49 | UNKNOWN MALE | Chains for tanks. |
|---|---|---|
| 12:27:50 | WESAM | Naturally, the fire is still burning. |
| 12:28:02 | WESAM | Allah bless the Mujahideen. |
| 12:34:53 | UNKNOWN MALE | Hameed, you talk. [in a car, with a song about Jihad in the background] |
| 12:34:56 | UNKNOWN MALE | Be ready, look forward [towards the front]. |
| 12:34:57 | WESAM | In front of us is "the death triangle". That's what the Americans call it. It's all mined. Explosions are daily occurrences. |
| 12:35:09 | UNKNOWN MALE | Take a picture here. [overlay; inaudible] |
| 12:35:10 | WESAM | All these are the result of explosions. |
| 12:35:12 | UNKNOWN MALE | Look there! |
| 12:35:21 | WESAM | What we're seeing is all [the result of the] operations of the Mujahideen. |
| 12:35:25 | UNKNOWN MALE | This is where [inaudible]. |
| 12:35:30 | WESAM | Let me film here. |
| 12:35:32 | UNKNOWN MALE | You may get out of the car to film. |
| 12:35:38 | WESAM | This is the Hummer they burned. [inaudible] And here it's written: "Long live the hero, Saddam". |
| 12:35:50 | WESAM | This is of course what they call "the death triangle". Daily bombings. Mines are planted everywhere and in all directions. |
| 12:36:03 | WESAM | [inaudible] |
| 12:36:16 | WESAM | These are all actions of the Mujahideen. Here it is written: "Death to America and the agents." And here is the Hummer they hit and burned. Of course, this info will never reach the TV stations. The triangle stretches from here to Habbaniya, and from here to the old Fallujah bridge and to the new one. |
| 12:37:26 | | [inaudible] |
| 12:36:27 | WESAM | Are these [the result of] operations? |
| 12:37:28 | UNKNOWN MALE | These are all operations. |
| 12:37:30 | WESAM | The majority of roads now are mined. |

| 12:37:49 | WESAM | The Americans call this "the triangle of death" because of the high rate of casualties suffered in it. They are hit sometimes [inaudible]. Here, 3 helicopters were downed. This area is populated by Kurds. |
|---|---|---|
| 12:38:29 | WESAM | Here, on this bridge, there was a hit. |
| 12:38:31 | WESAM | Most of the attacks that take place in Fallujah happen outside Fallujah, in the outskirts of the city, to ensure the safety of civilians. No traitors and no nothing. |
| 12:44:12 | UNKNOWN MALE | An incident, [a hit] happened right now. |
| 12:44:14 | WESAM | The Mujahideen of Fallujah? |
| 12:44:21 | UNKNOWN MALE | These are the offices of the County government. |
| 12:44:22 | WESAM | The hit happened there right now. |
| 12:44:25 | UNKNOWN MALE | Yes, just now, right now. This is its fence, but I don't know what happened inside. |
| 12:44:31 | | [overlay; inaudible] |
| 12:44:39 | THE DRIVER | Do you want me to stop here and wait for you? |
| 12:44:40 | WESAM | No, there's no need. [overlay] |
| 12:44:56 | WESAM | Wait, wait, wait, let me see this. This is something to be proud of. The Mujahideen set it on fire now. Right now! Let me see; let me see. This is the County seat [offices]. |
| 12:45:08 | UNKNOWN MALE | People are running away. |
| 12:45:09 | WESAM | Not yet, don't come, don't. It's going to be a while, wait, wait. Our Mujahideen brothers burned it right now. |
| 12:45:23 | | [inaudible] |
| 12:51:28 | WESAM | A confrontation [exchange of fire] is going on right now. They set the offices of the County of Fallujah on fire. Fire exchange between resistance and the police, Iraqi police. |
| 12:52:05 | WESAM | The Americans started shooting. |
| 12:52:06 | UNKNOWN MALE | They're going to shoot in all directions. Listen to the shots. Look at all these people. |
| 12:52:15 | UNKNOWN MALE | This is their only location. |
| 12:52:18 | UNKNOWN MALE | There's a fire right here. |
| 12:52:19 | UNKNOWN MALE | They blocked the road. |

| 12:52:26 | UNKNOWN MALE | They burned a house? |
|---|---|---|
| 12:52:28 | UNKNOWN MALE | Yes. Someone is saying they burned a house. |
| 12:52:30 | UNKNOWN MALE | Film, film. Film this street. |
| 12:52:35 | UNKNOWN MALE | Just stand here and put the camera up there. Only the camera. Shoot [film] from there, and keep looking. |
| 12:52:39 | WESAM | No. |
| 12:52:40 | UNKNOWN MALE | I'll wait for you here. |
| 12:52:43 | UNKNOWN MALE | At the corner, go up at the corner. |
| 12:52:44 | UNKNOWN MALE | Go up on the roof of a house, a building. |
| 12:52:46 | WESAM | No it's enough. |
| 12:52:47 | UNKNOWN MALE | I can go up for you. That's enough, enough. From over [there] by you. |
| 12:52:51 | WESAM | Who burned it? |
| 12:52:53 | UNKNOWN MALE | Two young men. |
| 12:53:00 | WESAM | Find out who burned it; I want to talk to them. |
| 12:53:03 | UNKNOWN MALE | [overlay] [laughing] We really don't know, until now, what is the story. Nobody knows. |
| 12:53:09 | | [inaudible] |
| 12:56:26 | WESAM | A firefight broke between them, right? |
| 12:56:28 | UNKNOWN MALE | Yes. |
| 12:56:29 | WESAM | Who's attacking them? |
| 12:56:32 | UNKNOWN MALE | What? |
| 12:56:34 | UNKNOWN MALE | Someone threw a grenade, of course! |
| 12:56:35 | | [overlay] |
| 12:56:35 | WESAM | Hello, how are you! |
| 12:56:36 | UNKNOWN MALE | Wesam, how's your health! |
| 12:56:38 | WESAM | How are you, Wali? |
| 12:56:39 | UNKNOWN MALE | When did you come back? |
| 12:56:40 | WESAM | Yesterday, buddy. |
| 12:56:43 | UNKNOWN MALE | You owe me a kiss then! |

| 12:56:46 | WESAM | I wish they could hit the police now. |
|---|---|---|
| 12:56:49 | UNKNOWN MALE | They [people] are hitting them. They [police] are besieged inside. |
| 12:56:53 | UNKNOWN MALE | The civilians are resisting and fighting back from inside. |
| 12:56:56 | WESAM | If someone could get to them and hit them. The County government offices have been set on fire. Are they totally burned? |
| 12:57:12 | | [inaudible; overlay] |
| 12:57:13 | WESAM | Look at the police. |
| 12:57:27 | UNKNOWN MALE | Film, film. Film the police. The police are running away! [inaudible; overlay] The resistance [the Mujahideen] are inside. |
| 12:58:05 | WESAM | They're running away. |
| 12:58:10 | UNKNOWN MALES | This is their family. The family of the guy who was killed. |
| 12:58:20 | WESAM | Which one was killed? |
| 12:58:21 | UNKNOWN MALE | [inaudible; overlay] Shakir, Shakir. |
| 12:58:26 | UNKNOWN MALE | They killed Shakir? He's dead?! |
| 12:58:27 | UNKNOWN MALE | Yes. |
| 12:58:28 | UNKNOWN MALE | Why? |
| 12:58:30 | UNKNOWN MALE | There was an explosion. He went to see what was going on. They shot him. They thought he had something to do with it. |
| 12:58:40 | UNKNOWN MALE | By which car was Shakir hit? |
| 12:58:50 | WESAM | Hello, Yasir. Hello, dear. |
| 12:58:52 | YASIR | Hello. How are you? Wesam, here, Mr. Ali,  from the airport [inaudible] |
| 12:59:09 | UNKNOWN MALE | "Happenings, fires." [imitating an actor in a play] |
| 13:05:23 | WESAM | A car is [inaudible]. |
| 13:05:24 | UNKNOWN MALE | Do you know why this fire happened? |
| 13:05:27 | WESAM | Why? |

| 13:05:28 | UNKNOWN MALE | They killed someone… his family here and I'm one of them... any pimp the County government and the Americans bring here. [Is it fair] that whenever any shot is fired, those they bring start shooting at the residents in front of them! |
|---|---|---|
| 13:05:37 | WESAM | Burn them. God damn them. |
| 13:06:11 | WESAM | It should all get burnt. |
| 13:06:13 | UNKNOWN MALE | It already did. What's left? |
| 13:06:15 | WESAM | Still, there are these rooms over here. If they break a window, that would help the fire. They won't let them put out the fire, right? |
| 13:06:28 | UNKNOWN MALE | Who got killed? |
| 13:07:03 | WESAM | No one should extinguish the fire. Hit them, hit them, hit them. |
| 13:07:14 | | [inaudible; overlay] |
| ? | | [Translator note: Tape malfunction. The tape jumps from Oct. 31st at 13:07:28 to Nov. 1st at 13:17:38, then goes back to Oct. 31st at 13:07:32] |
| 13:08:48 | WESAM | Someone joined the martyrs. Here they killed one of the heroes, right here. |
| 13:08:52 | WESAM | Burn the house, burn it. Get into it and burn it. |
| 13:08:55 | UNKNOWN MALE | Stay away. Don't come close [in a threatening tone]. |
| 13:08:57 | WESAM | Let them [get in]. |
| 13:09:00 | | [inaudible] |
| 13:09:02 | WESAM | They're all pigs, those traitors. [overlay; inaudible] |
| 13:09:04 | UNKNOWN MALE | Burn, burn. |
| 13:09:11 | UNKNOWN MALE | You are being filmed. No one should come close. You are filming; it'll be shown on TV. They're going to get in and loot everything. |
| 13:13:17 | WESAM | No, they're not going to loot it. |
| 13:13:48 | UNKNOWN MALE | Where's the police? Are they here? |
| 13:13:49 | UNKNOWN MALE | Yes, there. |
| 13:13:51 | UNKNOWN MALE | Goddamn you, police, and damn whoever made you police. |

| 13:13:54 | UNKNOWN MALE | You sister fuckers. I will fuck your sisters today. They will hit you, and they will fuck your sisters today. |
|---|---|---|
| 13:14:05 | UNKNOWN MALE | Traitors, traitors. |
| 13:14:07 | WESAM | Great. |
| 13:14:08 | UNKNOWN MALE | We'll hit you and fuck your sisters. |
| 13:14:10 | UNKNOWN MALE | Traitors, traitors! God damn you and damn the police. |
| 13:14:18 | UNKNOWN MALE | Sister fucker, I dare you to get it [the weapon] up. |
| 13:14:20 | UNKNOWN MALE | Son of a bitch! Look, Ali, there. There they are. Damn their honor. Those, those. |
| 13:14:32 | UNKNOWN MALE | Cowards. |
| 13:14:33 | UNKNOWN MALE | He's going to get out from there. |
| 13:16:01 | UNKNOWN MALE | Go. Good. [someone is shooting] OK, good for you. Good. They deserve that, good. |
| 13:16:15 | UNKNOWN MALE | Cut them down. Good for you. |
| 13:25:55 | UNKNOWN MALE | [inaudible] the camera. |
| 13:25:57 | WESAM | Don't worry. I swear to God. |
| 13:26:44 | | [a helicopter hovering above] |
| **Nov. 2, 2003** | | |
| 6:12:59 | | [a car moving along a road] |
| 6:16:12 | | [a car moving along a road] |
| 6:17:29 | | [a car moving along a road] |
| 6:17:49 | | [end of recording] |
| | | |