7-1 (Rev. 5-13-99)

**FBI**
**LABORATORY**
# FEDERAL BUREAU OF INVESTIGATION
## QUANTICO, VA  22135

To:        WFO

Date:   September 7, 2005

Case ID  No.:        ████████████

Lab No.:     050906002 KV

Reference:   Your communication dated 09/06/2005

Your No.:

Title:      **NAME OMITTED TO PROVIDE UNCLASSIFIED FORMAT**
ET AL;
PROVIDING MATERIAL SUPPORT TO TERRORIST;
IT - IRAQ
OO:WFO

Date specimens received:   September 6, 2005

Specimens:

Q1          One (1) copy of a DVD

Q2          One (1) Transcript of the Key Conversations from the DVD

Q3          One (1) Translation of the Dutch Proces Verbal of the Key Conversations in the Report

Q4          One (1) Copy of a Dutch Explosives Report

This report contains the results of the Explosives Unit examinations.

Enclosures (1)
Page 1 of 11

This Report is Furnished for Official Use Only

## RESULTS OF EXAMINATIONS:

Present in the submitted specimens is one (1) DVD, specimen Q1, containing images consistent with some of the components necessary to construct an improvised explosive device (IED) or destructive device.  Also in the submitted specimens are the translated transcripts, specimen Q2, of conversations which occur on the DVD.  These conversations contain terminology consistent with individuals discussing the construction of an IED.  Between the images and conversations captured on the DVD all of the necessary components of an IED are either shown or discussed, with the exception of a power source.  All of the components shown or discussed indicate an electrically fuzed IED.  Logically and historically all IEDs using components of this type, including those in Iraq, utilize a power source.  The IED components discussed and visually depicted if combined with a power source and properly constructed and initiated would be capable of causing property damage personal injury and/or death.

A detailed description of the examinations conducted on the submitted specimens is set forth hereafter:

## SPECIMEN Q1:

Specimen Q1 is a DVD.  The DVD contains 11 chapters and runs approximately 53 minutes and 30 seconds.  Chapters 5, 6 and 7 deal with the IED.  The footage present on the DVD has a date and time stamp imprinted which will be used to reference images and conversations dealing with the device.

At approximately 23:29:39 on 30 - 10 - 2003, an unknown number of individuals with concealed faces are seen in the dark.  These individuals appear to be standing on the side of a roadway near a guardrail.  Between 23:29:49 and 23:34:46 they remove sand and gravel covering two or three objects visually consistent with artillery projectiles.  See image1, time stamped 23:31:23, and image 2, time stamped 23:35:12.

 

Image 1                                        Image 2

These artillery projectiles cannot be positively identified due to a lack of discernable markings, but their overall appearance bears similarity to the 105 mm to 155 mm size range of projectiles. The copper rotation bands can be seen at the base of each projectile. These bands impart spin on the projectile as it travels through the barrel of the artillery piece, providing stability in flight. Projectiles in this size range typically contain between approximately 2.5 to 7 kilograms of explosive material. The explosive can vary between the mixture of cyclonite (commonly referred to as RDX) and Trinitrotoluene (TNT), and straight TNT.

At approximately 23:37:12 the individuals remove what appears to be garbage from the side of the road and point to what appears to be a dark colored wire protruding from the ground. See image 3, which is time stamped 23:37:35. This wire is visually consistent with the antenna of a remote receiver which can be used in an IED. This antenna will be discussed in greater detail in a latter portion of this report.



Image 3

Page 3 of 11
050906002 KV

At approximately 23:38:49 the individuals remove sand and gravel from an object which is visually consistent with light colored insulated duplex wire.  See image 4, which is time stamped 23:39:10.  This wire will be discussed in greater detail in a latter portion of this report.



Image 4

**SPECIMEN Q2:**

Specimen Q2 contains approximately 24 pages of what appears to be Arabic and English text.  The pages have time stamps which appear to correspond with the time stamp and events on the Q1 DVD.

At 23:29:52 the translation indicates that someone states, "We are digging for the explosives" and at 23:30:01 someone states, "This is the Explosive." This person also states, "The filling is TNT."   These times correspond with the uncovering of the projectiles and the statement that the explosive filler is TNT is consistent with one of the known fillers of artillery projectiles.

At 23:30:10 the translation indicates that someone states, "It explodes with electric wire connection. The significance of these statements will be covered in a later section of the report.

At 23:30:23 the translation indicates that someone states, "Our device is controlled remotely." They also state, "We do this manually at a distance of 500 meters." The significance of these statements will be covered in a later section of the report.

At 23:33:53 the translation indicates that someone makes the following statement, "Ours are made of TNT and an electric capsule." The term "electric capsule" is most logically referring to an electric blasting cap. Electric blasting caps are used to initiate explosives.

At 23:37:11 the translation indicates that the individuals start talking about "frequency" and at 23:37:22 someone states, "This wire sticking out, if you notice, from here." This time frame corresponds with the black wire, shown in image 3.

Between 23:38:27 and 23:39:09 the individuals discuss electric wire, which is buried and the fact that it is connected to the explosive. They also indicate that they "control it remotely."

At 23:39:10 the translation indicates someone states the following: "The main wire is connected to the device and to the explosives." This statement corresponds with the uncovering of the wire depicted in Image 4.

**Components of an IED:**

The basic components of an IED, or destructive device, are a fuzing system, an initiator, and an explosive charge. IEDs can further be characterized as electric and non-electric. These characterizations refer to how the IED is initiated. For the purposes of this report we will only discuss an electrically initiated IED.

The essential components of an electrically initiated IED are a power source (battery), a conductor (wire), an initiator (blasting cap), a switch (to control the circuit) and an explosive main charge.

The DVD, specimen Q1, contains images consistent with some of the components necessary to construct an improvised explosive device (IED) or destructive device. What is missing from the images are the following items:

A power source is not shown in the submitted images. Based on a review of analogous fuzing systems the power source could be buried near the wire, consistent with an antenna, shown in image 3.

A switch is not shown in the submitted images. The wire in image 3 could also be connected to a buried remote receiver, as is typical in IEDs used in roadside attacks in Iraq.

An initiator is not shown in the images. The fuze wells are not uncovered on the projectiles depicted in the images. In Iraq, typically the mechanical fuzes are removed

from these types of projectiles and the fuze wells are packed with a plastic explosive. An electric blasting cap is then used to initiate the projectiles.

**Iraqi Devices:**

IEDs being used in Iraq are being submitted for examination to the Terrorist Explosive Device Analytical Center (TEDAC), located at the FBI Laboratory. A review of related reports and photographs of submitted specimens revealed that in 2004 a total of approximately 1400 Remotely Controlled Improvised Explosive Devices (RCIEDs) were recovered in Iraq.

RCIEDs are electrically initiated IEDs. In a RCIED a receiver acts as the switch controlling the circuit in the destructive device. To function the switch, the receiver has a signal transmitted to it, through an antenna, by radio frequency from a transmitter. This signal functions the circuit and allows power to flow from the battery through a conductor to the blasting cap, which then initiates the device. A wide variety of transmitters and receivers are being used in Iraq to initiate destructive devices.

The TEDAC reports reveal that in 2004 a total of approximately 261 devices utilized Cora brand remote keyless entry systems for automobiles. See photograph 1.



Photograph 1

The antenna on the Cora brand remote keyless entry system is the approximately 10 inch long black wire protruding out of the black box and running diagonally right to left across photograph 1.

A further review of the photographs of submitted TEDAC evidence revealed the following: In early 2004 the recovered remains of an IED was submitted to TEDAC. The remains contain a Cora brand remote keyless entry system, white duplex wire, and fragments of one or more artillery projectiles. These items of evidence were recovered from the scene of a road side bomb attack in January of 2004. See photographs 2, 3, and 4.



Photograph 2



Photograph 3



Photograph 4

Page 7 of 11
050906002 KV

**Conclusions:**

Present in the submitted specimens is one (1) DVD, specimen Q1, containing images consistent with some of the components necessary to construct an improvised explosive device (IED) or destructive device. Also in the submitted specimens are the translated transcripts, specimen Q2, of conversations which occur on the DVD. These conversations contain terminology consistent with individuals discussing the construction of an IED.

The represented components and the conversations are consistent with remote controlled devices historically and currently being used in road-side bombs in Iraq.

The detailed comparison of the components and conversations with known remote controlled devices used in Iraq and the components necessary for a destructive device are as follows:

POWER SOURCE:    In the transcribed conversations the individuals discuss "electric wire" and "an electric capsule." For these components to function in an electrically fuzed IED a power source must be present. Logically IEDs using components of this type must utilize a power source.

A review of TEDAC reports and photographs reveals that the IEDs used in Iraq utilize a wide range of batteries as their power sources. One of these power sources is depicted in photograph 3 and a review of the Laboratory notes for this device reveal it was powered by AA batteries.

CONDUCTOR:        In the transcribed conversations the individuals discuss "wire" on several occasions and the images captured on the DVD show a component visually consistent with a light colored duplex wire. See image 4.

A review of TEDAC reports and photographs reveals that white duplex wire is utilized in IEDs used in Iraq. White duplex wire is depicted in photograph 3. A comparison between the wire in image 4 and the wire photograph 3 is shown below:





Wire

INITIATOR:    In the transcribed conversations the individuals discuss "an electric capsule" in correlation with "TNT."  As was previously stated, this reference most logically concerns an electric blasting caps.  Electric blasting caps are utilized to initiate explosives.

A review of TEDAC reports and photographs reveals that electric blasting caps are used extensively in the IEDs utilized in Iraq.

SWITCH:      In the transcribed conversations the individuals discuss the "device" being "controlled remotely" and "its frequency."  The individuals also discuss a distance of "500 meters."  During these conversations the individuals appear to be discussing the component shown in image 3.  As was previously discussed, this item is visually consistent with the antenna utilized on a remotely controlled IED.

A review of TEDAC reports and photographs reveals that remote controlled IEDs constitute a large percentage of the devices utilized in Iraq. The information also reveals that the majority of these devices utilize the Cora brand remote keyless entry systems for automobiles as depicted in photograph 1.  The reports also revealed that remote devices of this type can be made to operated with in the "500 meters" discussed in the conversations.  A comparison between the antenna in image 3 and the antenna in photograph 1 is shown below.



Antenna

EXPLOSIVE MAIN CHARGE:    In the transcribed conversations the individuals discuss the "explosives" and its "filling" being "TNT."  During these conversations the individuals appear to be referring to the items visually consistent with artillery projectiles depicted in images 1 and 2.  As was previously discussed TNT, is one of the fillers used in these types of projectiles.

A review of TEDAC reports and photographs reveals that artillery projectiles are utilized in a large number of devices seen in Iraq.  An example of fragmentation from artillery projectiles is shown in photograph 4.  A comparison between the artillery projectiles depicted in image 2 and the fragments in photograph 4 is shown below.





The rotation band is in the bottom lefthand corners of both images.

Between the images and conversations captured on the DVD all of the necessary components of an IED are either shown or discussed, with the exception of a power source. All of the components shown or discussed indicate an electrically fuzed IED. Logically and historically all IEDs using components of this type, including those in Iraq, utilize a power source. The IED components discussed and visually depicted if combined with a power source and properly constructed and initiated would be capable of causing property damage personal injury and/or death.

**REMARKS:**

Q3 was read but was not used for the conclusions in this report.

Q4 was examined, but since it is in Dutch, it was not used for conclusions obtained in this report.

Since the submitted specimens are copies they will be maintained in the Laboratory file.

Enclosed for the Washington Field Office is one compact disk of images captured and photographs used in this report.

W. Mark Whitworth
Explosives Unit
(703) 632-7633