

Probable Route of Travel on 31 Oct 03
Al-Fallujah, Iraq
GEO: 332108N 0434659E

Crossed bridge into Al-Fallujah
31 Oct 03
12:38:20 – 12:38:37

Derailed train
31 Oct 03
12:16:50 – 12:28:02

Vehicle parked on roadside
31 Oct 03
12:35:33 – 12:36:48

Burning Municipal Building
31 Oct 03
12:44:08 – 13:16:17

Probable route of travel



**Derailed Train**
Al-Fallujah, Iraq
GEO: 332032N 0434119E

Fallujah

Derailed train

Camera location

Field of view

View from camera

31 10 2003
12:18:25

Buckeye Imagery

Derailed Train
Al-Fallujah, Iraq
GEO: 332032N 0434119E

Fallujah

Derailed train

Field of view

Camera location

Tower visible in background

View from camera

31 10 2003
12:18:03

Buckeye Imagery



Vehicle Parked on Roadside
Al-Fallujah, Iraq
GEO: 332029N 0434502E

Fallujah

View from camera

31 10 2003
12:35:29

Direction of Travel/ Route into Al-Fallujah

Field of view

Vehicle location

Buckeye Imagery

Case 1:05-cr-00337-PLF    Document 99-8    Filed 04/03/09    Page 5 of 8



Vehicle Traveling into Fallujah
Al-Fallujah, Iraq
GEO: 332037N 0434532E

Fallujah

Bridge

View from camera

31 10 2003
12:38:31

Field of view

Direction of Travel/ Route into Al-Fallujah

Vehicle location

Buckeye Imagery

**Vehicle at Burning Building**
Al-Fallujah, Iraq
GEO: 332037N 0434532E

Fallujah

Municipal Building

View from vehicle

31 10 2003
12:44:56

Field of view

Sign translation: Fallujah District...
[remainder undecipherable]

Direction of Travel

Vehicle location

Buckeye Imagery

UNCLASSIFIED/FOUO



UNCLASSIFIED//FOUO

31

**Information is derived from the Multi-National Corps Iraq Significant Activities Database**

| Database Reference Number | Date of Event (Iraq Local) | Time of Event (Iraq Local) | Database Category | Type of Event | Governate | City | Grid | Number Wounded | Number Killed | Ordnance |
|---|---|---|---|---|---|---|---|---|---|---|
| 82LNO-9478458 | 11/15/03 | 17:30 | Cordon/Search | IED | Anbar | Fallujah | 38SLB870914 | 0 | 0 | Unknown |
| 82LNO-8763363 | 11/15/03 | 09:45 | IED Explosion | IED | Anbar | | 38SLB821990 | 0 | 0 | Unknown |
| 82LNO-82519768 | 11/14/03 | 11:20 | IED Found/Cleared | IED | Anbar | Fallujah | 38SLB848901 | 0 | 0 | Unknown |
| 82LNO-57682073 | 11/13/03 | 11:25 | Attack | IED | Anbar | Fallujah | 38SLB884911 | 2 | 0 | Unknown |
| 82LNO-61027326 | 11/10/03 | 13:13 | IED Explosion | IED | Anbar | | 38SLB780840 | 1 | 0 | Unknown |
| C7-85162686 | 11/08/03 | 14:40 | IED Explosion | IED | Anbar | Fallujah | 38SLB801909 | 0 | 0 | Unknown |
| 82LNO-83757278 | 11/08/03 | 08:25 | IED Explosion | IED | Anbar | Fallujah | 38SLB889940 | 1 | 2 | Unknown |
| 82LNO-51468026 | 11/06/03 | 12:36 | IED Explosion | IED | Anbar | | 38SLB77519711 | 0 | 0 | Unknown |
| 82LNO-33366793 | 11/06/03 | 12:28 | IED Explosion | IED | Anbar | | 38SLB785845 | 0 | 0 | 4x 155mm Rounds |
| 82LNO-9654556 | 11/04/03 | 09:03 | IED Found/Cleared | IED | Anbar | | 38SLB757981 | 0 | 0 | 1x 155mm Round |
| 82LNO-2685986 | 11/03/03 | 00:56 | Other | IED | Anbar | Fallujah | 38SLB872912 | 0 | 0 | 1x 120mm Round |
| 82LNO-6140339 | 11/02/03 | 09:00 | IED Explosion | IED | Anbar | Fallujah | 38SLB8376789883 | 1 | 2 | Unknown |
| C7-93859158 | 11/01/03 | 09:45 | Attack | IED | Anbar | Fallujah | 38SLB859929 | 0 | 0 | Unknown |
| 82LNO-93187698 | 10/30/03 | 00:00 | Other | IED | Anbar | Fallujah | 38SLB89899113 | 0 | 0 | Unknown |
| 82LNO-46966005 | 10/29/03 | 17:12 | Other | IED | Anbar | | 38SLB790968 | 0 | 0 | Unknown |
| 82LNO-52437608 | 10/28/03 | 20:15 | Other | IED | Anbar | Fallujah | 38SLB90279122 | 0 | 0 | Unknown |
| battlemaj-78632951 | 10/28/03 | 15:00 | Other | IED | Anbar | Fallujah | 38SLB864909 | 2 | 0 | Unknown |
| 3COSCOMLNO-60177586 | 10/27/03 | 10:48 | Attack | IED | Anbar | | 38SLB752989 | 0 | 0 | Unknown |
| 82LNO-91116677 | 10/27/03 | 06:49 | Attack | IED | Anbar | Fallujah | 38SLB838899 | 0 | 0 | Unknown |
| 82LNO-35529922 | 10/25/03 | 15:20 | Attack | IED | Anbar | | 38SLB785968 | 4 | 3 | Unknown |
| 82LNO-11779733 | 10/25/03 | 14:45 | Attack | IED | Anbar | | 38SLB7930996751 | 0 | 0 | Unknown |
| 82LNO-45965195 | 10/25/03 | 09:15 | IED Explosion | IED | Anbar | Fallujah | 38SLB837961 | 1 | 0 | Unknown |
| 82LNO-48228051 | 10/23/03 | 09:10 | IED Explosion | IED | Anbar | Fallujah | 38SLB850908 | 1 | 0 | Unknown |
| 82LNO-36252668 | 10/22/03 | 10:30 | Attack | IED | Anbar | Fallujah | 38SLB836898 | 3 | 0 | Unknown |
| 82LNO-85422093 | 10/20/03 | 12:30 | Attack | IED | Anbar | Fallujah | 38SLB89649125 | 6 | 1 | Unknown |
| 82LNO-31142848 | 10/20/03 | 09:30 | IED Explosion | IED | Anbar | Fallujah | 38SLB803857 | 0 | 0 | Unknown |
| 82LNO-929233386628055 | 10/19/03 | 11:20 | Attack | IED | Anbar | Fallujah | 38SLB875911 | 0 | 0 | Unknown |
| 82LNO-748354100540081 | 10/16/03 | 09:50 | IED Explosion | IED | Anbar | Fallujah | 38SLB89709220 | 3 | 0 | Unknown |



| Legend: |
|---|
| Killed |
| Wounded |
| No Casualties |

**NOTE:** The no casualty event on 27 October 03 at 06:49 is difficult to see on the map because it is in the same location as the 2 Nov KIA event.

UNCLASSIFIED // For Official Use Only