

31 OCTOBER 2003    BURNING MUNICIPAL BUILDING OBSERVED ON VIDEO FOOTAGE
FALLUJAH, IRAQ
33-21-10N 043-47-08E

Smoke

Burning municipal building

FA613433