C1 013

# Nationale

## Recherche [National Criminal Investigation Service]

- **National Police Force**
- **National Criminal Investigation Service**
- **Unit Randstad Noord**
- **Team 2**

Subject        : Interrogation of the suspect W. Al Delaema

Number        :

### OFFICIAL REPORT

We, Josephus Franciscus Johannes Maria de Greef and Cornelis Jan Dekker, sergeant-inspector and inspector-police detective, employed at the abovementioned unit, declare the following:

On Monday, May 2, 2005, around 5 PM we interrogated at the Cell Complex Southeast Amsterdam the suspect Al Delaema who said he was:

**Wesam AL DELAEMA**

born in Fallujah Ambar (Iraq) on February 15, 1973, residing at Lupinestraat 26 in Amersfoort.

We interrogated the suspect with the assistance of an Arabic interpreter.

After we informed the suspect that he was under no obligation to answer, he stated:

"I understand that I do not have to answer but I would like to make a statement.

I was arrested in connection with mistreatment, possession of firearms and in connection with terrorism. I do not want to talk about the first two charges because I have absolutely nothing do with that. I do, however, want to talk about the big case although I have nothing to do with that either. However, you must have evidence otherwise I wouldn't be here.

T-C1-013

## For police use only

C1 014

I'm from Fallujah and I think that makes me immediately a suspect. I'm against America but I'm here for no reason whatsoever.

I'm afraid of you, not of your power but because you are very smart. I know that my phone is tapped and that I'm being followed. I believe that this has been going on for some 3 or 4 months. I notice on my phone that somebody is listening in…you can hear it.

I'm from a known village…the last war of about four months ago, about five thousand people were killed by the Americans with chemical weapons.

I came to the Netherlands around 1990…first as a political refugee but I was not recognized as such. I did get a residence permit to remain in the Netherlands. I received a C-status for humanitarian reasons. Now I have a Dutch passport…I'm a Dutch citizen.

I studied here…the Dutch language. I also worked here as a barber and was a waiter in several businesses. At this time, I receive partial disability because of my hand and I work part-time at Autoschade Isselt. It's a business in Amersfoort that specializes in car damage repairs. Recently, I tried to go back to a beauty salon…I wanted to return to my own kind of work as a barber. My hand was burned by gasoline but I don't want to talk about it because you already know everything. Soon I will undergo surgery on my hand. Until then I'm trying to work on and off at barbershop Het Hooft in Amersfoort.

You're asking me if still went back to Iraq. I believe I was there three or four times. You know that yourself…you can find out when I was there through Schiphol. I don't want to talk about it…you are so smart…I don't understand why you arrested me. I could understand it in Iraq or Syria because there are no rules there, but here in the Netherlands…I don't understand.

The last time I was in Iraq I spent three or four months or longer there. I traveled to Iraq three or four times in 2004. However, I don't remember when I was there. If you say it was April or May, it could very well be.

When I go to Iraq, I fly from Schiphol to Syria and afterwards I take a taxi from the Damascus airport to Baghdad. That costs about one hundred dollars.

Under normal circumstances I can just cross the border between Syria and Iraq because I have a Dutch passport. However, the last time I was arrested by Syrian police when I returned from Iraq. The border was closed and when I wanted to cross the border illegally, I was arrested. I spent time underground in a small…

T-C1-014

For police use only

C1 015

area of the secret service. They thought that I was a spy for the American secret service. They thought that I was spying on their fighters. I was beaten and treated badly…They tried everything and eventually I signed whatever they wanted me to sign…I just wanted to get out of there.

You're asking me now about Joost. I know him…he is a tough guy. He approached me for help. I can fight well and I did some beating up for him in a bar once. You know what he asked me…I had to pick up one million for him from someone who accused him of taking a million. I didn't go…he did call me several times and asked for it but I don't take him seriously…these are just tough stories. Joost is a good friend of mine and Bert is also a good friend. He also asked me to fight for him. You've known it for a while, you tapped my telephone. I noticed it. This Bert was once beaten up when he was drunk…an Antillean had beaten him and Bert asked me to help him.

You're asking me who Abu Aus is. That's the father of the girlfriend of Hossam. You're telling me about a conversation I had with Mona, Hossam's mother. She and I have a secret…she was in debt and I've been in prison in the Netherlands. I was in debt and I slept around while I was married to Zina. That is my secret.

I've been told that I'm also here because of mistreatment. I know what you mean. My friend, Kahten, and I have beaten an Iranian guy because he had stolen our laptop from our company. We just took back our laptop…we were responsible for it. I knew this Iranian guy from before…It's the brother of an old girlfriend of mine. He also apologized…he had stolen this laptop together with a Somali guy.

You're asking about my "National Principles". I mean by that, that I love my country and that I respect the Iraqi people.

You're asking me about Fares. He is a journalist is Iraq. I like listening to him because I learn from him what is really happening in Iraq. He tells me things that you can't find in the media. You're asking me if he made recordings for me. No. I did receive videos from him. You're also asking me if I was ever interviewed in English and if Fares has any tape recordings of that. No. I was never interviewed in English.

You're asking me who Kahtan is. He is my best friend…He is like a brother to me. He is also my employer. He also makes up big stories. He is often afraid of people…He often threatens people because of me. I warned him once that he shouldn't be making everything up like that…

T-C1-015

For police use only

C1 015

because it could get him into trouble. You shouldn't take him seriously.

You're asking about the relationship between Kahtan, Zina and myself. I trust him and I trust my wife. My fight with Zina is a private matter…It has nothing to do with Kahtan.

You're asking me if I ever bought a CD from Iraq containing resistance activities, events, war action, etc. These are recorded from TV. The movies show fights. I myself was once interviewed by South-African TV. It was in Arabic.

I think that I will be released because I have nothing. You should have seen it a long time ago if I had done something. I know I didn't do anything. I'm depressed sometimes because I lost a lot of family…that's why I'm so sad.

After my statement was read to me in Arabic, I'm in agreement and sign it.

[SIGNATURE]

W. Al Delaema

Prepared under oath and affirmation of office in Amsterdam on May 2, 2005.

The reporting officers,

[SIGNATURE]

J.F.J.M. de Greef                          C.J. Dekker

[SIGNATURE]

For police use only

T-C1-016