# Inside Terrorism

## REVISED AND EXPANDED EDITION

Bruce Hoffman

 Columbia University Press   New York

Chapter 7

## The New Media, Terrorism, and the Shaping of Global Opinion

Bin Laden's dramatic television appearance on October 7, 2001, as recounted in chapter 4, provided stunning confirmation of just how sophisticated terrorist communications in the twenty-first century have become. In contrast to the jerky, often amateurish videos or the older Super 8 film recordings typical of even the more communications-savvy terrorists of the past, bin Laden's pre-recorded statement was remarkable for both its excellent quality and its masterful timing. Professionally produced, shot, and edited, the clip was masterfully packaged and queued to go on air as soon as the anticipated U.S. air strikes commenced that fateful Sunday.[1]

For bin Laden and his followers—and no less for other terrorists around the globe—the weapons of terrorism are no longer simply the guns and bombs that they always have used. Now those weapons include the Minicam and videotape; editing suite and attendant production facilities; professionally produced and mass-marketed CD-ROMs and DVDs; and, most critically, the laptop and desktop computers, CD burners and e-mail accounts, and Internet and World Wide Web access that have defined the information revolution today. Indeed, in recent years, the art of terrorist communication has evolved to a point at which the terrorists themselves can now control the entire production process: determining the content, context, and

medium over which their message is projected and targeting precisely the audience (or multiple audiences) they seek to reach. The implications of this development are enormous, challenging the monopoly on mass communication of the terrorist message that has long been exercised by commercial and state-owned broadcasting outlets. Hence, much like previous information revolutions—such as the invention of the rotary press in the mid-nineteenth century and the advances in television equipment that made possible the reporting of events in "real time" in the 1960s—that also profoundly affected terrorist and insurgent external communications, a new information revolution has occurred to empower these movements with the ability to shape and disseminate their own message in their own way, enabling them to completely bypass traditional, established media outlets. As Tina Brown, the doyenne of postmodern media, has pointed out, the "conjunction of 21st-century Internet speed and 12th-century fanaticism has turned our world into a tinderbox."[2]

## Violence as Communication

One of the enduring axioms of terrorism is that it is designed to generate publicity and attract attention to the terrorists and their cause. Terrorism, as was discussed in chapter 6, is widely seen as a violent act that is conceived specifically to attract attention and then, through the publicity it generates, to communicate a message.[3] The terrorist must parlay this illumination (e.g., publicity) into a more effective vehicle of elucidation (propaganda). The centrality of propaganda[4] to this communications process and its importance to the terrorist are self-evident.[5] As a 1991 RAND study on this subject observed,

> Propaganda grants authority to its makers. In the first place, simply by demonstrating its ability to disseminate information that the government has banned, a guerrilla group proves that it is a viable force. Second, once a group has the people's ears and eyes it can manipulate their minds, causing them to act as they might not otherwise; or if it does not work as effectively as this, its messages at least command the attention of those who read, hear or see them. In words and pictures, those whose plans are hidden from public view can portray themselves any way they please. Furthermore, if appearing to play a particular role can win support, propaganda will help these guerrillas to become in fact the powerful forces that they claim to be.[6]

Through propaganda, terrorists seek to communicate a particular message to a particular target audience. The exact purpose of these communications can vary, depending upon the message and the target audience(s) to whom it is directed. It can be didactic—designed to inform, educate, solicit support (whether material, financial, or spiritual), and ultimately rally the masses behind the insurgents or terrorists. It can be a vehicle for recruitment—meant to win new converts to the cause or replenish the ranks of depleted fighters. But it can also be deliberately coercive—conceived to promote or ensure compliance through threat or blandishment. Further, its intents can transcend mere tactical coercion and seek to intimidate strategically—that is, to undermine popular confidence in government and leadership and thereby attempt to paralyze opponents with fear by trumpeting the terrorists' ability to strike at will and the inability of the government and security forces to provide effective defense or protection. Finally, it can serve an entirely internal function—what has been termed "auto propaganda"—when it is directed toward members of the terrorist group in order to strengthen morale, dampen dissent, or justify and legitimate or explain particularly controversial decisions or operations.[7]

In sum, propaganda is directed toward a committed audience to strengthen resolve or toward an uncommitted audience to win sympathy and support. It can be variously focused on the terrorists' or insurgents' actual or would-be constituents, the public at large, the enemy government and its bureaucratic minions and security forces, or even inwardly on the underground fighters themselves as a means to promote and enhance internal cohesion and morale.

The terrorist of the past used three principal means of facilitating this communications process:

- clandestine, rebel radio stations
- underground newspapers, posters, flyers, and other publications
- conventional, commercial, or state-owned mass media (e.g., television, radio, and the press)

Each of the above had its own attractions and limitations, dependent primarily on the degree of direct control and influence it provided the terrorist or insurgent group over a particular audience. For instance, the two means over which terrorists had the most control—their own clandestine radio stations and newspapers and other periodicals and publications—also generally had the most limited impact. They had either inherent technical and geographical constraints that inhibited reception and restricted the

Case 1:05-cr-00337-PLF     Document 99-11     Filed 04/03/09     Page 4 of 18

listening audience or publication problems that made mass production and wide distribution difficult, if not impossible.

The now totally anachronistic multimedia efforts of one of the cold war era's more sophisticated Marxist-Leninist insurgent-cum-terrorist movements of the time, El Salvador's FMLN (Farabundo Marti Liberation Front) is a case in point. Its flagship newspaper, *Venceremos* (We will win) had a limited press run and thus a fairly narrow readership. Its usefulness, accordingly, was confined to reinforcing or guiding the political activities of already committed FMLN activists and supporters.[8] Its clandestine radio station of the same name was hardly more technically sophisticated or expansive in audience reach. Broadcasting over standard shortwave band radio transmission, with varying audio quality and mostly only to a loyal, nearby listening audience, ensured that the impact of Radio Venceremos was perennially both localized and limited.[9] Even less impressive were the external communications capabilities of the FMLN's U.S.-backed, anti-communist counterparts in neighboring Nicaragua. Radio Quince de Septiembre (Radio Fifteenth of September), the putative "voice" of the United States–backed Nicaraguan Contras (Nicaraguan Democratic Front), for example, was then bluntly described by one contemporary U.S. government observer as a "joke because of its basic broadcasting technology, amateurish copy, and numerically inconsequential listening audience."[10]

Given the constrained communications resources available to terrorists only a generation ago, it is not surprising that emphasis was often given to exploiting traditional mass media. But because of the limitations over control discussed in chapter 6, this was always at best a Hobson's choice: gaining exposure but only partially serving the terrorists' wider communication needs. By the mid-1980s, moreover, the latent romanticism of the underground fighter that at times had surfaced in some reporting was rapidly ebbing. In addition, the opportunities for terrorist exploitation were diminishing as new guidelines were imposed and more-stringent self-policing was practiced in response to the wave of criticism leveled at the media.[11] Finally, for many terrorist and insurgent groups there was no escaping the fundamental bias toward the status quo evidenced by most commercial and especially Western and state-owned media. So long as editorial power was vested ultimately in the pro-establishment, capitalist elite, many revolutionaries concluded, their message would always be diluted, misconstrued, or seized upon for its "entertainment" value rather than its didactic purposes.[12]

Then, in the 1990s, the advent of three new technological developments afforded terrorists the opportunity to break the stranglehold over mass communications hitherto enjoyed by commercial and state-owned media. These were

- the Internet,
- affordable, if not extraordinarily cheap, video production and duplication processes, and
- private, terrorist-owned television stations.

## Terrorist and Insurgent Use of the Internet

Few technological innovations have had the impact of the Internet and the World Wide Web. Beyond any doubt, in a comparatively short span of time, they have revolutionized communications, enabling the rapid (often in real time), pervasive, and—most important—inexpensive exchange of information worldwide. In terms of political activism, they have been something of a godsend, providing an effective way for groups to promote what some observers call a "global dialectic," a situation in which awakening, awareness, activism, and radicalism can be stimulated at a local level and then mobilized into a wider process of dissent and protest.[13] "Groups of any size, from two to millions," Dorothy E. Denning, of the Naval Postgraduate School, points out, "can reach each other and use the Net to promote an agenda. Their members and followers can come from any geographical region on the Net, and they can attempt to influence foreign policy anywhere in the world."[14] That sort of reach is one dramatic advantage that the Internet provides; speed is another. As a human rights activist working for an East Timor refugee NGO explained in a 1996 interview:

> Using "old" communications, vital information could take weeks before it reached us. Often we had to wait for the first refugees to arrive. Then their accounts were written down and sent by mail. It could take days and weeks before they reached Australia or the USA. So, when the "news" of a massacre finally arrived at the newsdesk, the so called news was already old. With the arrival of new media and in particular, the Internet, this whole process might take just a few hours.[15]

Indeed, as is described below, a variety of terrorist and insurgent groups were quick to exploit this feature as a means of mobilizing international support and pressure and actively enlisting international humanitarian relief organizations and other NGOs on their behalf.

In addition to ubiquity and timeliness, the Internet has other advantages. It can circumvent government censorship, messages can be sent anonymously and also quickly and almost effortlessly, and it is an especially

cost-effective means of mass communication.[16] It also enables terrorists to undertake what Denning has termed "perception management"[17]: in other words, they can use it to portray themselves and their actions in precisely the light and context they wish—unencumbered by the filter, screening, and spin of established media.[18] The Internet also facilitates their engagement in what has been referred to as "information laundering," taking an interesting or provocative video clip and/or sound bite, and featuring it and focusing on it and creating an "Internet buzz" about it in the hope that it will move into the mainstream press.[19] Finally, the Internet carries with it new and significantly enhanced fund-raising capabilities for otherwise illegal or underground entities. Financial contributions, in essence, are now "just a click away," with many sites providing banking details for cash transfers.[20] In this respect, the Internet has proved to be an especially beneficial communications medium for terrorists—a key means for both external (propaganda) and internal (command and control and information) purposes.

The first group to successfully harness the power of the Internet was arguably the Zapatista National Liberation Army (EZLN), known more familiarly simply as the Zapatistas.[21] The group, it should be emphasized, is *not* a terrorist organization but an insurgent movement. Nonetheless, its effective exploitation of the Internet at the beginning of the 1990s was subsequently emulated by other insurgent movements and terrorist groups alike. As the Zapatistas themselves boast in a Web posting accessed in June 2005:

> The international circulation through the Net of the struggles of the Zapatistas in Chiapas, Mexico has become one of the most successful examples of the use of computer communications by grassroots social movements. That circulation has not only brought support to the Zapatistas from throughout Mexico and the rest of the World, but it has sparked a world wide discussion of the meaning and implications of the Zapatista rebellion for many other confrontations with contemporary capitalist economic and political policies.[22]

The EZLN's insurrection commenced on New Year's Day 1994 in Mexico's rural and southernmost state, Chiapas. The government responded as it had countless times in the past: deploying military and police force to suppress the rebellion and hunt down the EZLN guerrillas. And, like countless peasant uprisings before it, the Zapatistas' revolt was likely to go mostly unnoticed by a world preoccupied with more pressing matters than the grievances of a couple of hundred landless indigenous Indians and mestizos in a long-impoverished and largely inconsequential corner of the country. As it turned

out, the Zapatistas were not to be so easily brushed aside.[23] In addition to repulsing initial government efforts to dislodge them from the five towns and one city they occupied, the Zapatistas quickly demonstrated an unusual flair for external communications.[24] In Subcomandante Marcos, the articulate and charismatic, ski-mask-clad, pipe-smoking spokesman for the group, the EZLN pursued a novel tactic. Rather than calling only on the support, solidarity, and armed assistance of revolutionaries and guerrillas elsewhere, they appealed directly to Mexican civil society and specifically to peace activists, human rights groups, international humanitarian relief organizations, and other nongovernment organizations to join the Zapatistas' struggle by lobbying the Mexican government to implement the socioeconomic and political changes that the group demanded and to travel to Chiapas to observe and monitor the conflict. As David E. Ronfeldt and colleagues note, "This was not at all a conventional way to mount an insurrection."[25]

Over the next fifteen months or so, the Zapatistas' mobilization strategy proved pivotal in halting government efforts to defeat the rebellion. Legend has it that, using a laptop computer that he carried in a backpack, Subcomandante Marcos plugged into the cigarette lighter socket of a Jeep or a truck and simply dialed up to log on to the Internet, enabling him to dispatch messages in real time to activists and supporters in Mexico City, the United States, Canada, and Europe. Although, as Thomas Olesen notes in his authoritative work on the Zapatistas, "there is no evidence as such that either the EZLN or Subcomandante Marcos [had] direct access to the Internet through modem or cellular phones,"[26] Marcos, however *indirectly*, was nonetheless able to communicate quickly and effectively to reach a larger national and international audience than pre–Internet era insurgents could ever have hoped.[27] Indeed the group's communication strategy was critical in blunting a major 1995 government offensive. "Information flooded out of the conflict zone," one account of the information counteroffensive reported. "The smallest of details, the slightest harassment of the civilian population, was spread to thousands of sympathisers and journalists all over the world. The result saw demonstrations and protests against the army offensive and concerned reports from human rights groups."[28]

Through both their pioneering use of the "floodgate" tool and other denial-of-service measures[29] and the forging of effective connections with their peaceful activist supporters and sympathizers around the world, the Zapatistas were able to orchestrate a campaign of e-mail and fax bombardment directly to Mexican president Ernesto Zedillo and the minister of the interior, Esteban Moctezuma, that resulted in the suspension of the offensive. "Before, we used faxes and telephones," one peace activist rallied by the

group gushed, "and it took forever. Now the information arrives [with the snap of a finger]. The feedback is instantaneous."[30] So successful were the Zapatistas' mobilization efforts that in January 1995, President Zedillo proclaimed a truce and agreed to enter negotiations with the EZLN. As Mexico's foreign minister, Jose Angel Gurría, later reflected: "Chiapas . . . is a place where there has not been a shot fired in the last fifteen months. . . . The shots lasted ten days and ever since the war has been a war of ink, of written word, a war on the Internet."[31] Indeed, when Mexican security forces raided a series of EZLN safe houses in Mexico City and Veracruz they reportedly discovered "as many computer diskettes as bullets."[32] For Marcos the message and significance of the Zapatistas' Internet strategy was clear. "This is a new type of warfare," he declared in an interview published in a British Internet magazine in 1996.[33] Since that time, the Zapatistas have regularly used Internet-based "collective manifestations" that they themselves variously call or describe as "electronic civil disobedience," "net strikes," and "mail bombs." As one observer of the EZLN's networking phenomenon explains, "The idea of these computer-mediated actions is to go beyond the sending of emails to figures such as politicians. The purpose, instead, is disruptive: for example, to flood mailboxes and overwork websites to the extent that they break down or become defunct for periods of time."[34] A 1998 Internet posting by the "New York Zapatistas" advocated "electronic civil disobedience," describing it as

> applying the principles and tactics of traditional civil disobedience—like trespass and blockade—to the electronic systems of communication upon which Mexican government officials and their supporters depend. . . . We therefore urge that the following tactics be used against governmental, financial, and corporate sites responsible for the ongoing genocide in Chiapas. 1) Phone Zaps: Repeated calling to disrupt normal operations. 2) Fax Jams: Repeated faxing to overload fax machines. 3) Email Jams: Massive emailing to overload email inboxes and servers. 4) Virtual Sit-Ins: trespassing and blockading of web sites.[35]

Although it is impossible to detect a direct causal connection between the Zapatistas' success and the spread of Internet usage to other insurgent and terrorist groups throughout the world, it is clear that around this time other groups began rapidly to awake to the power of electronic external communications and the distinct advantages that they offered over other, older propaganda vehicles. Among the first were the LTTE (Tamil Tigers). The group established TamilNet.com in 1995,[36] and its success has since spawned

several additional sites, including www.eelam.com,[37] www.eelam.net, www.eelamweb.com, www.tamiltigers.net, www.cantam.com, and www.canadatamils.net.[38] These servers are based in India, the United Kingdom, Norway, Canada, and Australia, among other places—that is, often in countries with sizable existing Tamil émigré communities. Like the Zapatistas, the Tigers' initial presence on the Internet was motivated by a desire to present an alternative news and information source to the Sri Lankan state-controlled media.[39] The Sri Lankan government's imposition of press censorship coupled with the announcement of a major new military offensive was what had specifically prompted the creation of TamilNet. As a Tiger spokesperson explained: "We all knew what would happen if the government started a large scale offensive in the heavily populated Jaffna region. At the same time, the Sri Lankan government and its media were engaged in a massive stream of propaganda trying to justify the war against the People of Tamil Eelam."[40]

The site's purpose was conceived (and remains) to mobilize the support of the 450,000-member Tamil diaspora by providing them with breaking news from Eelam, the historical Tamil homeland in the north and northeast of Sri Lanka, where the fighting between the rebels and Sri Lanka Armed Forces has mostly been confined.[41] Like the Zapatistas, the Tiger site also sought to link up with international humanitarian relief organizations and various Tamil and non-Tamil NGOs. A recent look at www.eelam.com's home page, for example, shows links to topics such as the tsunami that devastated parts of Sri Lanka's coast in December 2004 and attendant LTTE-sponsored relief efforts ("Tsunami Disaster Relief: please contact your nearest Tamils Rehabilitation Organisations office").[42] Home pages for other Tiger sites encourage readers to "link to us" and provide instructions on how to do so. Like that of most other terrorist and insurgent organization's sites, the Tiger's Web presence is primarily information-oriented,[43] with navigational bars that provide background and history about the Tamil people and the LTTE's struggle. These sites often also contain a map of the historical Tamil homeland in Sri Lanka; a history tab with further information on the Tamil people's long struggle for self-determination; a biography of the Tiger's founder and leader, Velupillai Prabhakaran; audio buttons through which recordings of "VOT: Voice of the Tigers" can be downloaded and listened to; LTTE press releases; daily news clips and links to other news sources; and a gallery of photographs of alleged atrocities inflicted by the Sri Lankan military on Tamil civilians. Features include profiles of the LTTE's feared women fighters, "freedom poems," and even an "online quiz." Finally, as on many other sites, merchandising—serving the dual purposes

of fund-raising and morale boosting cum solidarity building—occupies a prominent place on the site. A variety of terrorist kitsch, including flags, calendars, videos, books, pamphlets, is available for sale.[44]

TamilNet scored a huge public relations coup in the summer of 1996 when it convincingly refuted Sri Lankan army claims of having repulsed a Tiger attack on an important base at Mullaitivu at the cost of only about seventy government casualties. With credible reports from LTTE cadres coming directly from the scene via satellite telephones, TamilNet posted dispatches and stories that painted a totally different picture. Not only had the camp *not* been captured, but more than a thousand Sri Lankan soldiers had been killed in the failed assault. As one observer noted,

> It's not unusual that two parties in a war have vastly differing stories. As it turned out, the Tamil Tigers were more accurate. A week later, the Sri Lankan Army admitted to losing the camp. Twelve hundred soldiers were also lost. This was a major breakthrough for TamilNet and the alternative news channels. Newspapers such as the *Washington Post* and the *International Herald Tribune* began quoting bulletins from the LTTE statements and were extremely suspicious of the official Sri Lankan Army news dispatches.[45]

Not surprisingly, the success of the Tiger Web sites prompted determined government attempts to shut them down.[46] One such effort in November 1997, however, backfired completely and resulted instead in denial-of-service attacks launched against Sri Lankan diplomatic facilities worldwide.[47] The embassies in Seoul, Ottawa, and Washington, D.C., were reportedly the worst affected, with e-mail unavailable in each for at least a week.[48]

Today, almost without exception, all major (and many minor) terrorist and insurgent groups have Web sites.[49] As a researcher at the U.S. government's Foreign Broadcast and Information Service (FBIS) who focuses on the Internet has observed, "These days, if you're not on the web, you don't exist."[50] Indeed, according to perhaps the preeminent expert in the field of terrorist communication and the Internet, Gabriel Weimann, "the story of the presence of terrorist groups in cyberspace has barely begun to be told." He notes that in 1998 fewer than half of the thirty groups that the U.S. State Department designates as Foreign Terrorist Organizations (FTOs) had Web sites, but by the end of 1999 nearly all of them did.[51]

Despite the multiplicity and diversity of terrorist Web sites, they share a number of key characteristics. These sites are often notable for their colorful, well-designed, and visually arresting graphic content. In this respect,

they seem intended particularly to appeal to a computer-savvy, media-saturated, video-game-addicted generation. Most of the sites chart the terrorist group's history, its aims and objectives, and the depredations inflicted by an enemy state(s) or people(s) upon the constituency it purports to represent. The sites also often contain biographies of the group's leadership, its founders, and key personalities; up-to-date news and accompanying feature stories; speeches, ideological treatises, and especially the organization's communiqués and other important statements. Ethno-nationalist/separatist movements will also generally have maps of the contested territory they claim to represent or be fighting for. Virtually without exception, all sites studiously avoid focusing on or drawing any attention to either violence or death and destruction that they are responsible for. Instead, issues such as freedom of expression and the plight of imprisoned comrades are highlighted.[52] In the case of the more sophisticated organizations, such as the LTTE and Hezbollah, multiple sites are maintained in different languages. Arab and Islamic groups, Basque and Irish national-separatist movements, religious cults, Marxist-Leninist and Maoist movements, European neo-Nazi groups, and even al Qaeda can all be found on the **Web**.[53] Nonetheless, Arab and Islamic groups are regarded by knowledgeable observers to have the largest presence there.[54] According to one,

> That Internet usage by Islamists is growing is obvious. What is also obvious is that they will use it to promote their views, advance the strategies of the "global Islamic movement" and organize their activities, which experience has shown are sometimes inimical to western security, and in a wider sense might also seek to subvert the security of the state.[55]

Middle East Arab terrorist organizations in particular are seen as being on the "cutting edge of organizational networking," having demonstrated an ability to harness information technology for offensive operations, as well as using the more typical propaganda, fund-raising, and recruiting purposes of other groups.[56]

Perhaps the preeminent group in this respect, and one of the first to harness fully the communications power of the Web, is Hezbollah. The group has often maintained as many as twenty different sites,[57] in three different languages: English, French, and Arabic.[58] Each site has a different purpose, orientation, and intended audience. The movement's Central Press Office and main Web page site, for instance, in the past could be accessed directly at www.hizbollah.org.[59] It had the requisite background account of the struggle and history of the organization that is found on other terrorist

and insurgent sites, as well as tabs presenting "statements on the resistance," "political declarations," press clips and releases, special focuses on the "occupied zone" (e.g., Israel) and on "hostages and wounded," as well as "speeches of the S.G."—that is, the movement's secretary general and spiritual leader, Sheikh Hassan Nasrallah.[60] Nasrallah, in fact, also maintains his own dedicated site containing postings in French,[61] English, and Arabic.[62] Readers were encouraged to contact the Web site and post their own views and opinions on the anti-Zionist struggle and alleged crimes committed by Israel and its armed forces.[63] This feature is apparently especially valued by Hezbollah. According to a group spokesman, "The service is very important for the morale of the resistance fighters. They are always very happy to know that people around the world are backing them."[64] Hezbollah in 2001 claimed that it was receiving forty thousand visitors to its sites per month.[65]

A more circuitous route is required to find the current Hezbollah Central Press Office site, at http://almashriq.hiof.no/lebanon/300/320/324/324.2/hizballah.[66] While it is not dissimilar to the previous iteration, it does more obviously reflect the movement's redoubled bid for political legitimacy outside Lebanon.[67] For instance, the home page features a long statement titled "Hizballah—social radicals [my emphasis]," which describes the group's background and history with an emphasis on its social-welfare and political activities. Resistance, much less the movement's terrorist legacy and continuing armed operations, is prominently absent. The series of links to other Hezbollah documents, institutions, and sites that it offers includes such ostensibly benign topics as

- the movement's 1996 electoral platform,
- a 1997 message Hezbollah received from Pope John Paul II,
- the Emdad Committee for Islamic Charity,
- Al Manar TV, and
- the Al Jarha Association ("Getting by with a little help from a friend: Beirut's al-Jarha Association helps wounded resistance fighters build themselves").

The "Hizbullah: Views and Concepts" section is similarly anodyne, addressing issues like "Hizbullah and Dialogue," "Hizbullah and the Political System in Lebanon," and, of course, "Hizbullah and Human Rights," among other subjects.

Other prominent Hezbollah Web sites include www. moqawama.org, which specifically focuses on attacks against Israeli targets, and www.

almanar.com.lb (manar is Arabic for "the Beacon"), the movement's television and radio station, which contains news reports, access to video clips, and other information.[68] Hezbollah also uses the Internet and its television station, as well as other media outlets to promote and sell a video game called Special Force that its Central Internet Bureau labored for "two long years" to create.[69] "Pursue your enemy from position to position," one spot on al-Manar beckoned prospective purchasers. "Take part in making victory."[70] That Hezbollah intuitively understood the market for such a game is evidenced by the claim that some ten thousand copies were reportedly sold in Lebanon, Syria, Bahrain, the United Arab Emirates, Canada, Germany, and Australia during the eight weeks following its release in March 2003.[71] An advertisement for the game, easily located on the Internet in June 2005, explains:

> "SPECIAL FORCE" IS BASED ON REALITY, MEANING THAT THE GAME IS BASED ON EVENTS THAT TOOK PLACE IN A LAND CALLED LEBANON. LEBANON WAS INVADED BY "ISRAEL" IN 1978 & 1982, AND WAS FORCED TO WITHDRAW AND DID WITHDRAW IN THE YEAR 2000. AFTER THAT WE DECIDED TO PRODUCE A GAME THAT WILL BE EDUCATIONAL FOR OUR FUTURE GENERATIONS AND FOR ALL FREEDOM LOVERS OF THIS WORLD OF OURS.

"Special Force game," it concludes, "will render you a partner of the resistance."[72] Features include a training simulation, where players can hone their shooting skills by firing at targets of Israeli prime minister Sharon and minister of defense and former IDF chief of staff Shaul Mofaz. The qualification medal for excellent marksmanship that follows is then awarded by a simulated Sheikh Nasrallah. The game's main attraction, however, is doubtless the assaults on IDF positions and tanks that test a player's skill at avoiding land mines and snipers and shooting down attack helicopters to accomplish the mission. "Thank you," states the registration card that comes with Special Force. "The Designers of 'Special Force' are very Proud to provide you with this special product which embodies objectively the defeat of the Israeli enemy and the heroic actions taken by the heroes of the Islamic Resistance in Lebanon."[73] As Bilal Zain, a member of the game's design team, explained, through the medium of entertainment Special Force seeks to convey Hezbollah's "values, concepts and ideas."[74] Accordingly, instructions for play are available in Arabic, English, French, and Farsi. "Be A Partner In The Victory . . .," the liner notes on the video case state. "Fight, Resist, Destroy Your Enemy In The Game Of Force And Victory."[75]

The Palestinian group Hamas has had a similarly strong presence on the Internet. Although its original Web site did refer to the group by name (www.hamas.org), like Hezbollah, in recent years Hamas has also relied on another, more generic, moniker—in this case, "Palestinian Information Center."[76] Additional links have in the past been provided through such general Muslim information sites as the Ohio-based MSANews (originating at Ohio State University) and from groups such as the Islamic Association for Palestine.[77] Observers often cite the professionalism, excellent content, and clean and fluid English and Arabic prose found on the site. Indeed, for these reasons, Israeli authorities reportedly consider the Web site to be a very effective communications vehicle for the group.[78] In the past, the site has very adroitly featured interviews with the father of Muhammad al-Dura, the twelve-year-old Palestinian boy who was allegedly shot to death shortly after the al-Aqsa Intifada began in October 2000 at an Israeli-Palestinian border crossing as the father vainly attempted to shelter him from the bullets flying around them,[79] along with photographs of wounded Palestinian babies in hospital and other depictions of IDF mistreatment of Palestinian youths.[80] The site also posted copies of the Hamas Covenant in what was reported to be an excellent, verbatim English translation, various communiqués of attacks and messages from Hamas's military wing, the Iss al-Din al-Kassam brigades, and a daily account or running diary of the wing's operations.[81] A more nefarious purpose has also been reported by observers of terrorist Internet usage: the reported communication of operational instructions through steganography (the clandestine concealment of messages and other information embedded in images and other visual displays)[82] and other activities meant to facilitate terrorist endeavors, fund-raising, and further logistical and support endeavors.[83]

Today, Hamas's presence on the Web is maintained through sites such as IntifadaOnline.com,[84] which has been active since 1988[85] and "brings you the Palestinian side of the story. We also advise you on how to help." Its home page formerly contained the familiar image of Muhammad al-Dura, wounded Palestinian babies in the hospital, Palestinian children being beaten and dragged through the street by IDF soldiers, IDF troops restraining a Palestinian teenager in a choke hold, and the ubiquitous image of a youthful Palestinian demonstrator facing an Israeli tank. Scrolling farther down the page revealed photographs of Palestinian martyrs (including suicide bombers) and additional images of Palestinian babies injured in Israeli violence.[86] The site now features the no less familiar but still compelling image of a Palestinian youth hurling a stone at an IDF tank, thus deliberately evoking the enduring memory of the lone Chinese pro-democracy

demonstrator who faced down a Chinese tank at Tiananmen Square in 1989. Under the headline "Justice, Freedom, and Peace," alongside banners the color of the Palestinian national flag, additional links are provided to translations in twenty-two languages—including Arabic, Danish, Dutch, English, Farsi French, German, Greek, Japanese, Korean, Malay, Norwegian, Russian, Spanish, Turkish, and Urdu.[87] Links are provided to Web sites providing additional news and information on the Palestinian struggle, poetry, and the Web sites of mainstream established news media, such as the BBC (British Broadcasting Corporation) and CNN. Navigational bars also direct viewers to

- stories and pictures,
- explanations such as "Why Intifada?"
- other news items about the Intifada,
- a discussion of the nefarious "silencing of the Intifada," and
- information on how to "be part of Intifada."

The last link encouraged visitors to participate in demonstrations, write letters to their elected officials and newspapers, and boycott Israeli goods. Instructions were also given on how to add Hamas links and banners to one's own site.[88]

Until the summer of 2002, an affiliated Hamas site, www.qassam.net, actively solicited donations for the explicit purpose of purchasing AK-47 assault rifles, dynamite, and bullets with which "to assist the cause of jihad and resistance until the [Israeli] occupation is eliminated and Muslim Palestine is liberated." Donations in the amount of US$3 for bullets, US$100 per kilogram of dynamite, US$2,000 for an AK-47, and US$12,000 for a rocket-propelled grenade launcher were reportedly suggested. Prospective donors were invited to contact an address on a Web site that provided instructions for transferring money to a Gaza-based bank account. The name on the account and the account number were said to change every forty-eight to seventy-two hours. A message addressed to the would-be donor stated: "Dear Donor: Please tell us the field in which you prefer your money to be spent on such as: martyrdom attacks; buying weapons for the mujahadeen; training the youth; or inventing and developing missiles, mortars [and] explosives."[89]

Hamas reportedly maintained some twenty active sites at the end of 2004.[90] Among them was a site in Arabic, www.sabiroon.net, extolling terrorist operations, including suicide bombings; another for a radio station associated with Hamas (al-Aqsa Voice), at www.aqsavoice.com; and one

Case 1:05-cr-00337-PLF   Document 99-11   Filed 04/03/09   Page 9 of 18

featuring the movement's children's magazine, *al-Fateh*, at www.al-fateh-net.[91] Like Hezbollah, for a time Hamas also maintained a dedicated site for its leader, Abd al Aziz al Rantisi (www.rantisi.net), who succeeded Sheikh Yasin following his assassination in March 2004. The site for Rantisi, who was killed shortly after Yasin, was hosted by an American server.[92] It could not be accessed as of June 2005. The PIJ, Hamas's counterpart, has a considerably less extensive presence on the Internet—but nonetheless still maintains six sites.[93]

In addition, Muslim—but non-Arabic and non–Middle Eastern—sites have also had an active presence on the Internet. The most sophisticated have been Web sites of various radical Pakistani organizations such as Lashkar-e-Taiba (Army of the Pure), Harakat ul Mujahideen (Movement of Warriors), Harakat al-Ansar (Movement of the Partisans), and the London-based Hizb ut Tahrir (Party of Liberation),[94] which itself has maintained upwards of twenty different sites. According to the aforementioned FBIS analysts, Hizb ut Tahrir has a "bigger presence on the Web than in life." Nonetheless, the multiplicity of its sites and the sophistication of its Web design and content have made it an important resource on radical Islamic ideology. Although the majority of the Pakistani-based groups have had relatively anemic and poorly designed sites (e.g., Hizb ul Mujahideen, Harakat al-Ansar), Lashkar-e-Taiba was an exception. Its Web designers were not only proficient but also capable of posting content in multiple languages—English, Arabic, and Urdu.[95] Audio links on the site provided connections to Radio al-Jihad and Mercaz al-Dawa.[96] Fund-raising was a prominent feature on the Web for Lashkar and other groups, with banking details and instructions provided for direct deposits into the group's account.[97] An entreaty on the site described how the group's holy warriors were engaged in fighting the "oppressive Hindu Army in the snow covered valleys, mountains and jungles of Kashmir. These Mujadhideen best deserve your charity."[98] The site was visceral in its enmity toward what its authors defined as Islam's triumvirate of most-hated opponents: India, the United States, and Israel.[99] According to Jessica Stern, in the past one of Lashkar's sites included a "list of purported Jews working for the Clinton administration," listing staff such as Robert Nash, who was then director of presidential personnel (a non-Jewish African American), and George Tenet, the former director of the Central Intelligence Agency (a Greek American).[100]

Finally, the generic Web sites for radical Islamic ideology maintained in past years out of London and other places in the United Kingdom provided an additional vehicle for the dissemination of propaganda and solicitation of philanthropic contributions. Principal among these were the now dif-

ficult to find www.azzam.com and www. kawkaz.com (now www.kavkaz.com or www.kavkazcenter.com). Azzam.com's real sponsor is unknown. It was posted in the name of Azzam Publications, a reference to Abdullah Azzam, a Palestinian who was among the first Arabs to go fight in Afghanistan against the Soviet occupation in the early 1980s and who later achieved fame as a colleague and patron of Osama bin Laden and with bin Laden, as the cofounder of the entity that eventually became known as al Qaeda. Azzam was assassinated in Peshawar in 1989.[101] The azzam.com site was essentially dedicated to global jihad and actively solicited contributions for the Taliban and Chechen guerrillas fighting against Russian forces. A message in early 2001 stated how an "Appeal for cash donations" to the Taliban "is especially urgent." It suggested a minimum US$20,000 contribution and provided advice on how to deliver it personally to the Taliban consul general in Karachi, Pakistan.[102] This site also had long served as a mouthpiece for bin Laden and al Qaeda.[103] Indeed, azzam.com postings in 2002 urged Muslims to come to Pakistan and Afghanistan to fight against the "Jewish-backed American Crusaders" (e.g., U.S. soldiers). It also provided these would-be recruits with useful practical travel information on how to unobtrusively leave one's job and how to avoid arousing suspicion from employers, diplomats issuing visas, and inquisitive border and immigration officials.[104]

The kawkaz web site was similarly devoted to fund-raising for both the Taliban and the Chechens—as well as encouraging volunteers to travel to Afghanistan and Chechnya to fight for Islam. The goal of raising US$10 million per month for the Taliban was once trumpeted. As large sums had already been successfully raised for the Chechens, the aforementioned FBIS analysts did not regard this pretension as entirely "unrealistic." The site contained translations in some sixteen different languages and was sophisticated in design and message. According to the FBIS analysts, the Chechen site provided an "example par excellence of where we are in a new era of propaganda."[105] Today, it operates as www.kavkaz.org.uk, under the banner "News—Facts—Analysis," with postings in three languages (Russian, English, and Turkish). In addition to its focus on Chechnya and Chechen mujahideen issues, the new site also presents information and news about the insurgency in Iraq. Other tabs link to a photo gallery, videos, sections titled "Analysis," "Talking Points," "Chat," and opportunities for cooperation. Among the recent postings on its home page were articles such as "Russians turn Chechen orphans into zombies" and "21 invaders, collaborators eliminated in Chechnya." Online polls also ask readers whether the alleged energy crisis in Moscow is the result of: (a) an "Act of sabotage," (b) "Technical

problems," or (c) "Human error." In addition, there are links to six other sites, including www.kavkaz.tv, www.kavkazcenter.com, www.kavkazcenter.net, and www.kavkazcenter.info.[106] As one U.S. government observer of the terrorism Internet phenomenon has noted in the context of the kavkaz sites, "Never in history has there been an opportunity where propaganda is so effective."[107]

Al Qaeda, in fact, is unique among all terrorist groups in this respect: from the start its leadership seems to have intuitively grasped the enormous communicative potential of the Internet and sought to harness this power both to further the movement's strategic aims and to facilitate its tactical operations. The priority that al Qaeda accorded to external communications is evidenced by its pre-9/11 organizational structure. One of the original four al Qaeda operational committees was specifically charged with media and publicity (the others were responsible for military operations, finance and business, and fatwa and Islamic study).[108] Egyptian computer experts who had fought alongside bin Laden in Afghanistan against the Red Army during the 1980s were reportedly specifically recruited to create the extensive network of Web sites, e-mail capabilities, and electronic bulletin boards[109] that continues to function today despite al Qaeda's expulsion from Afghanistan, the destruction of its operational base in that country, and the ongoing prosecution of the United States-led global war on terrorism.

The Internet has long facilitated three critical functions for al Qaeda:

1. propaganda for recruitment and fund-raising and to shape public opinion in the Muslim world,
2. terrorist training and instruction,
3. operational planning for attacks through both e-mail communication and the access it provides to an array of useful open source information.

Each has assumed even great importance in the post-9/11 era and since the loss of Afghanistan as a physical sanctuary. For al Qaeda, the Internet therefore has become something of a virtual sanctuary, providing an effective, expeditious, and anonymous means through which the movement can continue to communicate with its fighters, followers, sympathizers, and supporters worldwide. For example, before 9/11, al Qaeda had only one Web site: www.alneda.com. Today, the movement is present on more than fifty different sites.[110] "The more Web sites, the better it is for us," a jihadist statement posted on azzam.com in 2002 proclaimed. "We must make the Internet our tool."[111]

Initially, as already stated, www.alneda.com fulfilled this requirement.[112] The site, which was published in the Arabic language only (as indeed are all the hardcore jihadist sites), emphasized three core messages that remain the basic staple of al Qaeda and other jihadist Web sites today:

- first, that the West is implacably hostile to Islam;
- second, that the only way to address this threat and the only language that the West understands is violence;
- third, that jihad, therefore, is the only option.[113]

In support of these arguments, the theory of jihad was elaborated upon in great theological and legalistic detail. The obligation of all Muslims both to protect and to spread Islam by the sword was a particular focus of online treatises. In addition, summaries of news affecting the Islamic struggle against the West, al Qaeda's own accounts of ongoing fighting and skirmishing with American and allied forces both in Afghanistan and in Pakistan, and suggested readings—including books by authors approved by al Qaeda theoreticians—could be found on the site.[114] Lengthy justifications for the 9/11 attacks were also posted. Video clips and other messages extolling the operation were featured, accompanied by Islamic juridical arguments sanctioning the killing of innocents. Like other terrorist sites, poems glorified the sacrifices of al Qaeda martyrs and waxed eloquent on the unrelenting defensive struggle being fought against Islam's enemies. During the period immediately following the 9/11 attacks, when al Qaeda suffered a series of stunning reverses, culminating in the loss of Afghanistan as a base, alneda.com also performed an invaluable morale-boosting purpose by trying to lift the spirits of al Qaeda fighters and shore up support among its sympathizers. According to British journalist Paul Eedle, a February 2002 Internet posting contained the names and home phone numbers of eighty-four al Qaeda fighters being held by Pakistani authorities "presumably with the aim that sympathizers would contact their families and let them know that they were alive."[115]

The alneda.com site was also used to call Muslims' attention to the alleged control, suppression, and censorship of information about the jihadist struggle by the West and established media outlets. "The U.S. enemy, unable to gain the upper hand over the mujahadeen on the battlefield," one June 2002 statement explained, "has since Sept. 11 been trying to gag the world media. The more the United States tries to stifle freedom of expression, the more determined we will become to break the silence. America will lose the media war, too."[116] Another, titled "America Nears the Abyss,"

compared the damage wrought to the U.S. economy by the 9/11 attacks to the struggle prosecuted by the mujahideen in Afghanistan during the 1980s that, it maintained, had set in motion the chain of events that led to the collapse of the Soviet Union and the demise of communism. The same fate, it predicted, would befall the United States, and it cited the weakening American dollar, the parlous state of the U.S. stock market, and the erosion of confidence both at home and abroad in the American economy.[117] Indeed, as previously noted, bin Laden has long argued that the United States is poised on the verge of financial ruin and total collapse much as the USSR once was—with the force of Islam ensuring America's demise much as it achieved that of the Soviet Union more than a decade ago. Indeed, when bin Laden addressed his fighters as they fled Afghanistan in December 2001, he struck the same defiant note. "America is in retreat by the grace of God Almighty and economic attrition is continuing up to today," he declared. "But it needs further blows. The young men need to seek out the nodes of the American economy and strike the enemy's nodes."[118]

The alneda.com site continued to function sporadically throughout 2002, repeatedly moving from one Internet service provider to another to circumvent the efforts of the United States and other governments to shut it down completely. In its death throes that summer, it shifted during one eight-week period from a provider in Malaysia to one in Texas and then to one in Michigan before disappearing completely.[119] Since then, a variety of online magazines have maintained al Qaeda's presence on the Net. The first appeared shortly after 9/11 and featured a series of articles titled "In the Shadow of the Lances." Initially written by the movement's putative spokesman, Suleimain Abu Ghaith, the first five issues were mostly theological or ideological treatises. Typical were discussions reiterating how "America does not understand dialogue. Nor peaceful coexistence. Nor appeals, nor condemnation, nor criticism. America," Abu Ghaith argued, "will only be stopped by blood."[120] In February 2003, however, as the U.S.-led invasion of Iraq loomed imminent, authorship of the series abruptly changed from Abu Ghaith, the theoretician and philosopher, to Saif al-Adel, the warrior. Al-Adl, one of the movement's most senior operational commanders and a former Egyptian Army Special Forces officer who joined al Qaeda as a result of the 1998 merger with Ayman Zawahiri's Egyptian Islamic Jihad, implored jihadists to descend upon Iraq—not to support Saddam Hussein but to defend Muslims against this latest instance of U.S. and Western aggression. He also dispensed detailed, practical advice on guerrilla operations and urban warfare tactics with which to engage—and ultimately defeat—the invading American and British forces in Iraq.[121] The virtues of guerrilla warfare were

again lavishly extolled in a posting that appeared on alneda.com on April 9, 2003. Clearly written sometime after American forces had entered Baghdad, it cited prominent historical cases where numerically smaller and less powerful forces using guerrilla tactics had successfully challenged larger, better-equipped adversaries. Under the caption "Guerrilla Warfare Is the most Powerful Weapon Muslims have, and It is The Best Method to Continue the Conflict with the Crusader Enemy," the statement foreshadowed the current insurgency in Iraq, presciently explaining how

with guerilla warfare, the Americans were defeated in Vietnam and the Soviets were defeated in Afghanistan. This is the method that expelled the direct Crusader colonialism from most of the Muslim lands, with Algeria the most well known. We still see how this method stopped Jewish immigration to Palestine, and caused reverse immigration of Jews from Palestine. The successful attempts of dealing defeat to invaders using guerilla warfare were many, and we will not expound on them. However, these attempts have proven that the most effective method for the materially weak against the strong is guerrilla warfare.[122]

This mixture of ideology and propaganda alongside practical guidance on guerrilla warfare and related terrorist operations has come to typify al Qaeda's current Internet profile.[123] With respect to the former, a new Internet magazine named *Sawt al-Jihad* (Voice of Jihad) appeared in February 2004, published by al Qaeda's Saudi organization. Its message was less one of attacking U.S. and other Western targets than the importance of mobilizing Muslim public opinion and support of jihad.[124] Nonetheless, according to Reuven Paz, an editorial titled "Belief First: They Are the Heretics, the Blood of Each of Them Is the Blood of a Dog" implicitly justified the slaughter of Americans. "My fighting brother," its author, Sheikh Naser al-Najdi, wrote,

kill the heretic; kill whoever his blood is the blood of a dog; kill those that Almighty Allah has ordered you to kill. . . .

Bush son of Bush. . . . a dog son of a dog . . . his blood is that of a dog. . . .

Shut your mouth and speak with your other mouth—the mouth of the defender against his attacker.[125]

In Islam, dogs are considered to be among the most impure creatures, and true believers are forbidden to even touch one. Thus, the equating of President Bush with a dog is meant to be especially damning.

With respect to practical guidance, another new online publication, also published by the al Qaeda organization in Saudi Arabia, *Mu'askar al-Battar* (Camp of the Sword) seeks to provide operational information. Its first issue, published in January 2004, explained how "in order to join the great training camps you don't have to travel to other lands. Alone, in your home or with a group of your brothers, you too can begin to execute the training program. You can all join the Al-Battar Training Camp."[126] The power of this particular communications vehicle appears to have been demonstrated by the influence that the March 2004 edition had on subsequent patterns of terrorist activities in Saudi Arabia and Iraq. Reportedly written by Abdul Azziz al-Moqrin,[127] the reputed commander of al Qaeda's operations on the Arabian Peninsula until he was killed by Saudi security forces in May 2005, it singled out economic targets, especially those connected with the region's oil industry, as priorities for attack. "The purpose of these targets," Moqrin wrote,

> is to destabilize the situation and not allow the economic recovery such as hitting oil wells and pipelines that will scare foreign companies from working there and stealing Muslim treasures. Another purpose is to have foreign investment withdrawn from local markets. Some of the benefits of those operations are the effect it has on the economic powers like the one that had happened recently in Madrid where the whole European economy was affected.[128]

In the weeks that followed, al-Moqrin's strategy seemed to bear fruit. The U.S. State Department, for instance, advised American citizens to leave Saudi Arabia. After the murder in April 2004 of five expatriate workers at a petrochemical complex in the Saudi industrial city of Yanbu, foreign companies there were reported to have evacuated employees from the country.[129] These fears acquired new urgency with the attack in May on a housing complex in Khobar, where twenty-two foreigners were killed, and the execution by beheading in June of an American defense contractor, Paul M. Johnson Jr.[130]

This same targeting guidance also explains the spate of kidnappings and tragically similar executions of foreign contractors, diplomats, and aid workers in Iraq that commenced within a week of its release. The first victim was Mohammed Rifat, a Canadian, who was seized on April 8. During the following three months, more than sixty others were kidnapped. Although the majority were eventually released, five hostages were brutally murdered—most often by beheading, with the act itself filmed and posted

on jihadist Web sites.[131] Among the dead was a young Jewish American businessman, Nicholas Berg. Al-Moqrin had deemed as a special priority "assassinating Jewish businessmen and teach lessons to those who cooperate with them [*sic*]." Indeed, al-Moqrin provided additional "practical examples" of how his targeting guidance should be implemented. The preferred hierarchy of targets were:

- "American and Israeli Jews first, the British Jews and then French Jews and so on."
- "Christians: Their importance is as follows: Americans, British, Spanish, Australians, Canadians, Italians."

Within these categories there were further distinctions:

- "Businessmen, bankers, and economists, because money is very important in this age"
- "Diplomats, politicians, scholars, analysts, and diplomatic missions"
- "Scientists, associates and experts"; "Military commander and soldiers"; and
- "Tourists and entertainment missions and anybody that was warned by mujahideen not to go to step in the lands of Moslems."[132]

Finally, along with propaganda and training, al Qaeda has also made extensive use of the Internet for intelligence-gathering purposes and targeting. The so-called Manchester Manual, the compendium of terrorist tradecraft assembled by al Qaeda sometime during the 1990s, advises explicitly that "openly and without resorting to illegal means, it is possible to gather at least 80% of information about the enemy."[133] Indeed, *The 9/11 Commission Report* cites four specific instances in which KSM and the nineteen hijackers accessed information from the Internet to plan or facilitate the 9/11 attacks.[134] An al Qaeda computer found by American military forces in Afghanistan contained architectural models of a dam in the United States and software with which to simulate various catastrophic failures, as well as programming instructions for the digital switches that operate American power, water, transport, and communications grids.[135] And more recently, in March 2005, three British al Qaeda operatives were indicted by a U.S. federal court on charges of having carried out detailed reconnaissance of financial targets in lower Manhattan, Newark, New Jersey, and Washington, D.C. In addition to videotaping the Citigroup Center and the New York Stock Exchange in New York City, the Prudential Financial building in

Newark, and the headquarters of the International Monetary Fund and the World Bank in Washington, D.C., the men were alleged to have amassed more than five hundred photographs of the sites—many of which had simply been downloaded from the Internet.[136]

### Video Production and Duplication Processes

Al Qaeda and other terrorist groups have also made use of a variety of contemporary technologies to project their message—including computer CD-ROMs, DVDs, and the professionally produced video clips cited at the beginning of this chapter. Indeed, a two-hour al Qaeda recruitment video that bin Laden had circulated throughout the Middle East during the summer of 2001—and that Peter Bergen argues subtly presaged the September 11 attacks—is just such an example.[137] The video, with its graphic footage of infidels attacking Muslims in Chechnya, Kashmir, Iraq, Israel, Lebanon, Indonesia, and Egypt; children starving under the yoke of United Nations economic sanctions in Iraq; and, most vexatiously, the accursed presence of "Crusader" military forces in the holy land of Arabia was subsequently converted to CD-ROM and DVD formats for ease in copying onto computers and loading onto the World Wide Web for still wider, global dissemination. Titled *The Destruction of the American Destroyer USS Cole*, the DVD version, except for the misspellings, choppy English translation, and tendentious message, has a color jacket sleeve and liner notes that appear little different from the commercial videos one rents or purchases at the local video store.[138] "This tape are real life scenes that potray [sic]," the liner notes state, "with blood and tears, the sorry state of the Muslim Nation. after [sic] revealing the illness, it goes on to discribe [sic] the cure, whils [sic] giving the glad tiding and hopes for the future as a means of encouragement to remain firm and be steadfast for the sake of the future generation."[139]

Other video productions that either al Qaeda or its affiliated groups have distributed evidence the same sophisticated production capabilities and accomplished editing. A particularly revealing sign of their professionalism is the way that videos depicting scenes such as the repugnant execution of the journalist Daniel Pearl[140] or the last will and testament of Ahmed Ibrahim A. al-Haznawi, one of the September 11 hijackers, are all shot with a blue background. This technique enables an editor to insert contemporary news footage or evocative images at a later time and thereby enhance or put in a particularly powerful context the video's message.[141] The video clip of Daniel Pearl's brutal execution, for example, is intercut simultane-

ously with footage in the left and right corners of the screen depicting the widely televised alleged shooting death in October 2000 of the Palestinian child Muhammad al-Dura, as well as similar scenes of Israeli Defense Force operations involving Palestinian civilians. The tape of al-Haznawi, one of the hijackers aboard the American Airlines flight that crashed into the Pentagon on September 11, contained a date and place name beside his reproduced signature indicating that it was recorded in Khandahar, Afghanistan, around March 2001. Broadcast first by the Qatar-based Arab language news network al-Jazeera in mid-April, the clip was similarly interspersed with contemporary footage showing Ayman Zawahiri, bin Laden's chief lieutenant, lauding the 9/11 attacks as a "gift from God" with additional voice-over referring to the Arab League summit in Beirut that had been held two weeks earlier.[142] Both videos—like much al Qaeda propaganda—are noteworthy for the repeated references to, and depictions of, the suffering of Muslim children, whether in Palestine, Iraq, or elsewhere. It is hard to imagine a more potent propaganda tool, recruiting vehicle, or means to justify and legitimate violence than to focus on the maltreatment and abject condition of children.

It was not surprising, therefore, to find another professionally produced al Qaeda recruitment video circulating around the Middle East in the spring of 2002 in an effort to attract new martyrs to bin Laden's cause. The seven-minute tape, seized from an al Qaeda member by American authorities, reportedly opens with the image of a spinning globe with still pictures of dead men floating by and the words in Arabic:

> They are the ones that say, (of their brethren slain), while they themselves sit (at ease:) "If only they had listened to us, they would not have been slain." Say: "Avert death from your own selves if you speak the truth." Think not of those who are slain in Allah's way as dead. Nay, they live, finding their sustenance in the presence of their Lord.

This is then followed by footage of mujahideen in battle, with depictions of the fighters' death and beneath it text reading: "Say not the martyr had died, for he is alive and happy lodged in eternal paradise." The video goes on to show more combat scenes, followed by the images of twenty-seven martyrs shown in rapid succession with the name of each listed, where he or she is from, and where he or she died. The narrator explains that they hailed from Algeria, Chechnya, Egypt, Jordan, Kuwait, Libya, Mecca (Saudi), Medina (Saudi), Morocco, Najd (presumably Saudi), Pakistan, Palestine, United Arab Emirates, and Yemen and that they perished while fighting in Afghanistan,

Bosnia, Chechnya, Dagestan, Pakistan, and Tajikistan, circa the early and mid-1990s. Twelve of the martyrs are then featured in a special segment accompanied by a voice-over saying, "They rejoice in the bounty provided by Allah: And with regard to those left behind who have not yet joined them (in their bliss), the martyrs glory in the fact that on them is no fear, nor have they (cause to) grieve." The video concludes with a message of greeting from the "Black Banner Center for Islamic Information" along with accompanying contact details and the Qur'anic invocation "There is no god but Allah, and Muhammad is Allah's messenger."[143]

Al Qaeda, however, cannot claim credit for having pioneered the filming of jihadist attacks for propaganda, recruitment, and marketing purposes. That distinction is credited by one source to the infamous Jordanian-born commander of Chechen fighters known by the nom de guerre Khattab. Khattab reportedly began to film his group's attack on Russian military forces under the assumption that "if they killed a few Russian soldiers in an ambush along a road the impact of the strike was limited, however if the operation was filmed and then shown to the Russian people that impact was multiplied manifold." Khattab and his men thus videotaped any assault—whether involving ambushes, roadside bombings, kidnappings, or rocket attacks—and soon had enough footage to produce a forty-minute video titled *Russian Hell 1*.[144] Khattab's successors have continued this policy. During the August 2005 siege of a school in Beslan, Ossetia, by Chechen terrorists, one of the attackers was reported by a hostage to have "constantly filmed us."[145]

## Insurgent Television

Perhaps the most startling advance in terrorist communications over the past decade, however, has been the emergence of the terrorists' own television stations. In this respect, the video production and duplication capabilities already cited that have facilitated the customization of sophisticated messages on the Internet are a product of a growing sophistication among terrorists in the television studio and the editing booth as well. Among the pioneers in this process has been Hezbollah, whose al-Manar television station along with its news Web site on the Internet, have afforded this movement an unprecedented ability to shape and tailor its external communications. In this way terrorist groups have been able to assume complete control over the content, context, footage, and voice-overs depicting their organization and its activities.

Al-Manar began broadcasting as a small terrestrial station in 1991 with limited on-air time and programming content.[146] Within a decade, however, it was transmitting via satellite on a 24/7 basis.[147] Today, al-Manar provides eight news bulletins daily in Arabic and one each in English and French. In addition to its headquarters operations in Beirut, the station has bureaus in Egypt, Iran, Jordan, and the United Arab Emirates (UAE) and correspondents stationed in Belgium, France, Iraq, Kosovo, Kuwait, Morocco, the Occupied Territories (Palestine), Russia, Sweden, Syria, Turkey, and, until recently, even the United States.[148] Al-Manar's Web site describes the station's mission as

> motivated by the ambitions of participation in building a better future for the Arab and Muslim generations by focusing on the tolerant values of Islam and promoting the culture of dialogue and cooperation among the followers of the Heavenly religions and human civilizations. It focuses on highlighting the value of the human being as the center of the Godly messages which endeavor to save his dignity and freedom and develop the spiritual and moral dimensions of his personality [sic].
>
> Al-Manar avoids cheap incitement in dealing with developments and activities, and it stresses objectively on the adoption of the fair and just causes of the whole nation [sic].[149]

However, according to Avi Jorisch, the author of a detailed study of the station and its programming content,

> Today, Hizballah [sic] continues to use al-Manar as a means of publicly offering its services to Palestinians fighting for the destruction of Israel and the total liberation of historic Palestine (e.g., all territory west of the Jordan River). . . . Accordingly, one of al-Manar's major objectives is to inspire resistance. . . .
>
> With regard to the United States, al-Manar has broadcast anti-American propaganda since its inception, often using the same propaganda methods it employs against Israel. Various programs have focused on distorting U.S. history, lambasting U.S. Middle East policy, propagating conspiracy theories about the September 11 attacks, and demonizing the relationship between Washington and the "Zionist entity," Israel. With the start of Operation Iraqi Freedom in 2003, both Hizballah and al-Manar renewed their vitriol toward their old, reliable foe, the "Great Satan."[150]

The station's primetime programming clearly reflects its biases. Shows such as *The Spider's House* (see the previous allusion to the significance of

this Qur'anic verse with respect to Israel, in chapter 5) detail Israel's inherent weaknesses and its inevitable defeat through the use of suicide attacks and other terrorist tactics. More recently, the same attributes and eventuality have been ascribed to the United States as a result of its occupation of Iraq. *What's Next* is a talk show that hosts guests with particularly "vitriolic anti-American views." Another show, called *Terrorists*, details the alleged depredations inflicted throughout history by Israel on the Arab world, while *My Blood and the Rifle* is a panegyric to Hezbollah's fighters, extolling their victory over Israel in south Lebanon and their heroic sacrifices.[151] That this format is tremendously appealing is indisputable. A Gallup poll of Middle Eastern audience viewing preferences for news taken in March 2002 revealed that al-Manar was the fifth most popular station watched in the past week and was ranked as the third most popular station to which viewers turn to first to catch up on current world affairs.[152] It is reportedly one of the most watched stations in the Palestine territories.[153] Lebanese television officials boast that al-Manar is the third most popular station in that country, and at times of crisis with Israel it is often the first.[154]

During the 1990s Hezbollah created field units of combat camera crews that accompanied the organization's operational units into battle in order to provide al-Manar with the compelling footage it required.[155] Footage of Hezbollah fighters, attired in fatigues, with body armor and helmets, carrying out textbook military assaults on Israeli positions in South Lebanon and those of their South Lebanon Army (SLA) allies were a regular feature of al-Manar's television broadcasts and Internet Web site from the mid-1990s until the Israeli withdrawal in May 2000.[156] As one United Nations official explained, "For Hezbollah, 60 per cent of the success of an operation depends on getting some good footage."[157] Indeed, Hezbollah propaganda efforts, directed at Israeli audiences back home—and specifically at the mothers of IDF troops serving in southern Lebanon—are widely regarded as having been influential in generating public pressure on the Israeli government to withdraw from Lebanon.[158] "By means of the Internet," Ibrahim Nasser al-Din, a Hezbollah military leader, claimed, "Hezbollah has succeeded in entering the homes of Israelis, creating an important psychological breakthrough."[159] This quote appeared in an article published in a leading Israeli newspaper, which further reported how parents of IDF soldiers serving in Lebanon regularly visited the Hezbollah site to get a version of the news unvarnished by Israeli military censors. "I regard these sites as a legitimate source of information," one father was quoted as saying.[160] Much as the efforts of Sri Lankan authorities to suppress news of military defeats backfired disastrously in public relations terms, the same occurred with

Israel in 1999. Contradicting IDF reports that Hezbollah had returned the body of only one member of a team of Israeli marine commandos killed in a Hezbollah ambush, the group publicized on its Web site that the coffin contained the body parts of other soldiers as well. The statement generated a nasty confrontation between the commando's families and the IDF, with accusations of cover-up and duplicity undermining trust and confidence among the Israelis in its armed forces.[161]

Hezbollah, however, is not the only terrorist group to use its own television for propaganda and mobilization purposes. The widespread protests unleashed throughout Europe immediately following the arrest by Turkish authorities of the Kurdish terrorist leader Abdullah Ocalan, in February 1999, provides further proof of the reach and rapidity with which modern communications technology can rally the masses. Within hours of the announcement of his arrest, demonstrators swarmed onto the streets of Paris, Moscow, London, Frankfurt, Milan, Bern, Sydney, and more than a dozen other cities in response to pleas issued by the PKK (Kurdish Workers Party) over both its Internet site and its London-based television station, Med-TV.[162] The television station, founded in 1995, mirrors the ambitions of terrorists and insurgents throughout the globe today. "Our aim," in the words of the station manager, Sami Abdurahman, "is to present our Kurdish brothers across the world with the objective facts."[163] Or, as the American statesman Hiram W. Johnson, would have said: "The first casualty when war comes is truth."

## Conclusion

In the final analysis, a terrorist movement's longevity ultimately depends upon its ability to recruit new members as well as appeal to an expanding pool of both active supporters and passive sympathizers. The role of effective communication in this process is pivotal: ensuring the continued flow of fighters into the movement, binding supporters more tightly to it, and drawing sympathizers more deeply into its orbit. "Without communication," Schmid and de Graaf presciently argued more than twenty years ago, "there can be no terrorism."[164] The revolution in terrorist communications described in this chapter has facilitated this process in hitherto unimaginable ways. Virtually every terrorist group in the world today, as previously noted, now has its own Internet Web site and, in many instances, maintains multiple sites in different languages with different messages tailored to specific audiences. The ability to communicate in real time via the Internet, using a variety of compelling electronic media—including dramatic video footage, digital photographs,

and audio clips accompanied by visually arresting along with savvy and visually appealing Web design—has enabled terrorists to reach a potentially vast audience faster, more pervasively, and more effectively than ever before. Indeed, the changing face of terrorism in the twenty-first century is perhaps best exemplified by the items recovered by Saudi security forces during a raid on an al Qaeda safe house in Riyadh in late spring 2004. In addition to the traditional terrorist arsenal of AK-47 assault rifles, explosives, rocket-propelled grenades, hand grenades, and thousands of rounds of ammunition that the authorities expected to find, they also discovered an array of electronic consumer goods, including video cameras, laptop computers, CD burners, and the requisite high-speed Internet connection. According to CNN investigative journalist Henry Schuster, the videos

> had been part of an al Qaeda media blitz on the Web that also included two online magazines full of editorials and news digests, along with advice on how to handle a kidnapping or field-strip an AK-47 assault rifle. The videos mixed old appearances by bin Laden with slick graphics and suicide bombers' on-camera last wills and testaments. They premiered on the Internet, one after the other, and were aimed at recruiting Saudi youth.[165]

The widespread availability of these sophisticated but inexpensive communications technologies, as this chapter also argued, has effectively shattered the monopoly on readily accessible information formerly wielded by conventional commercial and state-owned television and radio broadcasting outlets and the print media. The extent of the transformation is evidenced by the fact that today terrorist Web sites are as regularly consulted as they are cited (and publicized) by the mainstream press.[166] For some audiences, moreover, the sites maintained by terrorist movements and their sympathizers alarmingly present an increasingly compelling and indeed accepted alternative point of view. This was of course al Qaeda's purpose in creating its first Web site, www.alneda.com, and in maintaining a variety of successor sites since: to provide an alternative source for news and information over which the movement itself could exert total control. Identical arguments—claiming distortion and censorship by Western and other mainstream media—have also been voiced by sites either created by the Iraqi insurgent groups themselves or entities sympathetic to them.[167] "Western Propaganda Media Try to Shut Down albasrah.net! [sic]," the banner on one such site, www.albasrah.net, asserts. "Once again," it argued, "the propaganda media have begun to spew stupid accusations against al-Basrah, the true aim of which is to smother the voice of Iraqi people and smother one

of the few sources of information on the unprecedented massacres that are taking place inside occupied Iraq in the name of 'international law.'"[168]

Indeed, the insurgency in Iraq has arguably emerged as the cynosure of contemporary, cutting-edge terrorist communications. For instance, according to analysts at the Alexandria, Virginia–based IntelCenter, to date, more than a dozen terrorist groups have produced their own videos.[169] At least half, however, are either indigenous Iraqi insurgent organizations or foreign jihadists fighting there. Since late 2003, a growing number of "mujahideen films" have been marketed for sale (mostly in DVD format) at souks and bazaars in Iraq and posted either in part or in whole on the Internet. The films variously

- depict scenes of insurgents using roadside bombs to ambush U.S. military forces on patrol in Humvees or firing handheld surface-to-air missiles (SAMs) at U.S. military aircraft flying overhead;
- impart practical, tactical advice to insurgents (for example: advising insurgents "to vacate the area no later than 10 minutes after launching an attack, before US forces zero in on their position") and instruction in the use of weaponry and the planning and execution of attacks;
- transmit the last words of kidnapped Iraqis and foreigners about to be executed[170] and, in many instances, display gory footage of the executions themselves;[171]
- appeal for financial contributions;[172] and
- perhaps most important, solicit recruits from the Middle East, South and Central Asia, North Africa, Europe, and even North America to come to Iraq to become "lions from the martyr's brigade."[173]

These mujahideen films are but one manifestation of a much broader and highly sophisticated communications strategy. The more prominent insurgent organizations fighting in Iraq, for instance, have themselves established dedicated information offices that in essence function as "online press agencies," issuing communiqués, developing and posting new content for their Web sites (often several times a day), and generally updating and regularly replenishing news and other features. "The Iraqi armed opposition appear to make a priority of communication," two particularly knowledgeable observers of the insurgency in that country have written,

> in ways that go far beyond the unique intention of terrorising the adversary. Combatant groups produce an astonishingly large and varied range of texts and images, which it would be wrong to reduce to their most

brutal types. Besides the threatening tracts there is an impressive body of strategic analysis, cold-blooded, lucid and detailed. Similarly, the most monstrous video sequences eclipse a wealth of films, sometimes of professional quality, extending from "lectures" in classical Arabic on the manufacture of explosives to "advertising" material put out by new groups making their first public appearance.

The insurgents' intent is to explain and legitimate their use of violence (employing theological arguments and treatises, for example, to differenti- ate between "illicit terrorism" and "licit terrorism" and thereby justify their attacks); drive a wedge between the Iraqi people and the so-called collabo- ration authorities (e.g., the Iraqi interim government); undermine popular confidence in the ability of the Iraqi government and Iraqi security forces and the U.S. and coalition militaries to maintain order throughout the country; and, last, to facilitate communications between and among vari- ous groups in order to forge new alliances and cooperative arrangements, however tactical or short-lived.[174]

Indeed, the IntelCenter analysts who both collect and study the afore- mentioned mujahideen films and also monitor the Internet for Iraqi insur- gent communications believe that we are on the cusp of an emergent and potentially even more extensive phenomenon. "As video editing software, video compression, computer power, camera technology and Internet band- width continue to improve," they argue,

the speed, sophistication and quantity of jihadi videos will continue to increase. This is also currently being driven by the sheer volume of jihadi operations in Iraq, which are providing an ample supply of material for new releases.[175]

Thus the revolution in terrorist communications that has rapidly unfolded within the past few years is certain to continue. Its capabilities and products will likely also become increasingly more sophisticated in quality, content, and transmission capacity—and more numerous and pervasive than ever. The implications of this phenomenon are perhaps only now beginning to be understood. What is clear, though, is that as terrorist communications continue to change and evolve, so will the nature of terrorism itself. While one cannot predict what new forms and dimensions terrorism will assume during the rest of the twenty-first century, this evolutionary process will continue and will doubtless be abetted—and accelerated—by new commu- nications technologies—as has been the case over the past decade.