**4th Interview of W. Al Delaema – June 28, 2005**

[The time codes in the first pages are marked "A" for Audio Recording.]

| | | |
|---|---|---|
| A 00:03 | Braakman | Let me introduce myself. |
| A 00:04 | Wesam | Wesam. |
| A 00:05 | Braakman | Braakman. Hello |
| | | [several voices, UI] |
| A 00:12 | Wesam | It's cold, a bit. |
| A 00:14 | Braakman | Yes, it's a little chilly in here. We opened the windows for a while to air things out. Because otherwise it gets warm quickly. |
| A 00:19 | Interpreter | How are you doing? |
| A 00:20 | Wesam | Yes, all right. Yes. |
| A 00:23 | Interpreter | Nice weather, right? |
| A 00:24 | Wesam | Yes... Not for me, you know... |
| A 00:27 | Interpreter | Yes, but you are being aired sometime? |
| A 00:29 | Wesam | Not a lot. |
| A 00:30 | Interpreter | Not a lot? |
| A 00:30 | Wesam | An hour per day. Behind windows all day, so hot and suffocating. |
| A 00:33 | Wesam | You have a TV and stuff? |
| A 00:34 | Wesam | Sure, I have a TV. Tiny window, you know. |
| A 00:36 | Interpreter | A good distraction. |
| A 00:39 | Wesam | Not even Idols. |
| A 00:39 | Interpreter | What happened to that hand? |
| A 00:41 | Wesam | A burn. |
| A 00:42 | Interpreter | O yes, from that - |
| A 00:42 | Wesam | Yes. |
| A 00:44 | Interpreter | Does it bother [UI] |
| A 00:46 | Wesam | Eh... no, not really. |
| A 00:48 | Interpreter | So every time you have to [UI] |
| A 00:50 | Wesam | Sometimes yes. |
| A 00:51 | Interpreter | When it hurts, you mean. |
| A 00:51 | Wesam | Yes. |
| A 00:58 | Braakman | And you are now out of isolation? |
| A 01:00 | Wesam | Yes, for a while already, yes. |
| A 01:01 | Braakman | Yes. |
| A 01:02 | Wesam | Yes, fortunately I have. |
| A 01:03 | Braakman | It's much better, right? |
| A 01:04 | Wesam | Absolutely, because it's hard, man. Can't deal with it either. |
| A 01:07 | Braakman | No. |
| A 01:11 | De Greef | I think your lawyer is coming over..... It's a different one from the last time, right, this lawyer? |
| A 01:23 | Wesam | Yes, if I'm not mistaken, this isn't my real lawyer either …I don't know …he was supposed to come by, but if he isn't there, someone else will do it - |

| A 01:30 | De Greef | OK. |
| A 01:31 | Wesam | Also from his office. I changed lawyers. |
| A 01:35 | De Greef | Yes? |
| A 01:35 | Wesam | Yes. |
| A 01:38 | De Greef | Not satisfied with the other? |
| A 01:39 | Wesam | No, he's good, but he hasn't had that much experience with a case like this, I think. Now I have someone who has had experience with this. |
| A 01:52 | De Greef | Well, then we'll wait just a bit until he gets here. |
| A 01:54 | Wesam | That's fine. |
| A 01:55 | De Greef | [unintelligible] |
| A 02:07 | Braakman | Had you been waiting here at the station for a long time already today? |
| A 02:10 | Wesam | Yes, I think so. Three hours or so. I've been here since 6:30, I was picked up. Quarter past six, they woke me up. Early, you know. |
| A 01:21 | Braakman | OK. |
| A 01:22 | Wesam | Early, you know. |
| A 02:24 | Braakman | Yes. Yes, that's pretty early. |
| A 02:25 | Wesam | I don't know … I say, why so early? Must …quarter past six they woke me, I had to leave at half past six. |
| A 02:34 | Braakman | Yes. So you've already had a full day. |
| A 02:39 | Wesam | Yes. |
| A 02:44 | Braakman | Yes, the transportation department takes care of that for us. |
| A 02:46 | Wesam | Yes. According to me - |
| A 02:48 | Braakman | It's out of our control. |
| A 02:49 | Wesam | Yes. |
| A 02:50 | Braakman | We request it, and then, uh... They plan it by themselves. |
| A 02:54 | Wesam | Yes, no problem. |
| A 03:00 | Interpreter | Can it be turned lower? |
| A 03:01 | Braakman | Yes... |
| A 03:03 | Interpreter | The window - |
| A 03:04 | Braakman | Let's see... |
| A 03:05 | Wesam | It'll make you sick, you know. |
| A 03:06 | Interpreter | Turn it off entirely? |
| A 03:07 | De Greef | Well... Level one, maybe? |
| A 03:12 | Braakman | Let's see. |
| A 03:13 | Interpreter | That is - |
| A 03:13 | Braakman | Oh. |
| A 03:13 | Interpreter | It's not that warm. [unintelligible] |
| A 03:21 | Interpreter | Yes... less noisy too. |
| A 03:21 | | [different voices, unintelligible] |
| A 03:33 | Wesam | Nice. |
| A 03:33 | De Greef | OK. Well... Right on time. Twelve o'clock. If you could sit right there. A little more to the back, because we're filming here. |
| A 03:43 | Lawyer | Right. |
| A 03:44 | De Greef | If you could move backwards a little more... |
| A 03:47 | Lawyer | Like this? Is it, uh… |

| A 03:48 | De Greef | Totally to the back. Yes. |
|---|---|---|
| A 03:49 | Lawyer | OK. |
| A 03:49 | De Greef | That's how it should be. Because he's being filmed from that side, and from this side. That's why I myself am sitting to the side as well. |
| A 03:55 | Lawyer | I'm out of the frame, I hope. |
| A 03:56 | Braakman | Yes. |
| A 03:57 | De Greef | Probably you are. OK. You both hadn't met before, have you? |
| A 04:00 | Lawyer | No, because I'm only sitting in for Mr. Koppe, my colleague. |
| A 04:05 | De Greef | Yes. |
| A 04:06 | Lawyer | Who's not able to come over... Eh... So we don't know each other yet. |
| A 04:10 | Wesam | Yes... |
| A 04:11 | De Greef | OK. Well, today is Tuesday, June 28, 2003. Or 2005, sorry. It's just past 12:05 and we'll be questioning again: Wesam Al Delaema, born in Fallujah, Ambar, in Iraq. |
| A 04:25 | Wesam | Correct. |
| A 04:26 | De Greef | February 15, 1973. And who resides at the Lupinestraat 26 in Amersfoort. |
| A 04:31 | Wesam | Correct. |
| A 04:33 | De Greef | Wesam... Today again you are not obliged to answer the questions, right? |
| A 04:37 | Wesam | Yes. |
| A 04:38 | De Greef | Just like the last times. |
| A 04:39 | Wesam | Yes. |
| A 04:39 | De Greef | The interpreter is here.  You speak Dutch well, but still. |
| A 04:42 | Wesam | Certainly. |
| A 04:43 | De Greef | Just to be sure there is an interpreter available. |
| A 04:46 | Wesam | Yes. |
| A 04:47 | De Greef | In case you don't know how to express yourself, or in case you don't understand a question. |
| A 04:51 | Wesam | Yes. |
| A 04:51 | De Greef | Yes? |
| A 04:52 | Wesam | Yes. |
| A 04:52 | De Greef | OK. Uh... Last time we already spent a lot of time on your trip to Iraq in 2003. |
| A 05:02 | Wesam | OK. |
| A 05 :04 | De Greef | We talked about the tapes… you didn't see those yet, or have you seen them? |
| A 05:08 | Wesam | I… saw them last week. |
| A 05:10 | De Greef | You've seen the tapes? |
| A 05:11 | Wesam | Yes. |
| A 05:11 | De Greef | OK. |
| A 05:12 | Lawyer | But before we continue further… he's not making any statements today. In any case… For now he's not making any substantive statements. |

| A 05:20 | De Greef | Well... You're allowed to sit in, you know that. |
|---|---|---|
| A 05:23 | Lawyer | Yes. |
| A 05:23 | De Greef | But that's about it, I think. |
| A 05:26 | Lawyer | Well, yes, the instructions received from his counsel are quite clear. As long as we don't have the complete dossier, in any case, no substantive statement. |
| A 05:39 | De Greef | Is that clear? |
| A 05:40 | Wesam | Yes. |
| A 05:41 | Lawyer | Right now, for the time being, there just …you're not going to give a statement. |
| A 05:45 | Wesam | Yes. |
| A 05:45 | Lawyer | Is it clear? |
| A 05:46 | De Greef | That was that. We've talked about those tapes… of course we still want to ask some questions. Naturally, question 1 is …How often were you in Iraq before your arrest? Can you remember that? |
| A 05:59 | Wesam | Yes. I don't want to make a statement, Jos. |
| A 06:01 | De Greef | You don't want to make a statement? |
| A 06:02 | Wesam | Yes. |
| A 06:05 | De Greef | Do you think that's a good idea, not to make a statement? |
| A 06:07 | Wesam | I think so, Jos…I have given so many statements…it doesn't change anything, so … I've had enough already … you've already done me enough damage, you know. Fifteen million people all over the world know about my case. |
| A 06:22 | De Greef | I didn't do any damage. |
| A 06:23 | Wesam | No, but there's been enough damage for me now, you know … I can't live here in the Netherlands anymore and Iraq, you know that too … I can't go back …so … enough, what you did for me. |
| A 06:35 | Braakman | It is your chance to have your say, of course. |
| A 06:37 | Wesam | Changed … I've said so much, and I, uh … he knows too, Jos … I have always been very willing to cooperate with you, with everything … I go and say things, these things I brought about myself … but it doesn't help and … it's … |
| A 06:53 | De Greef | How do you mean that, it doesn't help? |
| A 06:54 | Wesam | Yes … nothing has changed … I mean … only worse, worse … I have wrecked myself enough … in the media, my life, my marriage, and my country, so yes … what did you do to me, what did you … |
| A 07:08 | De Greef | You say: nothing has gotten better, but what can be improved in such a short time, then? |
| A 07:12 | Wesam | Not improve anything … yes, uh … it's just all negative, actually, there's nothing positive about me, I mean … I go to the judge and nothing has changed … I'm innocent and that's all I want to say. |
| A 07:25 | De Greef | It still has to be determined whether you're guilty or innocent. |
| A 07:28 | Wesam | Yes. |
| A 07:29 | De Greef | In any case you're a suspect, and that's why we're asking questions about things that have to be cleared up. |

| A 07:34 | Wesam | Yes, I, uh … not answering, Jos …really. |
| A 07:37 | De Greef | You think that's the wisest decision? |
| A 07:38 | Wesam | Yes. |
| A 07:39 | De Greef | I still want to ask a few questions … we also found tapes at Kahtan's …also of the trip to Iraq, among other things … and those already start in Greece, if I'm not mistaken. |
|  |  | [end of audio recording, start of audio & video recording] |
| 00:00 | Wesam | Maybe. I don't know. |
| 00:02 | De Greef | Do you know when you left ? |
| 00:04 | Wesam | No, Jos, I don't want to answer. |
| 00:05 | De Greef | You don't want to answer? |
| 00:05 | Wesam | Yes. |
| 00:09 | Lawyer | Not at this point, in any case. Later in the trial, when we ourselves have become thoroughly acquainted with things - |
| 00:16 | De Greef | When? |
| 00:17 | Lawyer | … then there will still be a point that he can probably give a statement, but at this point, no. |
| 00:23 | De Greef | Yes. Well, all right, OK, anyhow we've put together a list of questions. |
| 00:31 | Wesam | That's fine …just ask and I'll just say whether I'll answer or not. |
| 00:35 | De Greef | You want to consider whether you'll answer, question by question? |
| 00:37 | Wesam | No, I'm not giving an answer … I don't need those questions - |
| 00:41 | De Greef | You're going to answer each question that way? |
| 00:44 | Wesam | Yes... |
| 00:45 | De Greef | Or do you want to hear the question and then decide - |
| 00:47 | Wesam | I don't want to answer anything. |
| 00:51 | Interpreter | [Arabic] The intention behind the question is: Do you want to answer each question separately and he will put a question? Or you do not want to answer any question? |
| 00:59 | Wesam | I actually don't want to answer at all. |
| 01:01 | De Greef | You don't want to? |
| 01:02 | Wesam | No. |
| 01:03 | De Greef | I still want to ask …those three tapes, we found them in your house on Lupinestraat. |
| 01:07 | Wesam | Yes. |
| 01:08 | De Greef | Those are yours, right? |
| 01:09 | Lawyer | Please don't answer - |
| 01:10 | Wesam | I'm not answering - |
| 01:10 | De Greef | You have to keep your mouth shut now, huh? |
| 01:13 | Lawyer | [unintelligible] |
| 01:15 | De Greef | I can still ask him questions, and you can't say anything any more, you know that? |
| 01:18 | Lawyer | I will keep my mouth shut. |
| 01:20 | De Greef | OK. Those three tapes that were left in Lupinestraat… |
| 01:21 | Wesam | Yes. |
| 01:22 | De Greef | They are your property, right? |

| 01:25 | Wesam | I won't answer. |
|---|---|---|
| 01:26 | De Greef | OK. Did you record the tapes yourself? |
| 01:29 | Wesam | I won't answer. |
| 01:30 | De Greef | You're not going to answer them? Of course I have a whole list of questions. |
| 01:40 | Wesam | You can ask. |
| 01:40 | De Greef | I just want to know your position … do you want to hear the questions and - |
| 01:46 | Wesam | I need, I need - |
| 01:46 | De Greef | ...then look at them and answer them, or not, or is this as far as it goes? |
| 01:48 | Wesam | I don't need to look …I don't need to know, Jos. |
| 01:52 | De Greef | You don't want to say anything? |
| 01:54 | Wesam | I don't want to say anything …I have done nothing and I am innocent. |
| 01:56 | De Greef | Well, we don't know that. |
| 01:58 | Braakman | If you're innocent - |
| 01:59 | Wesam | Yes. |
| 01:59 | Braakman | Then this is the chance for you to have your say. |
| 02:01 | Wesam | For sure. |
| 02:02 | Braakman | And he's giving you every opportunity …and we're putting everything fairly on paper - |
| 02:07 | Wesam | For sure. |
| 02:07 | Braakman | And it's also being recorded on tape. |
| 02:08 | Wesam | For sure … I did this too, sir, right from the beginning, I also did …everything. |
| 02:12 | Braakman | That's why … that's why I'm wondering, if you … you didn't do anything... |
| 02:17 | Wesam | Yes. |
| 02:18 | Braakman | You're absolutely convinced of that. |
| 02:19 | Wesam | Yes. |
| 02:20 | Braakman | So I think that if we just go ahead and ask questions … I think that then you …I mean, we have no control of the media. |
| 02:28 | Wesam | No. |
| 02:29 | Braakman | We haven't publicized anything from our investigation that you …uh…we're still busy with the investigation, we don't know whether you're guilty. You're only a suspect in our eyes... |
| 02:38 | Wesam | Yes. |
| 02:39 | Braakman | And this is…if we go ahead and put things on paper, your statement, because we're doing no more than that… |
| 02:45 | Wesam | Yes. |
| 02:45 | Braakman | Then this is the opportunity for you to have the judge read what you did or didn't do. |
| 02:52 | Wesam | I'll be doing that via my lawyer and via the judge… |
| 02:55 | Braakman | Yes. |
| 02:55 | Wesam | And if I have evidence, then I'll just present that to the judge, and, uh… I don't trust you either. |

| 03:02 | De Greef | You don't trust us? |
|---|---|---|
| 03:02 | Wesam | Yes, Jos. |
| 03:03 | De Greef | You don't trust us. Why not? |
| 03:04 | Wesam | No. |
| 03:04 | De Greef | Why not? |
| 03:05 | Wesam | Just that, Jos, I don't trust you anymore…really. |
| 03:09 | De Greef | And why is that? |
| 03:10 | Wesam | Just from everything, what I read, what I see, how you're making things up and how you translate things differently… everything, Jos… |
| 03:19 | De Greef | How do you mean, translated differently… are you talking about articles in the paper, or are you talking about...? |
| 03:23 | Wesam | From the paper, but also about your statements and things. |
| 03:27 | De Greef | Our statements, nothing changes them because they're being recorded. |
| 03:30 | Wesam | Not this, but just what you… tapped and translated things and all. |
| 03:36 | De Greef | Yes. And the wiretap reports, they're not correct or something? |
| 03:39 | Wesam | No, that's right… so many things... |
| 03:41 | De Greef | Were they translated wrong, do you mean that, or do you mean something else? |
| 03:45 | Wesam | No, just, I'll find out later, Jos… about everything. |
| 03:49 | De Greef | You're saying, I don't trust you, because... |
| 03:52 | Wesam | I just don't trust you. |
| 03:53 | De Greef | ...the wiretap reports aren't accurate? |
| 03:55 | Wesam | Not just the tap… there are so many things, Jos. |
| 03:57 | De Greef | What kind of things, then? |
| 03:58 | Wesam | You'll see that in court. |
| 04:01 | De Greef | What kind of things, because... I'm talking about my own work. |
| 04:05 | Wesam | No, you are really good. |
| 04:06 | De Greef | I haven't put anything down on paper that isn't accurate. |
| 04:09 | Wesam | For sure Jos, not you. |
| 04:11 | De Greef | Then I'm really curious about – |
| 04:13 | Wesam | You're fair, Jos. |
| 04:14 | De Greef | - what's not right. |
| 04:15 | Wesam | You're fair, Jos. There's nothing wrong, Jos, you'll see in court… it will come out all right. You'll find out, Jos. |
| 04:23 | De Greef | Are you saying this because you believe it, or because someone has advised you? |
| 04:26 | Wesam | No, I'm sure, you know, that I'm innocent. |
| 04:31 | De Greef | That's not an answer. |
| 04:34 | Wesam | Jos, I don't want to answer… please… enough, please. |
| 04:38 | Interpreter | [Arabic] It means: Are you sure of your answer, or he has a relation with the lawyer who warned you not to say any word. |
| 04:45 | Wesam | No, I'm sure of myself. I know that I didn't do anything. It's not about my lawyer or something. He can advise me, but... |
| 04:52 | De Greef | Yes, of course. |
| 04:53 | Wesam | I know for myself… I did nothing… enough… you just leave it, please… |

| | | |
|---|---|---|
| | | If you have something, evidence or something… just leave it… with judge… do your best and I, I, yes… I'm trying to prove for myself that I'm innocent, that's all. |
| 05:14 | De Greef | You're saying now that there are things in the documents that aren't correct. What do you mean by that, then? |
| 05:19 | Wesam | I don't want to answer, Jos. |
| 05:20 | De Greef | You don't want to answer that either. You're shouting something, but you don't want to explain it. |
| 05:26 | Wesam | No, Jos. I'm doing… not my lawyer, my rights. |
| 05:31 | De Greef | With the judge? |
| 05:31 | Wesam | Yes. |
| 05:35 | De Greef | Yes, OK. |
| 05:36 | Wesam | I can imagine that you're angry. |
| 05:38 | De Greef | I'm not angry. |
| 05:39 | Wesam | It's my life… it's my life… my life is completely wrecked, Jos. [overlap] Really, it's all ruined, I don't have anything anymore… you know that, and the media… I can't sleep anywhere, I can't work, I can't go anywhere, I can't go to my country… it's enough, Jos, please… for nothing, really, it's for nothing. |
| 05:57 | De Greef | For nothing? |
| 05:58 | Wesam | Yes, really, Jos, it's for nothing. Later you'll find out and that is not something that you're proud of, really - |
| 06:05 | De Greef | Whether we're proud of this case is not the point. |
| 06:08 | Wesam | No, but that the people are so innocent, you go ahead and treat them, that's… You're not going to be proud of that, you know. |
| 06:15 | De Greef | That's the question, of course. |
| 06:16 | Wesam | Been enough damage … enough, Jos. |
| 06:19 | De Greef | Are you innocent? |
| 06:21 | Wesam | I am surely innocent, you know that too, Jos. |
| 06:26 | De Greef | No, I don't know that. |
| 06:27 | Wesam | You know it, too. |
| 06:28 | De Greef | We're trying to clear that up. |
| 06:30 | Braakman | But if you're innocent, then you can just go ahead and answer the questions that we have, can't you? |
| 06:34 | Wesam | I've done that… it's enough like this. |
| 06:40 | De Greef | Have you answered everything, every question? |
| 06:43 | Wesam | What did you say? |
| 06:44 | De Greef | Have you answered everything? |
| 06:46 | Wesam | I believe so. |
| 06:47 | De Greef | Last time? |
| 06:48 | Wesam | I think so, all, yes. Everything, for myself, I… talking… you… |
| 06:53 | De Greef | What are you saying? |
| 06:54 | Wesam | I have given you enough time, that you've had to talk with me. |
| 06:58 | De Greef | Yes? |
| 06:59 | Wesam | Yes, so… I haven't got anything more, Jos, let me go, please. |

| 07:02 | De Greef | We have questions… now, from your point of view, what do you hope to achieve? |
|---|---|---|
| 07:08 | Wesam | I don't have anything more, Jos… anything to say. If I make a statement… I'll do it via my lawyer, via my judge. |
| 07:18 | De Greef | Well, OK, then we'll leave it at that. |
| 07:21 | Wesam | Sorry, Jos. |
| 07:22 | De Greef | You don't have to say that you're sorry. |
| 07:24 | Braakman | It's your decision, it's your choice. |
| 07:26 | Wesam | Sorry, but… I'm ruined enough, really… enough… everything in my life is ruined. |
| 07:32 | De Greef | And that's because of us, you think? |
| 07:33 | Wesam | Yes, really, Jos, really for nothing. |
| 07:36 | De Greef | Where do you get that from? |
| 07:39 | Wesam | You know too, Jos. |
| 07:39 | De Greef | No!... |
| 07:40 | Wesam | You know it very well. |
| 07:41 | De Greef | No, I don't know that. |
| 07:43 | Wesam | No. |
| 07:45 | De Greef | You're pointing an accusing finger at us now, but… you don't support it with anything, of course. |
| 07:51 | Wesam | Yes I do. |
| 07:58 | De Greef | Have you spoken with Zina again lately, or not? |
| 08:01 | Wesam | Zina, yes... |
| 08:02 | De Greef | After the last time, after we were here? |
| 08:07 | Wesam | I, uh… lawyer… I won't answer, Jos. |
| 08:12 | De Greef | You don't want to answer this one, either? |
| 08:13 | Wesam | No, you know it… everything. You know it, Jos. |
| 08:17 | De Greef | OK, then we'll leave it. |
| 08:20 | Wesam | Fine… and I want to say something too, please. |
| 08:24 | De Greef | Do you want to make a statement? |
| 08:26 | Wesam | No… not statement, I don't want you to… |
| 08:28 | De Greef | Then what do you want? |
| 08:29 | Wesam | I, uh, don't try anymore with me… it's enough. |
| 08:31 | De Greef | I'm not trying anything, but you're saying, 'I want to say something more'... |
| 08:33 | Wesam | No, now, I mean later… you come to me… it's enough, Jos. |
| 08:36 | De Greef | What later? |
| 08:37 | Wesam | Maybe you come again… I'm not going to say anything more. [interpreter interrupts, unintelligible] I don't want to anymore, it's really true… I'd like to say goodbye to you. |
| 08:45 | De Greef | You said, you want to tell us something? |
| 08:47 | Wesam | Now, I want that… that's what I want to tell… I don't want to have contact with you. |
| 08:52 | Interpreter | [unintelligible] |
| 08:53 | De Greef | Please let him talk. You want?... |

| 08:57 | Wesam | I would like not to have contact with you… it's over, so. |
|---|---|---|
| 08:59 | De Greef | No contact at all? |
| 08:59 | Wesam | No, really. |
| 09:01 | De Greef | That's not for us to decide, of course... |
| 09:03 | Wesam | No, sure, but if you can… try… I'm not making any more statements… it's over that way, until now… so far… enough that way, Jos. You know everything. |
| 09:13 | De Greef | Then we'll stop now. |
| 09:15 | Wesam | Fine. |
| 09:15 | De Greef | It's 12:20 PM… end of the interrogation. |
| 09:18 | Wesam | Fine. |
| 09:18 | De Greef | Yes? OK. We'll go downstairs. |
|  |  | [people leave the room] |
| 09:30 | Lawyer | OK. |
| 09:31 | Interpreter | Till next time. |
| 09:34 | Braakman | Yes, I'll just walk with you. |
| 09:38 | Lawyer | Can I also get outside, or, uh… Do you still want - |
| 09:40 | De Greef | Yes, it'll be a moment. |
| 09:49 | Lawyer | Did you interpret for the gentleman before? |
| 09:51 | Interpreter | Yes. |
| 09:58 | Lawyer | Apparently up until now he's always made statements... And that uh... But anyway. There are plenty of reasons to not do this for now. |
| 11:07 | Lawyer | Did you come here especially for this? |
| 11:11 | Interpreter | What did you say? |
| 11:11 | Lawyer | Did you come here especially for this interrogation? |
| 11:13 | Interpreter | Yes. |
| 11:23 | Lawyer | And you didn't know, on forehand? |
| 11:25 | Interpreter | No. |
| 12:40 | Interpreter | [unintelligible] |
| 12:45 | Interpreter | No, not anymore. |
| 18:47 | Lawyer | Is this normal or not? |
| 18:48 | Interpreter | What did you say? |
| 18:48 | Lawyer | Is this, does this always, does this always take this long, here? |
| 18:51 | Interpreter | No... [unintelligible] maybe downstairs... |
| 18:54 | Lawyer | Can we get outside ourselves, or not? |
| 18:56 | Interpreter | No. |
| 21:15 | Interpreter | Nice weather, right? |
| 21:16 | Lawyer | Far too nice to sit inside. |
| 21:18 | Interpreter | Yes, but it's needed. |
| 21:25 | Lawyer | Are you done, or do you have to, uh, do more... provide more services today? |
| 21:28 | Interpreter | I have to go to Rotterdam in a moment. |
| 21:29 | Lawyer | To Rotterdam? |
| 21:32 | Interpreter | I have a hearing at [unintelligible] |
| 21:33 | Lawyer | At the court? |

| 21:39 | Lawyer | Are you from Iraq? |
|---|---|---|
| 21:39 | Interpreter | No. [unintelligible] |
| | | [someone enters] |
| 21:49 | Interpreter | Hello. |
| 21:50 | Vrouw | Jos will come upstairs in a moment. He's asking if the two of you can stay upstairs for a bit longer. He'll be up soon. |
| 21:58 | Interpreter | That's fine. |
| 21:59 | Lawyer | We have to wait? |
| 22:00 | Vrouw | Yes, that's what I understood. [unintelligible] |
| 22:05 | Interpreter | That's fine. That's fine. Thanks. |
| 22:08 | Vrouw | It won't take long. |
| 22:09 | Interpreter | Yes. |
| | | [she leaves] |
| 22:11 | Interpreter | Yes. |
| 22:12 | Lawyer | And then he'll try with me, probably. |
| 22:16 | Interpreter | I don't know. |
| 22:25 | Lawyer | I'm curious whether he... Jos is his name? |
| 22:31 | Interpreter | Yes, don't know his last name. |
| 22:34 | Lawyer | No, OK, but [unintelligible]. He keeps mentioning his first name. |
| 22:39 | Interpreter | He... He knows him. |
| 23:46 | Interpreter | Have you just taken over this case, or… |
| 23:50 | Lawyer | No. No, no, I'm just sitting in for my colleague. |
| 23:54 | Interpreter | He's on a vacation? |
| 23:55 | Lawyer | He's with [unintelligible] somewhere at a court. So he wasn't able to be physically present. |
| 24:01 | Interpreter | No. |
| 24:02 | Lawyer | It seemed the best thing to do... to have someone present today. |
| 24:12 | Interpreter | Last time someone was present as well. |
| 24:13 | Lawyer | Yes, so that was the actual- |
| 24:15 | | [De Greef enters the room] |
| 24:16 | De Greef | OK. [unintelligible] |
| 24:24 | Lawyer | Well yes, God, there are very few reasons for me to laugh. I just see you laugh. |
| 24:30 | De Greef | It's nothing personal, of course. |
| 24:32 | Lawyer | Of course, it's nothing personal... It's just the smartest thing to do right now. |
| 24:38 | De Greef | Yes, well, we don't know about that, of course. |
| 24:40 | Lawyer | That's our judgment. |
| 24:43 | De Greef | Ha, let's then leave it at that. |
| 24:45 | Lawyer | Yes... Yes, well good, I understand your, that things are a little different from your point of view. But... |
| 24:51 | Braakman | Well yes, anyway, uh... That's life, right. |
| 24:55 | De Greef | But do we have your name as well? because no matter what - |
| 24:57 | Lawyer | This... This can't be that unusual for you? |
| 25:00 | De Greef | There's nothing new - |

| 25:01 | Lawyer | No. |
|---|---|---|
| 25:03 | De Greef | But we have to formally report this first anyway even though it's very little. |
| 25:07 | Lawyer | Yes, I can leave you my business card. |
| 25:07 | De Greef | Yes. |
| 25:08 | Lawyer | That has everything. |
| 25:10 | De Greef | Then we'll put that with the rest... OK. |
| 25:14 | Lawyer | Yes. Well then, good. Fine. |
| 25:16 | De Greef | Maybe until next time. |
| 25:20 | Lawyer | If Mr. Koppe can be present himself again - |
| 25:22 | Interpreter | Goodbye. |
| 25:22 | Lawyer | Then he'll be there without a doubt. He wasn't able to be here today. That's why. |
| 25:27 | Braakman | Well, yes, fine, uh... Let me lead you out. |
| 25:31 | De Greef | Goodbye. |
| 25:32 | Lawyer | Goodbye. |
| 25:41 | De Greef | It is 28... Yes. |
| 25:43 | Interpreter | Would you possibly have a business card, Jos? |
| 25:46 | De Greef | My business card, you mean? |
| 25:48 | Interpreter | Please. |
| 25:49 | De Greef | Well, maybe I do have a card - |
| 25:50 | | [end of recording] |