**Disc: Penitentiaire Inrichting Krimpen ad Yssel**
**Folder: Delaema**
**File: 02833848**

1. ZINA: Hello?

2. WESAM: Is anyone near you?

3. ZINA: Hello, my dear. No, no one's here

4. WESAM: Is [inaudible] there?

5. ZINA: No, he went out. He went to the beach.

6. WESAM: Oh, how is he? [joking] He's going to make the beach dirty.

7. ZINA: [laughing]

8. WESAM: He didn't tell you to go with him?

9. ZINA:  What?

10. WESAM: Did he tell you to go with him?

11. ZINA: No, because he said that they'll be wearing bikinis and he doesn't

12. want me to see that.

13. WESAM: Oh, and on TV you don't see those kinds of things?

14. ZINA: [laughing] He tells me there are bad things on TV, don't look. [laughing]

15. WESAM:  Yeah.

16. ZINA: [laughing] He told me he was going to go. I said OK.

17. WESAM: Did Robert leave too?

18. ZINA: Yeah, he went with them.

19. WESAM: [inaudible]

20. ZINA: Of course, Wesam.

21. WESAM: What? I can't hear you.

22. ZINA: What?

23. WESAM: What are you saying?

24. ZINA: Hello?

25. WESAM: Hello.

26. ZINA: I can't hear you very well.

27. WESAM: Yeah, because they're listening to our conversation. [joking] Poor them.

28. ZINA: [laughing]

29. WESAM: [joking] Stop it, people.

30. ZINA: [laughing]

31. WESAM: [joking] Stop playing, people.

32. ZINA: [laughing]

33. WESAM: Yeah.

34. ZINA: Yeah, I cut my hair yesterday.

35. WESAM:  Oh, good, very good.

36. ZINA: Yeah.

37. WESAM: What day was it yesterday? Oh, it was Saturday.

38. ZINA: Yeah, but I cut it at home.

39. WESAM: Oh.

40. ZINA: I was sitting home [inaudible] and that's it. [laughing]

41. WESAM: What? I didn't hear what you said, it got disconnected.

42. ZINA: I cut it on my own.

43. WESAM: You mean you cut it yourself? You didn't go to Suhad?

44. ZINA: What?

45. WESAM: You didn't go to Suhad?

46. ZINA: It's being disconnected.

47. WESAM: What?

48. ZINA: It's being disconnected [inaudible].

49. WESAM: Let me hang up. [joking] Maybe they'll find another line to listen to.

50. ZINA: [laughing]

51. WESAM: [joking] Find another line, people, that's it!

52. ZINA: [laughing]

53. WESAM: [joking] Even when you want to spy on our conversation, do it right!

54. OK, Allah bless.

55. ZINA: [laughing] OK, bye. Hello.

56. WESAM: Yeah, hello.

57. ZINA:  I think its better now.

58. WESAM: [inaudible]

59. ZINA: [laughing]

60. WESAM: What's new?

61. ZINA: Nothing new. You seem upset, why? [joking] How can anyone be in jail

62. and still be upset?

63. WESAM: Where?

64. ZINA: [joking] Is there anyone sitting in jail and upset?

65. WESAM: [sarcastically] No, no, I'm very relaxed.

66. ZINA: [laughing] A stupid question, right?

WESAM: Yeah.

ZINA: [laughing]

WESAM: [sarcastically] No man, I'm very happy here. It's better here. What would they do if you go to America? They'll beat us and that's it! And there's nothing. And they'll confine you to your room. Here, it's paradise. There, they will beat us until we're dead.

ZINA: Yeah, of course.

WESAM: There they'll beat us to death!

ZINA: Same as in Iraq?

WESAM: Yes, same. Yes, what do you think?  Don't you know what they did in Abu Ghraib Prison?

ZINA: Yeah.

WESAM: Didn't you see that they beat them all to death? Yeah, didn't you see that they were all crying? They either killed them or raped them.

ZINA: Poor them, yeah.

WESAM: Anyway, what's new?  What else?

ZINA: What else? Nothing else.

WESAM: Is there anything new?

ZINA: No.

WESAM: I spoke to Hosam.

ZINA: Yesterday?

WESAM: No, the day before. I told him to bring you here. But I told him not to tell Senan. As in, I told him that I don't want to see Zina.

WESAM: But I told Hosam to suggest that you come here. So when you come here, tell him that he didn't allow us to see.

ZINA: Yeah. [inaudible] he said he doesn't want to see anyone, and he said, "OK."

ZINA: Of course, he was very upset. So it's normal, I don't think he'll ever go.

WESAM: Oh, OK good leave him. Let him learn how to deal with people.

ZINA: [inaudible] Yeah, tell me what happened. He leaves his wife and brother for that. He said things like that.

WESAM: Tell him that's not the story. We don't have anyone here; we're in shitty Europe not Iraq. Make him understand. Tell him: "Senan, you don't have anyone here." Tell him it's a good thing that we have Hosam and Mona here to help us.

ZINA: I made him understand what we're trying to tell him. But he kept on telling me, "No, you're supposed to tell him that. Don't be on his side." So I said, "What do you mean on his side?" Because it's true, it's impolite for someone to do that kind of stuff. He's arguing over something that he's not convinced of.

WESAM: OK, leave him. But the most important thing is that you bring me a card!

ZINA: From where? [laughing]

WESAM: [laughing] [joking]Leave him, but the most important thing is the card.

ZINA: [laughing] I swear, yesterday I told him: "Let's go to [inaudible]."

But he's ignoring me. I don't know what's wrong with him. [inaudible]

WESAM: Yeah. You have to call.

ZINA: I swear I told him since yesterday and I told him a little while ago too. I told him, "Do you have anything?" He said no, so I said, "Take me."

WESAM: OK, tell him when he comes back.

ZINA: Tell him again? I've been telling him since yesterday.

WESAM: Yeah, tell him.

ZINA: I don't know what's wrong with him today. This morning I was sitting on the balcony reading. So I stayed there because he came home late last night. So I said, "Poor him, I won't make any noise."

WESAM: Yeah.

ZINA: So he woke up, but I didn't know. So he was upset. He thought that I didn't want to make breakfast for him. So I said, "Listen, I thought you were sleeping which is why I didn't make you breakfast." But he was upset.

WESAM: Yeah. Are you studying?

ZINA: Yeah, I woke up at 9:30 a.m. and waited for your call.

WESAM: Are you studying Dutch?

ZINA: Yes, but I got bored and stopped.

WESAM: Are you learning?

ZINA: Yes, I'm learning the important words. I'm memorizing the words. You know that I don't want to depend on anyone for help. I'm helping myself and asking about the things that I don't know.

WESAM: Ask Sally. She'll help you learn very well.

ZINA: Yeah.

WESAM: OK, my dear, I want you to learn Dutch very well.

ZINA: Yeah.

WESAM: [joking] So you can read my case.

ZINA: [laughing]

ZINA: I always learn words. [joking] Then I said to myself, "What am I doing?" I'm so stupid. I always want to know. [laughing]

WESAM: Anyway, my dear, I'll see you Wednesday, try to come with Hosam.

ZINA: But if this is something that will affect you then I won't come.

WESAM: No, come. If Sinan comes then don't [come].

ZINA: OK, then I'll see. What else did I want to tell you?

WESAM: Who called?

ZINA: Oh, did you sleep well last night?

WESAM: Yes, I slept well last night.

ZINA: Really?

WESAM: I swear, why?

ZINA: No, nothing. [laughing]

WESAM: Of course, I can't tell you I didn't sleep well.

WESAM: You'll be upset when I come. [laughing]

ZINA: [laughing] Last night, I went to bed at 3 a.m. Then I woke up at 5 a.m. [laughing]

WESAM: Yeah.

ZINA: I woke up, drank water and stayed in the room. [joking] It's not in my hands. When I feel that you're not OK, I wake up - our spirits are connected. These things don't happen to you?

WESAM: I woke up at 6 a.m. and I woke up at 5 a.m. I woke up two or three times during the night.

ZINA: Do you know what that is? It's psychological. Our spirits are connected. You won't get to this stage for years.

WESAM:  How many years?

ZINA: 100 years. [laughing]

WESAM: [laughing]

ZINA: When I feel that you're awake, I wake up also. [laughing] I feel you.

WESAM: Yeah. But I'm dreaming a lot. I told you last time about the terrorist who wanted to kill me in Fallujah.

ZINA: Yeah, me too.

WESAM: That day when I called Firas, he said they were looking for me. They want to kill me.

ZINA: Yeah, me too. They told me that I can't return. They said, "Because you're Wesam's wife, they will hurt you also." They said just because they want to kill him, it will be very dangerous for you. Do you see this?

WESAM: Yeah, I know.

WESAM: Now we'll get killed wherever we go. If we go to America, they will kill us. If we go to Iraq, the terrorists will kill us. We stay in Holland

and they'll imprison us.

ZINA: [laughing]

WESAM: [joking] No, I would rather stay in jail then.

ZINA: [laughing]

WESAM: [laughing] Do something bad so we can both be in prison.

ZINA: [laughing] I'm seriously thinking of doing that.

WESAM: [laughing]

ZINA: What's the difference here or close to you? At least there I'll see you.

WESAM: No, they won't allow you. [joking] Everyone should bring their friends and family and stay here. Free food, and shelter. [laughing]

ZINA: [laughing] Oh, by the way, you told me about the music CD's.

WESAM: Yes, Mayada, Warda, oum Kalthom [names of singers].

ZINA: Yeah, OK. I have it, but they want the original copy in order to give it to you.

WESAM: Did you ask?

ZINA: Hosam said that Sally wanted to give them to you. But they didn't let her. They wanted the original copy and Kazim said the same thing. They want the original copy.

WESAM: I think here it doesn't have to be the original copy.

ZINA: [laughing] Why is your prison special?

WESAM: Yeah. Listen, do you have a picture of Halla?

ZINA: Why?

WESAM: I found her a husband.

ZINA: [laughing] Where in prison?

WESAM: [laughing] Yeah.

ZINA: [laughing]

WESAM: But he's very well-mannered. [laughing] He'll be released in 20 years. [laughing] Before me.

ZINA: When they came to see you, they saw someone being released. [laughing] He didn't want to go. He was arguing with them. I think he wanted money. [laughing] He had a garbage bag. [laughing] I felt like saying: "You idiot! Get out!"

WESAM: Yeah, when they're released they have a garbage bag. By Allah's will, when I leave, I want you to come pick me up. Because there will be reporters and if I leave with a garbage bag that will look bad. [laughing]

ZINA: Throw it away immediately.

WESAM: [laughing] Throw it away? It'll have my clothes in it.

ZINA: I saw the movie yesterday.

WESAM: What movie?

ZINA: The boxing movie.

WESAM: You saw it again? Aren't you bored?

ZINA: They repeated it, on the Arabic channel. No, I'll never be bored of it. In the beginning I felt pessimistic, but towards the end I felt optimistic.

WESAM: Optimistic? Didn't you see that after 50 years he became optimistic?

ZINA: I keep watching it as if it's the first time I've ever seen it.

WESAM: Oh, I was speaking to the prison psychologist. She said that she has encountered many innocent people in jail. She said that before, there were not many innocent people in jail. But now there are plenty.

ZINA: Yeah.

WESAM: Because every lawyer that saw my case said that this is a bunch of bullshit.

ZINA: You're right, I swear.

WESAM: Do you know what their problem is? In Holland, they know I'm innocent. Because if they truly recorded all our conversations then they should know. They should know that terrorists in Fallujah want to kill me. They should know that when Kahtan, Kosam, and Mona used to call me. They used to call your house, your house in Baghdad. So they know I'm innocent. You know, they didn't give the FBI the recordings of our phone calls. They lied to the FBI. If they give them these things, they'll know I'm innocent. They'll know I'm afraid to go to Fallujah. They'll know that people tell me not to come. They'll know that the terrorists want to kill me. The FBI would have known that I'm wanted in Fallujah. You know, I want you to call Baghdad. Tell them to make some advertising material and give it to the mosques and to government agencies. Ask them if they know where the video is. The video of me

being beaten by the terrorists. The first time they wanted to kill me, before I videotaped them. Also in that video, they said if I ever mess with them, they would kill my family. They also said they would show the video to all of Fallujah. Because in that video I confessed to being a spy for Holland. They were beating me so badly, they asked what country I'm spying for. They said America, Israel - I said, "No, Holland." Of course, they knew I wasn't a spy.

ZINA: They know everything.

WESAM: In Holland, people know these things, but they didn't show it to the FBI. But I think most of the guys who taped the video are dead by now.

ZINA: How would we find them?

WESAM: Maybe by family or friends. Hopefully, they'll find the video and take it to our house or something. But we have to beg them, telling them that I'm in a dangerous situation and will be executed, but if you find this video they will let him go. The video, they taped it when they came and took me from my house.

ZINA: Yes, we should try, we won't lose anything.

WESAM: They asked if I was a photographer and I said yes. When we went to the car everything changed.

[Line Disconnected]