**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 05-337 (PLF)** |
| v. | : | |
| | : | |
| **WESAM AL DELAEMA,** | : | **Sentencing: 4/15/09** |
| **also known as** | : | |
| **WESAM KHALAF CHAYED DELAEME,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

The Court has reviewed the government's Motion *In Limine* seeking a ruling placing

reasonable limitations on allocution at sentencing, scheduled to be held April 15, 2009.

The Court hereby **GRANTS** the government's Motion and **ORDERS** that the scope of

allocution for both parties be limited to the facts, conduct and personal background information

that are relevant to the offense for which the defendant is being sentenced.  Included in the

materials that will be considered beyond the appropriate scope of sentencing allocution are the

following: (1) materials whose primary focus is the justification, or lack thereof, of actions taken

by the U.S. military in Iraq; (2) materials whose focus is the alleged use of white phosphorous by

the U.S. military in Iraq; and (3) visual depictions of the defendant's brother's dead body.

So **ORDERED.**

_____
            Date

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record