# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 09-3039**

**September Term 2009**

**1:05-cr-00337-PLF-1**

**Filed On: November 3, 2009** [1213816]

United States of America,

    Appellee

    v.

Wesam Al Delaema, also known as
Wesam Khalaf Chayed Delaeme,

    Appellant

**FILED**

NOV − 3 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

Upon consideration of appellant's motion to dismiss appeal, the affidavit in support thereof, and the supplemental motion, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed. <u>See</u> <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 34 (2007).

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:    /s/
        Mark A. Butler
        Deputy Clerk